1  RICHARD GOETZ (S.B. #115666)
   O'MELVENY & MYERS LLP
2  400 South Hope Street
   Los Angeles, CA  90071-2899
3  Telephone:     (213) 430-6000
   Facsimile:     (213) 430-6407
4  E-Mail:        rgoetz@omm.com

5  ROBERTA VESPREMI (S.B. #225067)
   O'MELVENY & MYERS LLP
6  2765 Sand Hill Road
   Menlo Park, CA  94025
7  Telephone:     (650) 473-2600
   Facsimile:     (650) 473-2601
8  E-Mail:        rvespremi@omm.com

9
   Attorney for Plaintiff
10 LIFESCAN SCOTLAND, LTD.

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                    SAN FRANCISCO DIVISION
14

15
   LIFESCAN SCOTLAND, LTD.,                Case No. CV11-04494-MEJ
16
                        Plaintiff,         **DECLARATION OF
17                                         ROBERTA H. VESPREMI IN SUPPORT
         v.                                OF PLAINTIFF LIFESCAN SCOTLAND,
18                                         LTD.'S MOTION FOR EXPEDITED
   SHASTA TECHNOLOGIES, LLC,               DISCOVERY AND MODIFY THE
19 INSTACARE CORP., PHARMATECH             SCHEDULING ORDER**
   SOLUTIONS, INC., and CONDUCTIVE
20 TECHNOLOGIES, INC.,                     Date:  November 10, 2011
                                           Time: 10 a.m.
21                      Defendants.        Place: Courtroom B
                                           Judge:  Hon. Maria-Elena James
22

23

24

25

26

27

28
                                                     DECLARATION OF ROBERTA H. VESPREMI
                                                           CASE NO. CV11-04494-MEJ

1    I, Roberta H. Vespremi, declare as follows:

2    1.      I am a counsel of the O'Melveny & Myers LLP law firm, counsel for plaintiff

3    LifeScan Scotland, Ltd. in this action.  I submit this declaration in support of Plaintiff's Motion

4    for Expedited Discovery and to Modify the Scheduling Order.  I am familiar with this action and

5    with the facts and circumstances set forth below, which based on my personal knowledge are true

6    and correct.  If called as a witness, I could and would competently testify as to the below.

7    2.      On September 22, 2011, service of the Complaint in the above-titled case was

8    initiated.  Personal service of each defendant was completed on September 23, 2011.

9    3.      Attached as Exhibit A is a true and correct copy of a letter from M. Belcher to M.

10   Timmons dated September 6, 2011.

11   4.      Attached as Exhibit B is a true and correct copy of letter from L. Durbin to M.

12   Timmons dated September 6, 2011.

13   5.      Attached as Exhibit C is a true and correct copy of a letter from M. Timmons to M.

14   Belcher dated September 13, 2011.

15   6.      Attached as Exhibit D is a true and correct copy of a letter from M. Timmons to L.

16   Durbin date September 13, 2011.

17   7.      Attached as Exhibit E is a true and correct copy of a letter from M. Timmons to C.

18   Knickerbocker, II dated September 13, 2011.

19

20   Executed under the laws of the United States on October 5, 2011 at Menlo Park,

21   California.

22                                              _Roberta H. Vespremi_

23                                              Roberta H. Vespremi

24

25

26

27

28

2    DECLARATION OF ROBERTA H. VESPREMI
     CASE NO. CV11-04494-MEJ

# Exhibit A

# HUNTER, MOLLOY & SALCIDO, LLP

LAWYERS

JOHN LOGAN HUNTER
RICHARD SALCIDO
MICHAEL J. BELCHER

OF COUNSEL
RICHARD D. DEAR
DAVID A. DELGADO

RETIRED
FRANK W. MOLLOY

35 NORTH LAKE AVENUE
SUITE 670
PASADENA, CALIFORNIA 91101-1890

TELEPHONE (626) 568-2500
FACSIMILE (626) 568-2800
WWW.HMSPASADENA.COM

September 6, 2011

Michael Timmins, Esquire
Office of the General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933-7002

> **Re:** **InstaCare Corp.**

Dear Mr. Timmins:

We are in receipt of your letter of September 1, 2011.  We have consulted with our client, and its position is unchanged.

Obviously, we disagree on the "reasonable" inferences that can be drawn from our client's decision to decline your request.  We can assure you, however, that our client's decision to do so should not be interpreted as an admission of any wrongdoing on its part, or anything other than its desire to keep its "trade secrets" secret, and maintain its competitive edge should this product come to market.

With regard to your threat of litigation, it seems both unnecessary and (at best) premature. The product, Genstrip, has not been approved for sale by the Food and Drug Administration, and is not being sold or distributed by our client.  In short, there is nothing to litigate.

Should you wish to discuss the matter further, please feel free to contact us.

Very truly yours,

Michael J. Belcher
Hunter, Molloy & Salcido, LLP

cc:     Client

# Exhibit B



**CONDUCTIVE TECHNOLOGIES**
**INC**
ISO 13485 / ISO 9001 Certified

935 Borom Road, York, PA 17404
www.conductivetech.com
(717) 764-6931 • (800) 706-0618
FAX (717) 764-3470

September 6th, 2011

Michael Timmons, Esquire
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933-7033

Re:   *Request for Samples of Shasta Genstrip*
*for Patent Infringement Analysis from*
*Conductive Technologies, Inc.*

Dear Mr. Timmons:

Conductive Technologies, Inc. is in receipt of your letter of September 1st regarding LifeScan and Johnson & Johnson's request for samples of the Shasta Genstrip for patent infringement analysis.

Please be advised that we did receive a carbon copy of your letter to InstaCare Corporation. Since the letter was not directed to Conductive Technologies, Inc., we did not see any necessity of responding.

Regarding your request contained in your September 1st letter, please be advised that we are not at liberty to provide samples or information relating to any of our customers unless they expressly permit us to do so.

Very truly yours,

Lynne M. Durbin
General Counsel and Secretary

LMD/mcs
cc:  Mr. Matthew Musho

# Exhibit C

*Johnson+Johnson*

OFFICE OF
GENERAL COUNSEL
Direct Dial: 732-524-3746
mtimmons@its.jnj.com

ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, N.J. 08933-7002

September 13, 2011

**VIA FEDERAL EXPRESS**

Michael J. Belcher
35 North Lake Avenue
Suite 670
Pasadena, California 91101-1890

RE: <u>InstaCare Corp.</u>

Dear Mr. Belcher:

Per our prior correspondence, I am attaching a complaint filed on September 9, 2011. We have not served the complaint on any of the named defendants. We would be willing to hold off on service for a reasonable time to allow the parties to discuss the issues raised in the complaint, if InstaCare will agree to produce the requested samples and manufacturing information by September 20, 2011.

If InstaCare continues to refuse our request, please inform me as to whether your firm will accept service of the complaint on behalf of InstaCare and/or any of the other defendants.

Sincerely,

Michael Timmons

maf

Attachment

cc: Lynne M. Durbin
General Counsel and Secretary
Conductive Technologies, Inc.
935 Borom Road
York, Pennsylvania 17404

98859

Michael J. Belcher
September 13, 2011                                                                                    Page 2

        Calvin Knickerbocker, III
        Shasta Technologies, LLC
        1500 NW Bethany Blvd, Suite 200
        Beaverton, Oregon 97006

        Calvin Knickerbocker, II
        Shasta Technologies, LLC
        3257 Highway 128
        Calistoga, California  94515

# Exhibit D

*Johnson+Johnson*

OFFICE OF
GENERAL COUNSEL
Direct Dial: 732-524-3746
mtimmons@its.jnj.com

ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, N.J. 08933-7002

September 13, 2011

**VIA FEDERAL EXPRESS**

Lynne M. Durbin
General Counsel and Secretary
Conductive Technologies, Inc.
935 Borom Road
York, Pennsylvania  17404

RE:  Request for Samples of Shasta Genstrip for Patent Infringement Analysis

Dear Ms. Durbin:

Per our prior correspondence, I am attaching a complaint filed on September 9, 2011.  We have not served the complaint on any of the named defendants.  We would be willing to hold off on service for a reasonable time to allow the parties to discuss the issues raised in the complaint, if Conductive will agree to produce the requested samples and manufacturing information by September 20, 2011.

If Conductive continues to refuse our request, please inform me as to whether you will accept service of the complaint on behalf of Conductive.

Sincerely,

Michael Timmons

maf

Attachment

cc:   Calvin Knickerbocker, III
      Shasta Technologies, LLC
      1500 NW Bethany Blvd, Suite 200
      Beaverton, Oregon 97006

98879

Lynne M. Durbin
September 13, 2011                                                         Page 2


Calvin Knickerbocker, II
Shasta Technologies, LLC
3257 Highway 128
Calistoga, California  94515


Michael J. Belcher
35 North Lake Avenue
Suite 670
Pasadena, California 91101-1890

# Exhibit E

*Johnson & Johnson*

OFFICE OF
GENERAL COUNSEL
Direct Dial: 732-524-3746
mtimmons@its.jnj.com

ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, N.J. 08933-7002

September 13, 2011

<u>VIA FEDERAL EXPRESS</u>

Calvin Knickerbocker, II
Shasta Technologies, LLC
3257 Highway 128
Calistoga, California  94515

RE:  <u>Request for Samples of Shasta Genstrip for Patent Infringement Analysis</u>

Dear Sir:

Per our prior correspondence, I am attaching a complaint filed on September 9, 2011.  We have not served the complaint on any of the named defendants.  We would be willing to hold off on service for a reasonable time to allow the parties to discuss the issues raised in the complaint, if Shasta will agree to produce the requested samples and manufacturing information by September 20, 2011.

If Shasta continues to refuse our request, please inform me as to whether you will accept service of the complaint on behalf of Shasta.

Sincerely,

Michael Timmons

maf

Attachment

cc:    Calvin Knickerbocker, III
       Shasta Technologies, LLC
       1500 NW Bethany Blvd, Suite 200
       Beaverton, Oregon 97006

98880

Calvin Knickerbocker, II
September 13, 2011                                                              Page 2


Michael J. Belcher
35 North Lake Avenue
Suite 670
Pasadena, California 91101-1890

Lynne M. Durbin
Conductive Technologies, Inc.
935 Borom Road
York, Pennsylvania  17404

4869466v.1