| | |
|---|---|
| 1 | RICHARD GOETZ (S.B. #115666) |
| | O'MELVENY & MYERS LLP |
| 2 | 400 South Hope Street |
| | Los Angeles, CA  90071-2899 |
| 3 | Telephone:      (213) 430-6000 |
| | Facsimile:       (213) 430-6407 |
| 4 | E-Mail:           rgoetz@omm.com |

ROBERTA VESPREMI (S.B. #225067)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA  94025
Telephone:      (650) 473-2600
Facsimile:       (650) 473-2601
E-Mail:           rvespremi@omm.com

Attorneys for Plaintiff
LIFESCAN SCOTLAND, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD., | Case No. CV11-04494-MEJ |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| SHASTA TECHNOLOGIES, LLC, INSTACARE CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC., | |
| Defendants. | |

**PROOF OF SERVICE**

I, Bradley Redmond, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 2765 Sand Hill Road, Menlo Park, California 94025. On October 5, 2011, I served the within documents:

**NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY AND TO MODIFY THE SCHEDULING ORDER**

**DECLARATION OF ROBERTA H. VESPREMI IN SUPPORT OF PLAINTIFF LIFESCAN SCOTLAND, LTD.'S MOTION FOR EXPEDITED DISCOVERY AND MODIFY THE SCHEDULING ORDER**

**[PROPOSED] ORDER GRANTING MOTION TO EXPEDITE DISCOVERY AND MODIFY THE SCHEDULING ORDER**

| | |
|---|---|
| X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| X | by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed above, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Federal Express, which is an express carrier. |
| X | by requesting that an agent or employee of Nationwide Legal deliver to the office of the recipient named below, either by handing the document(s) to the recipient or by leaving the document(s) with the receptionist or other person apparently in charge of the recipient's office: |
| X | by causing the document(s) to be emailed or electronically transmitted to the person(s) at the email addresses set forth below, pursuant to a court order or an agreement of the parties to accept service by email or electronic transmission. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

1

PROOF OF SERVICE
CASE NO. CV11-04494-MEJ

Matthew K. Musho
President
Conductive Technologies
935 Borom Road
York, PA 17404
mmusho@conductivetech.com

*For Defendant Conductive Technologies, Inc. (Via Regular Mail, E-mail, & Overnight Delivery)*

Robert Jagunich
2660 Townsgate Road
Suite 300
Westlake Village, CA 91361

*For Defendants Instacare Corp. & Pharmatech Solutions, Inc. (Via Regular Mail & Overnight Delivery)*

Calvin Knickerbocker III
1001 SW 5th Avenue
Suite 1100
Portland, OR 97204
knickerbocker@sagarialaw.com
calknic@gmail.com

*For Defendant Shasta Technologies, LLC (Via Regular Mail, Overnight Delivery, & Personal Service)*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 5, 2011, at Menlo Park, California.

*/s/ Bradley Redmond*
Bradley Redmond

OMM_US:70085039.1

2

PROOF OF SERVICE
CASE NO. CV11-04494-MEJ