EUGENE M. GELERNTER
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
E-Mail: egelernter@pbwt.com

Attorneys for Plaintiff
LIFESCAN SCOTLAND, LTD.

**RECEIVED**

OCT 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SHASTA TECHNOLOGIES, LLC, INSTACARE CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC., <br><br> Defendants. | Case No. Case No. 5:11-cv-04494-EJD <br><br> [PROPOSED] ORDER GRANTING APPLICATION OF ATTORNEY EUGENE M. GELERNTER FOR ADMISSION *PRO HAC VICE* |

Eugene M. Gelernter, whose business address and telephone number is Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036; Telephone: (212) 336-2000, and who is an active member in good standing of the Bar of the State of New York (admitted in 1978), District Court for the Southern District of New York (admitted in 1979); District Court for the Eastern District of New York (admitted in 1982), District Court for the Northern District of New York (admitted in 1982), Court of Appeals for the Third Circuit (admitted in 1989), Court of Appeals for the Federal Circuit (admitted in 1993) and Court of Appeals for the Second Circuit (admitted in 1995), having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff LifeScan Scotland, Ltd.

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order. No. 45, *Electronic Case Filing*.

Dated: October 19, 2011

Edward J. Davila
United States District Judge