| | |
|---|---|
| 1 | SEAN R. MARSHALL |
| 2 | PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas |
| 3 | New York, New York 10036<br>Telephone: (212) 336-2000 |
| 4 | Facsimile: (212) 336-2222<br>E-Mail: smarshall@pbwt.com |
| 5 | Attorneys for Plaintiff |
| 6 | LIFESCAN SCOTLAND, LTD. |

RECEIVED
OCT 5 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LIFESCAN SCOTLAND, LTD.,

    Plaintiff,

v.

SHASTA TECHNOLOGIES, LLC, INSTACARE CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC.,

    Defendants.

Case No. Case No. 5: 11-cv-04494-EJD

[PROPOSED] ORDER GRANTING APPLICATION OF ATTORNEY SEAN R. MARSHALL FOR ADMISSION *PRO HAC VICE*

    Sean R. Marshall, whose business address and telephone number is Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036; Telephone: (212) 336-2000, and who is an active member in good standing of Bar of the State of New York (admitted in 2009) and District Court for the Southern District of New York (admitted in 2009), having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff LifeScan Scotland, Ltd.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

1 | will constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order. No. 45, *Electronic Case Filing.*

Dated: October 19, 2011

                                        EDWARD J. DAVILA
                                        United States District Judge