1  RICHARD GOETZ (S.B. #115666)
   O'MELVENY & MYERS LLP
2  400 South Hope Street
   Los Angeles, CA 90071-2899
3  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
4  E-Mail:    rgoetz@omm.com

5  ROBERTA VESPREMI (S.B. #225067)
   O'MELVENY & MYERS LLP
6  2765 Sand Hill Road
   Menlo Park, CA 94025
7  Telephone: (650) 473-2600
   Facsimile: (650) 473-2601
8  E-Mail:    rvespremi@omm.com

9  EUGENE M. GELERNTER (*admitted pro hac vice*)
   SCOTT B. HOWARD (*admitted pro hac vice*)
10 PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
11 New York, New York 10036
   Telephone: (212) 336-2000
12 Facsimile: (212) 336-2222
   E-Mail:    emgelernter@pbwt.com
13            sbhoward@pbwt.com

14 Attorneys for Plaintiff
   LIFESCAN SCOTLAND, LTD.
15

16                UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                        SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD., | **Case No. CV11-04494-EJD (PSG)** |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER TO EXTEND OPPOSITION AND REPLY DEADLINES FOR DEFENDANTS INSTACARE CORP. AND PHARMATECH SOLUTIONS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DEFENDANTS SHASTA TECHNOLOGIES, LLC AND CONDUCTIVE TECHNOLOGIES, INC.'S MOTION TO STAY** |
| v. | |
| SHASTA TECHNOLOGIES, LLC, INSTACARE CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC., | |
| Defendants. | |
| | **[L.R. 6-2(a)]** |

1    Plaintiff LifeScan Scotland, Ltd. ("LifeScan") met and conferred with Defendants Instacare
2 Corp. ("Instacare"), Pharmatech Solutions, Inc. ("Pharmatech"), Shasta Technologies, LLC
3 ("Shasta") and Conductive Technologies, Inc. ("Conductive") regarding the filing deadline for its
4 oppositions to Instacare and Pharmatech's Motion for Judgment on the Pleadings set for hearing on
5 March 23, 2012, and Shasta Technologies, LLC ("Shasta") and Conductive Technologies, Inc.'s
6 ("Conductive") Motion to Stay set for hearing on March 23, 2012 because of the holiday season
7 and the death in the family of one of LifeScan's attorneys responsible for drafting LifeScan's
8 oppositions.
9    The parties have agreed to extend the filing deadline of LifeScan's opposition to Instacare
10 and Pharmatech's Motion for Judgment on the Pleadings from December 28, 2011 to January 6,
11 2012.
12    The parties have agreed to extend the filing deadline of LifeScan's opposition to Shasta and
13 Conductive's Motion to Stay from December 30, 2011 to January 6, 2012.
14    Because the extension of the filing deadline for LifeScan's oppositions, if granted, would
15 cause Defendants' reply briefs to be due on January 13, 2012, the date of the Case Management
16 Conference, Defendants requested that LifeScan agree to an extension of the filing deadline for
17 their reply briefs.
18    The parties have agreed to extend the filing deadline of Instacare and Pharmatech's reply in
19 support of their Motion for Judgment on the Pleadings from January 4, 2012 to January 18, 2012.
20    The parties have agreed to extend the filing deadline of Shasta and Conductive's reply in
21 support of their Motion to Stay from January 6, 2012 to January 18, 2012.
22    LifeScan previously requested a modification of the Scheduling Order (D.E. 33), which was
23 denied by the Court. No other extensions or modifications have been requested by any party.
24    The proposed extensions will not affect the hearing date for either motion and will not affect
25 any date in the Scheduling Order for this matter.
26    THEREFORE, the parties through their counsel hereby stipulate and agree as follows:
27    1.    LifeScan's opposition to the Motion for Judgment on the Pleadings and opposition
28 to the Motion to Stay shall be filed no later than January 6, 2012; and

2.	Instacare and Pharmatech's reply in support of their Motion for Judgment on the Pleadings and Shasta and Conductive's reply in support of their Motion to Stay shall be filed no later than January 18, 2012.

IT IS SO STIPULATED.

Dated: December 27, 2011     O'MELVENY & MYERS LLP

By:   /s/ Roberta H. Vespremi
       Roberta H. Vespremi

2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile:  (650) 473-2601
E-Mail:     rvespremi@omm.com

RICHARD B. GOETZ
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile:  (213) 430-6407
E-Mail:     rgoetz@omm.com

EUGENE GELERNTER (*admitted pro hac vice*)
SCOTT B. HOWARD (*admitted pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 336-2000
Facsimile:   (212) 336-2222
E-Mail:     emgelernter@pbwt.com
            sbhoward@pbwt.com

Attorneys for Plaintiff
LIFESCAN SCOTLAND, LTD.

Dated: December 27, 2011     WILSON, ELSER, MOSKOWITZ,
                             EDELMAN & DICKER LLP

By   /s/ Francis J. Torrence
      Francis J. Torrence

|   |   |
|---|---|
| 1 | RALPH W. ROBINSON |
|   | 525 Market Street, 17th Floor |
| 2 | San Francisco, California 94105-2725 |
|   | Telephone: (415) 433-0990 |
| 3 | Facsimile: (415) 434-1370 |
|   | E-mail: ralph.robinson@wilsonelser.com |
| 4 | E-mail: francis.torrence@wilsonelser.com |

RALPH W. ROBINSON
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
E-mail: ralph.robinson@wilsonelser.com
E-mail: francis.torrence@wilsonelser.com

JURA C. ZIBAS
150 E. 42nd Street
New York, New York 10017
Telephone: (212) 490-3000
Facsimile: (212) 490-3038
E-mail: jura.zibas@wilsonelser.com

Attorneys for Defendants
INSTACARE CORP. and
PHARMATECH SOLUTIONS, INC.

Dated: December 27, 2011                ROPERS, MAJESKI, KOHN & BENTLEY


By:_____/s/ Robert P. Andris_____
        Robert P. Andris

LAEL E. ANDARA
1001 Marshall Street, Suite 500
Redwood City, California  94063-2052
Telephone:(650) 364-8200
Facsimile: (650) 780-1701
randris@rmkb.com
landara@rmkb.com

Attorneys for Defendants
SHASTA TECHNOLOGIES, LLC and
CONDUCTIVE TECHNOLOGIES, INC.

   I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.


    __/s/ Roberta H. Vespremi_____
       Roberta H. Vespremi

## (PROPOSED) ORDER

It is hereby ORDERED that:

1. LifeScan's opposition to the Motion for Judgment on the Pleadings and opposition to the Motion to Stay shall be filed no later than January 6, 2012; and

2. Instacare and Pharmatech's reply in support of their Motion for Judgment on the Pleadings and Shasta and Conductive's reply in support of their Motion to Stay shall be filed no later than January 18, 2012.

IT IS SO ORDERED.

DATED: December 28, 2011



EDWARD J. DAVILA
United States District Judge