JURA C. ZIBAS (Bar No. 217864)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 E. 42nd Street
New York, New York 10017
Telephone: (212) 490-3000
Facsimile: (212) 490-3038
E-mail: jura.zibas@wilsonelser.com

RALPH W. ROBINSON (Bar No. 51436)
FRANCIS J. TORRENCE (Bar No. 154653)
STEPHEN J. COTTON (Bar No. 253622)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
E-mail: ralph.robinson@wilsonelser.com
E-mail: francis.torrence@wilsonelser.com
E-mail: stephen.cotton@wilsonelser.com

Attorneys for Defendants
INSTACARE CORP.,
PHARMATECH SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SHASTA TECHNOLOGIES, LLC, INSTACARE CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC., <br><br> Defendants. | Case No. 5:11-CV-04494 EJD (PSG) <br><br> **DEFENDANTS INSTACARE CORP.'S AND PHARMATECH SOLUTIONS, INC.'S REQUEST THAT JURA ZIBAS BE PERMITTED TO APPEAR TELEPHONICALLY FOR THE INITIAL CASE MANAGEMENT CONFERENCE OF JANUARY 13, 2012 ; ORDER THEREON** |

Defendants InstaCare, Corp. and PharmaTech Solutions, Inc. hereby request that one of their attorneys, Jura Zibas, be permitted to appear telephonically for the Initial Case Management Conference scheduled for Friday, January 13, 2012 at 10AM. This request is made pursuant to Civil Local Rule 16-10. Jura Zibas currently resides on the east coast.

1

DATED: January 9, 2012        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Francis J. Torrence
JURA C. ZIBAS
RALPH W. ROBINSON
FRANCIS J. TORRENCE
STEPHEN J. COTTON
Attorneys for Defendants
INSTACARE CORP.,
PHARMATECH SOLUTIONS, INC.

## ORDER

/

The request of counsel for Defendants to appear telephonically at the Case Management Conference scheduled January 13, 2012, at 10:00 a.m. is GRANTED. Counsel shall arrange for a telephonic appearance through CourtCall, and shall include a proposed order with any future request of this nature.

/

DATED: January 10, 2012

EDWARD J. DAVILA
United States District Judge

DEFENDANTS' REQUEST THAT JURA ZIBAS BE PERMITTED TO APPEAR TELEPHONICALLY
FOR THE INITIAL CMC OF JANUARY 13, 2012
USDC NDCA CASE NO. 3:11 -CV-04494 EJD
816651.1