UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD., | Case No.: 5:11-CV-04494 EJD (PSG) |
| Plaintiff, | **ORDER REQUIRING SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SHASTA TECHNOLOGIES, LLC, ET AL., | |
| Defendants. | **(Re: Docket No. 48)** |

The parties are scheduled to appear for a case management conference on January 13, 2012. On January 6, 2011, the parties filed their Joint Case Management Statement. In this statement, Defendants request that discovery be stayed until the court rules on Defendants' pending motions to stay and motion for judgment on the pleadings. In light of this request, Defendants' portion of the joint statement declines to propose a schedule or a discovery plan.

The court will address Defendants' request to stay discovery at the case management conference. If, however, the court does not grant Defendants' request and instead enters an order setting a schedule and limits on discovery, the court would benefit from knowing Defendants' position on those matters in advance of the conference. Accordingly,

IT IS HEREBY ORDERED that, no later than January 13, 2012, Defendants shall file a supplemental case management statement including Defendants' proposal regarding a schedule,

1

Case No.: 5:11-CV-04494 EJD (PSG)
ORDER REQUIRING SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND
CONTINUING CASE MANAGEMENT CONFERENCE

discovery plan, and limits on discovery in the event the case is not stayed at the case management conference.

IT IS FURTHER ORDERED that the case management conference is continued to January 20, 2012.

Dated: Lcpwct{'33.'4234

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-CV-04494 EJD (PSG)
ORDER REQUIRING SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND
CONTINUING CASE MANAGEMENT CONFERENCE

2