UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD, | Case No.: 5:11-CV-4494 EJD |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE AND STAYING ENFORCEMENT OF PRIOR ORDER** |
| v. | |
| SHASTA TECHNOLOGIES, LLC, ET AL., | **(Re: Docket No. 80)** |
| Defendants. | |

On February 23, 2012, Defendants Shasta Technologies LLC and Defendant Conductive Technologies, Inc. filed objections and a motion for relief from Judge Grewal's February 16, 2012 Order. Accordingly,

IT IS HEREBY ORDERED that any opposition brief shall be filed no later than March 8, 2012.

IT IS FURTHER ORDERED that enforcement of the February 16, 2012 Order is stayed pending further order of this court.

Dated: February 28, 2012

EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:11-CV-4494 EJD
ORDER SETTING BRIEFING SCHEDULE AND STAYING ENFORCEMENT OF PRIOR ORDER