IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD., | CASE NO. 5:11-cv-04494 EJD |
| Plaintiff(s), | **ORDER RE: LETTERS FROM COUNSEL** |
| v. | |
| SHASTA TECHNOLOGIES, LLC, et. al., | [Docket Item No(s). 87-90] |
| Defendant(s). | |

Counsel for both Plaintiff and Defendant have recently filed a letters requesting the court consider additional evidence and argument in support of and opposing certain pending motions. See Docket Item Nos. 87-90. Counsel is referred to Section VI of this court's Scheduling Notes, publicly available on the website for the Northern District of California, which states:

> The Court does not respond to letters or letter briefs seeking legal relief from the Court, unless leave to make such a request has been specifically granted. All requests requiring the Court to take action shall be made by either a Stipulation and Proposed Order or by appropriate motion made pursuant to the Local Rules.

Counsel are therefore ordered to present any further requests for the consideration of additional information accordingly. The court will take no action and will not consider the letters and other documents which appear as Docket Item Nos. 87 through 90.

**IT IS SO ORDERED.**

Dated: April 10, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-04494 EJD
ORDER RE: LETTERS FROM COUNSEL