| | |
|---|---|
| Eugene M. Gelernter (admitted *pro hac vice*)<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br>E-mail: emgelernter@pbwt.com<br><br>Richard Goetz (S.B. #115666)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>E-Mail: rgoetz@omm.com<br><br>Roberta Vespremi (S.B. #225067)<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, CA 94025<br>Telephone: (650) 473-2600<br>Facsimile: (650) 473-2601<br>E-Mail: rvespremi@omm.com<br><br>Attorneys for Plaintiff<br>LIFESCAN SCOTLAND, LTD. | Robert P. Andris<br>Lael E. Andara<br>ROPERS MAJESKI KOHN BENTLEY<br>1001 Marshall Street, Suite 500<br>Redwood City, California 94063-2052<br>Telephone:(650) 364-8200<br>Facsimile: (650) 780-1701<br>Email: randris@rmkb.com<br>       landara@rmkb.com<br><br>Attorneys for Defendants<br>SHASTA TECHNOLOGIES, LLC and<br>CONDUCTIVE TECHNOLOGIES, INC.<br><br>Francis J. Torrence<br>WILSON, ELSER, MOSKOWITZ, EDELMAN &<br>DICKER LLP<br>525 Market Street, 17th Floor,<br>San Francisco, CA 94105-2725<br>Telephone: (415) 433-0990<br>Facsimile: (415) 434-1370<br>E-mail: francis.torrence@wilsonelser.com<br><br>Jura C. Zibas<br>WILSON, ELSER, MOSKOWITZ, EDELMAN &<br>DICKER LLP<br>150 E. 42nd Street<br>New York, New York 10017<br>Telephone: (212) 490-3000<br>Facsimile: (212) 490-3038<br>E-mail: jura.zibas@wilsonelser.com<br><br>Attorneys for Defendants<br>INSTACARE CORP.,<br>PHARMATECH SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SHASTA TECHNOLOGIES, LLC, INSTACARE CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC., <br><br> Defendants. | Case No. CV11-04494-EJD (PSG) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DATES IN CASE MANAGEMENT ORDER** <br><br> **[PATENT L.R. 1-3, 3-3, 3-4; CIVIL L.R. 6-1]** |

WHEREAS, the parties dispute whether Defendants complied with the requirements of Patent L.R. 3-3 and 3-4 when they served their Invalidity Contentions; and

WHEREAS, the parties desire to resolve that disagreement and to extend the dates for other proceedings in this case;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff LifeScan Scotland, Ltd. ("Plaintiff") and Defendants Shasta Technologies, LLC, InstaCare Corp., PharmaTech Solutions, Inc. and Conductive Technologies, Inc. ("Defendants") (each individually a "Party" and collectively the "Parties") that:

A. No later than May 29, 2012, Defendants shall serve Supplemental Invalidity Contentions that comply with Patent Local Rules 3-3 and 3-4. These Supplemental Invalidity Contentions shall, *inter alia*:

1. Include "chart[s] identifying where specifically in each alleged item of the prior art [that Defendants rely on in their Supplemental Invalidity Contentions] each limitation of the asserted claims is found," as required by Patent L.R. 3-3(c).

2. Include an "explanation of why the prior art renders the asserted claim[s] obvious, including an identification of any combinations

of prior art showing obviousness," as required by Patent L.R. 3-3(c).

    3. Identify any prior art relied upon under 35 U.S. § 102(b) by "specifying the item offered for sale or publicly used or known, providing the name, and … identif[ying] the person or entity which made the use or which made and received the offer, or the person or entity which made the information known or to whom it was made known," as required by Patent L.R. 3-3(a).

    4. Identify "[a]ny grounds of invalidity based on 35 U.S.C. § 101, indefiniteness under 35 U.S.C. § 112(2) or enablement or written description under 35 U.S.C. § 112(1) of any of the asserted claims," as required by Patent L.R. 3-3(d), including an identification of particular claim limitations that do not meet the requirements of 35 U.S.C. §§ 101, 112(2) or 112(1).

B. No later than May 29, 2012, Defendants shall produce:

    1. "Source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of an Accused Instrumentality identified by the patent claimant in its Patent L.R. 3-1(c) chart," as required by Patent L.R. 3-4(a).

    2. "A copy or sample of the prior art identified pursuant to Patent L.R. 3-3(a) which does not appear in the file history of the patent(s) at issue," and "[t]o the extent any such item is not in English, an English translation of the portion(s) relied upon," as required by Patent L.R. 3-4(b).

5306178v.3     STIPULATION AND [PROPOSED] ORDER EXTENDING DATES IN CASE MANAGEMENT ORDER

  C. No later than thirty-five (35) days after Defendants comply with paragraphs (A) and (B) above, Plaintiff shall serve Supplemental Infringement Contentions that comply with Patent L.R. 3-1.

  D. The Parties shall exchange Proposed Terms for Construction under Patent L.R. 4-1 no later than 14 days after the service of Supplemental Infringement Contentions by Plaintiff.

  E. The Parties shall exchange Preliminary Claim Constructions and Extrinsic Evidence under Patent L.R. 4-2 no later than 21 days after the service of Proposed Terms for Construction under the preceding paragraph.

  F. The Parties shall complete and file a Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 not later than 60 days after the service of Supplemental Infringement Contentions.

  G. Claim construction discovery shall be completed not later than 30 days after the service and filing of the Joint Claim Construction and Prehearing Statement.

  H. Plaintiff's opening claim construction brief and any supporting evidence shall be filed no later than 45 days after the Joint Claim Construction and Prehearing Statement is served and filed; Defendants' responsive claim construction brief(s) and any supporting evidence shall be filed no later than 14 days after the opening claim construction brief is served and filed; Plaintiff's reply claim construction brief and any evidence directly rebutting the supporting evidence contained in Defendants' response shall be filed no later than 7 days after the Responsive Claim Construction Brief is served and filed.

  I. All dates in the Case Management Order shall be modified consistent with this Stipulation and [Proposed] Order.

| | |
|---|---|
| Dated: May 8, 2012 | |
| *[signature]* | *[signature]* on behalf of Robert Andris |
| Eugene M. Gelernter<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br>E-mail: emgelernter@pbwt.com<br><br>Roberta H. Vespremi<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, California 94025<br>Telephone: (650) 473-2600<br>Facsimile: (650) 473-2601<br>E-Mail: rvespremi@omm.com<br><br>Richard B. Goetz<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>E-Mail: rgoetz@omm.com<br><br>Attorneys for Plaintiff<br>LIFESCAN SCOTLAND, LTD. | Robert P. Andris<br>Lael E. Andara<br>ROPERS MAJESKI KOHN BENTLEY<br>1001 Marshall Street, Suite 500<br>Redwood City, California 94063-2052<br>Telephone: (650) 364-8200<br>Facsimile: (650) 780-1701<br>Email: randris@rmkb.com<br>landara@rmkb.com<br><br>Attorneys for Defendants<br>SHASTA TECHNOLOGIES, LLC and<br>CONDUCTIVE TECHNOLOGIES, INC.<br><br>*[signature]*<br>Jura C. Zibas<br>WILSON, ELSER, MOSKOWITZ, EDELMAN &<br>DICKER LLP<br>150 E. 42nd Street<br>New York, New York 10017<br>Telephone: (212) 490-3000<br>Facsimile: (212) 490-3038<br>E-mail: jura.zibas@wilsonelser.com<br><br>Francis J. Torrence<br>WILSON, ELSER, MOSKOWITZ, EDELMAN &<br>DICKER LLP<br>525 Market Street, 17th Floor,<br>San Francisco, CA 94105-2725<br>Telephone: (415) 433-0990<br>Facsimile: (415) 434-1370<br>E-mail: francis.torrence@wilsonelser.com<br><br>Attorneys for Defendants<br>INSTACARE CORP.,<br>PHARMATECH SOLUTIONS, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

*[signature]*                                    Dated: May 9, 2012

EDWARD J. DAVILA
U.S. District Judge

The Interim Case Management Conference and Joint Statement filing date remain as presently scheduled for 7/6/2012 and 6/26/2012 respectively.

5306178v.3