1  RICHARD GOETZ (S.B. #115666)
   O'MELVENY & MYERS LLP
2  400 South Hope Street
   Los Angeles, CA  90071-2899
3  Telephone:  (213) 430-6000
   Facsimile:  (213) 430-6407
4  E-Mail:  rgoetz@omm.com

5  SUSAN ROEDER (S.B. #160897)
   O'MELVENY & MYERS LLP
6  2765 Sand Hill Road
   Menlo Park, CA  94025
7  Telephone:  (650) 473-2600
   Facsimile:  (650) 473-2601
8  E-Mail:  sroeder@omm.com

9  Eugene M. Gelernter (*admitted pro hac vice*)
   Scott B. Howard (*admitted pro hac vice*)
10 Sean Marshall (*admitted pro hac vice*)
   PATTERSON BELKNAP WEBB & TYLER LLP
11 1133 Avenue of the Americas
   New York, NY 10036
12 Telephone: (212) 336-2000
   Facsimile:  (212) 336-2222
13 E-mail:  emgelernter@pbwt.com
            sbhoward@pbwt.com
14          smarshall@pbwt.com

15 Attorneys for Plaintiff
   LIFESCAN SCOTLAND, LTD.
16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD., | Case No. CV11-04494-EJD (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF LIFESCAN'S ADMINISTRATIVE REQUEST** |
| v. | |
| SHASTA TECHNOLOGIES, LLC, INSTACARE CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC., | CMC Date: August 24, 2012<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor<br>Judge: Hon. Edward J. Davila |
| Defendants. | |

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY,
NO. CV11-04494-EJD

Plaintiff LifeScan Scotland, Ltd.'s administrative request that one of its attorneys, Michael Timmons, be permitted to telephonically attend the Case Management Conference, scheduled for August 24, 2012 at 10:00 a.m., is GRANTED. Counsel shall arrange for telephonic attendance through Court Call.

DATED: August 21, 2012

_____
EDWARD J. DAVILA
United States District Judge

OMM_US:70817311.1

- 1 -

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY,
NO. CV11-04494-EJD