1  JURA C. ZIBAS (Bar No. 217864)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
2  150 E. 42nd Street
   New York, New York 10017
3  Telephone:    (212) 490-3000
   Facsimile:    (212) 490-3038
4  E-mail: jura.zibas@wilsonelser.com

5  RALPH W. ROBINSON (Bar No. 51436)
   FRANCIS TORRENCE (Bar No. 154653)
6  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
7  San Francisco, California 94105-2725
   Telephone:    (415) 433-0990
8  Facsimile:    (415) 434-1370
   E-mail: ralph.robinson@wilsonelser.com
9  E-mail: francis.torrence@wilsonelser.com

10 Attorneys for Defendants
   INSTACARE CORP.,
11 PHARMATECH SOLUTIONS, INC.

**IT IS SO ORDERED**

Judge Edward J. Davila

9/6/2012

12            **UNITED STATES DISTRICT COURT**

13          **NORTHERN DISTRICT OF CALIFORNIA**

14                  **SAN JOSE DIVISION**

15

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD., | Case No. 5:11 -CV-04494 EJD (PSG) |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| SHASTA TECHNOLOGIES, LLC, INSTACARE CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC., | |
| Defendants. | |

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1       PLEASE TAKE NOTICE THAT Wilson, Elser, Moskowitz, Edelman & Dicker LLP, Jura

2 Zibas, Ralph W. Robinson and/or Francis Torrence, hereby withdraw as counsel of record for

3 defendants INSTACARE CORP. and PHARMATECH SOLUTIONS, INC.

4

DATED: September 6, 2012

5

6                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

7

         /s/ Francis Torrence

8          JURA C. ZIBAS

         RALPH W. ROBINSON

9          FRANCIS TORRENCE

         Wilson, Elser, Moskowitz, Edelman & Dicker LLP

10          525 Market Street, 17th Floor

         San Francisco, CA 94105-2725

11

12                  IT IS SO ORDERED

13 On August 23, 2012, John Shaeffer, Carole Handler and Jeff Grant of the law firm of Lathrop &

14 Gage LLP, entered a Notice of Association of Counsel and Entry of Appearance as to Defendants

Instacare Corp and Pharmatech Solutions, Inc. (See Docket Item No. 127).

15

The Motion to Withdraw as Attorney filed by Instacare Corp., Pharmatech Solutions, Inc. is

16 TERMINATED AS MOOT and the September 28, 2012 motion hearing is VACATED. (See

Docket Item No 119).

17

Dated: September 6, 2012

18                  Edward J. Davila

19                  United States District Judge

20

21

22

23

24

25

26

27

28

2