| | |
|---|---|
| Eugene M. Gelernter (*admitted pro hac vice*)<br>PATTERSON BELKNAP WEBB<br>  & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York  10036<br>Telephone:  (212) 336-2000<br>Facsimile:   (212) 336-2222<br>E-Mail:emgelernter@pbwt.com<br><br>Richard Goetz (S.B. #115666)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California  90071-2899<br>Telephone:  (213) 430-6000<br>Facsimile:  (213) 430-6407<br>E-Mail:  rgoetz@omm.com<br><br>Sue Roeder (S.B. #160897)<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, California  94025<br>Telephone:  (650) 473-2600<br>Facsimile:  (650) 473-2601<br>E-Mail:  sroeder@omm.com<br><br>Attorneys for Plaintiffs<br>LIFESCAN, INC. and<br>LIFESCAN SCOTLAND, LTD**.** | Robert Andris (S.B. # 130290)<br>Lael D. Andara (S.B. # 215416)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street, Suite 500<br>Redwood City, California  94063-2052<br>Telephone:     (650) 364-8200<br>Facsimile:      (650) 780-1701<br>randris@rmkb.com<br>landara@rmkb.com<br><br>Attorneys for Defendants<br>SHASTA TECHNOLOGIES, LLC and<br>CONDUCTIVE TECHNOLOGIES, INC.<br><br>John J. Shaeffer (S.B. # 138331)<br>Carole Handler (S.B.# 129381)<br>Jeff Grant (S.B. # 218974)<br>LATHROP & GAGE LLP<br>1888 Century Park East, Suite 1000<br>Los Angeles, California 90067<br>Telephone: (310) 789-4600<br>Facsimile: (310) 789-4601<br>E-mail: jshaeffer@lathropgage.com<br>E-mail: chandler@lathropgage.com<br>E-mail: jgrant@lathropgage.com<br><br>Attorneys for Defendants<br>DECISION DIAGNOSTICS CORP.. and<br>PHARMATECH SOLUTIONS, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE**

| | |
|---|---|
| LIFESCAN, INC. and<br>LIFESCAN SCOTLAND, LTD.,<br><br>                        Plaintiffs,<br>v.<br><br>SHASTA TECHNOLOGIES, LLC,<br>DECISION DIAGNOSTICS CORP.,<br>PHARMATECH SOLUTIONS, INC., and<br>CONDUCTIVE TECHNOLOGIES, INC.,<br><br>                        Defendants. | Case No.  CV11-04494-EJD (PSG)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING PATENT CASE**<br>**SCHEDULING** |

STIPULATION & ORDER REGARDING PATENT CASE SCHEDULING
CASE NO. CV11-04494-EJD (PSG)

5803868v.1
5805750v.1

On December 5, 2012, the Court ordered the parties to submit by December 14, 2012, a joint proposal stipulating to due dates relating to U.S. Patent No. 7,250,105 (the "'105 Patent"). *See* D.E. 169 at 6-7.

As such, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record, subject to approval by the Court, that the following deadlines shall apply:

| Event | Proposed Date |
|---|---|
| Plaintiffs' production of documents to support their '105 patent infringement contentions, pursuant to Local Rule 3-2 | January 11, 2013 |
| Defendants' Invalidity Contentions as to the '105 Patent | January 18, 2013 |
| Exchange of Proposed Terms for Construction for the '105 Patent | January 25, 2013 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence for the '105 Patent | February 8, 2013 |

Dated: December 14, 2012

| | |
|---|---|
| */s/ Sean R. Marshall* | */s/ Lael D.Andara* |
| Sean R. Marshall (*admitted pro hac vice*)<br>PATTERSON BELKNAP WEBB<br>  & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br>E-Mail:emgelernter@pbwt.com<br><br>Richard Goetz (S.B. #115666)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street | Robert Andris (S.B. # 130290)<br>Lael D. Andara (S.B. # 215416)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street, Suite 500<br>Redwood City, California 94063-2052<br>Telephone:    (650) 364-8200<br>Facsimile:    (650) 780-1701<br>randris@rmkb.com<br>landara@rmkb.com<br><br>Attorneys for Defendants<br>SHASTA TECHNOLOGIES, LLC and |

-2-

5803868v.1
5805750v.1

| | |
|---|---|
| Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>E-Mail: rgoetz@omm.com<br><br>Sue Roeder (S.B. #160897)<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, California 94025<br>Telephone: (650) 473-2600<br>Facsimile: (650) 473-2601<br>E-Mail: sroeder@omm.com<br><br>Attorneys for Plaintiffs<br>LIFESCAN, INC. and<br>LIFESCAN SCOTLAND, LTD. | CONDUCTIVE TECHNOLOGIES, INC.<br><br>*/s/ John Shaeffer*_____<br>John J. Shaeffer (S.B. # 138331)<br>Carole Handler (S.B.# 129381)<br>Jeff Grant (S.B. # 218974)<br>LATHROP & GAGE LLP<br>1888 Century Park East, Suite 1000<br>Los Angeles, California 90067<br>Telephone: (310) 789-4600<br>Facsimile: (310) 789-4601<br>E-mail: jshaeffer@lathropgage.com<br>E-mail: chandler@lathropgage.com<br>E-mail: jgrant@lathropgage.com<br><br>Attorneys for Defendants<br>DECISION DIAGNOSTICS CORP. and<br>PHARMATECH SOLUTIONS, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

_____  Dated December 17, 2012
Hon. Edward J. Davila
U.S. District Judge

-3-

STIPULATION & ORDER RE: PATENT CASE SCHEDULING
CASE NO. CV11-04494-EJD (PSG)

5803868v.1
5805750v.1

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

                                                   /s/ *Sean R. Marshall*
                                                   Sean R. Marshall