1  Gregory L. Diskant (admitted pro hac vice)
   Eugene M. Gelernter (admitted pro hac vice)
2  Sean Marshall (admitted pro hac vice)
   PATTERSON BELKNAP WEBB & TYLER LLP
3  1133 Avenue of the Americas
   New York, NY 10036
4  Telephone: (212) 336-2000
   Facsimile:  (212) 336-2222
5  E-mail:  gldiskant@pbwt.com
            emgelernter@pbwt.com
6           smarshall@pbwt.com

7

   RICHARD GOETZ (S.B. #115666)
8  O'MELVENY & MYERS LLP
   400 South Hope Street
9  Los Angeles, CA  90071-2899
   Telephone: (213) 430-6000
10 Facsimile: (213) 430-6407
   E-Mail:  rgoetz@omm.com
11
   SUSAN ROEDER (S.B. #160897)
12 O'MELVENY & MYERS LLP
   2765 Sand Hill Road
13 Menlo Park, CA  94025
   Telephone: (650) 473-2600
14 Facsimile: (650) 473-2601
   E-Mail:  sroeder@omm.com
15
   Attorneys for Plaintiffs
16 LIFESCAN, INC. and
   LIFESCAN SCOTLAND, LTD.

17

18 **UNITED STATES DISTRICT COURT**

19 **NORTHERN DISTRICT OF CALIFORNIA**

20 **SAN JOSE DIVISION**

| | |
|---|---|
| 21  LIFESCAN, INC. and LIFESCAN SCOTLAND, LTD., | Case No. CV11-04494-EJD (PSG) |
| 22 | |
|     Plaintiffs, | **[PROPOSED]** ORDER GRANTING LIFESCAN'S ADMINISTRATIVE |
| 23 | MOTION TO ~~CONSOLIDATE MOTIONS~~ |
| 24  v. | ~~FOR HEARING AND~~ ADVANCE ~~THEIR~~ HEARING ON MOTION FOR |
| 25  SHASTA TECHNOLOGIES, LLC, DECISION DIAGNOSTICS CORP., | PRELIMINARY INJUNCTION ONLY |
| 26  PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC., | |
|          Defendants. | |

1   On December 17, 2012, Plaintiffs LifeScan, Inc. and LifeScan Scotland, Ltd.
2 ("LifeScan") filed an Administrative Motion to Consolidate Motions for Hearing and Advance
3 Their Return Date Pursuant to Civil Local Rules 6-3 and 7-11. The Court has considered the
4 papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

5   IT IS HEREBY ORDERED that the following motions: (1) Plaintiffs' motion for a
6 preliminary injunction filed on December 14, 2012 (Docket No.176); ~~(2) Defendants' motion to~~
7 ~~dismiss filed on December 14, 2012 (Docket No. 174); and (3) Defendants' motion to stay filed~~
8 ~~on December 14, 2012 (Docket No. 175), are consolidated for hearing;~~

9   ~~and~~

10   ~~If the Court has accepted as related the following case: *LifeScan, Inc. et al. v.*~~
11 ~~*Shasta Technologies, LLC, et al.*, Case No. 12-3660-KAW (N.D. Cal.), the motion for a~~
12 ~~preliminary injunction served by the plaintiffs in that action on December 14, 2012, will also be~~
13 ~~deemed consolidated for hearing with the three motions listed above;~~

14   ~~and~~

15   The hearing date for the above motions is moved forward from March 15, 2012 to
16 February 21, 2013, at 2:00 p.m.

17

18   IT IS SO ORDERED.

19

20 Dated: January 9, 2013

21

22   By: _____
      Honorable Edward J. Davila
23      United States District Court

- 1 -   [PROPOSED] ORDER GRANTING LIFESCAN'S
ADMIN MOT.TO CONSOL. AND ADVANCE
HEARING DATE