UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LIFESCAN SCOTLAND, LTD., | ) | Case No.: C 11-04494 EJD (PSG) |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | **(Re: Docket No. 97)** |
| SHASTA TECHNOLOGIES, LLC, ET AL., | ) ) | |
| Defendants. | ) ) | |

On July 2, 2012, Plaintiff Lifescan Scotland, Ltd. ("Lifescan") moved for sanctions based on Defendants Shasta Technologies, LLC, Instacare Corporation, Pharmatech Solutions, Inc., and Conductive Technologies, Inc.'s (collectively, "Defendants") failure to serve adequate invalidity contentions pursuant to Pat. L.R. 3-3 and to produce documents pursuant to Pat. L.R. 3-4.[1] On July 12, 2012, Judge Davila referred the motion for sanctions to the undersigned for disposition.[2] In response, Lifescan filed an identical motion for sanctions requesting the same relief, noticed before the undersigned.[3] As the court has already granted the identical second motion,[4] the original July 2 motion for sanctions is MOOT.

---

[1] *See* Docket No. 97.

[2] *See* Docket No. 102.

[3] *See* Docket No. 105.

1

Case No.: C 11-04494 EJD (PSG)
ORDER

1  **IT IS SO ORDERED.**

2  Dated: March 18, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[4] *See* Docket No. 130.

Case No.: C 11-04494 EJD (PSG)
ORDER

2