Bond 82286384

IN THE United States District Court, Northern District of California

Lifescan, Inc. and Lifescan Scotland, Ltd.

Plaintiff

vs.

Shasta Technologies, LLC, Instacare Corp., Pharmatech Solutions, Inc., and Conductive Technologies, Inc.

Defendant

UNDERTAKING ON

☐ Temporary Restraining Order
☒ Preliminary Injunction
☐ Injunction
☐

FILED 2013 APR 11 P 2:10 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. SAN JOSE

WHEREAS, by an Order of the above entitled Court made on the ___9th___ day of ___April___, __2013__, Plaintiff was required to file an undertaking in the sum of $ 12,700,000.00 as a condition for a Preliminary Injunction Bond _____ to be in effect restraining and enjoining the above named Defendant from the commission of certain acts as more fully set forth in said Order,

NOW, THEREFORE, we, ___LIFESCAN, INC. AND LIFESCAN SCOTLAND, LTD.___, as Principal, and ___FEDERAL INSURANCE COMPANY___, a corporation, organized and existing under the laws of the State of ___IN___ and authorized to transact business in the State of ___California___, as Surety, in consideration of the premises and the issuance of said ___Preliminary Injunction Bond___, do hereby jointly and severally undertake to pay all costs and disbursements that may be decreed to the Defendant and such damages not exceeding the amount of ___Twelve Million Seven Hundred Thousand and 00/100___ Dollars ( $ 12,700,000.00 ), as the Defendant may sustain by reason of said ___Preliminary Injunction Bond___ if the same be wrongful and without sufficient cause.

IN WITNESS WHEREOF, we have each set our hands this ___10th___ day of ___April___, __2013__.

FEDERAL INSURANCE COMPANY

By _Jessica Iannotta_   Attorney-in-Fact

# SURETY ACKNOWLEDGMENT

State of New York)

County of New York)

On 10th day of April, 2013 before me, <u>Kelly O'Malley</u>, Notary Public, personally appeared <u>Jessica Iannotta</u> who proved to me on the basis of satisfactory evidence to be the <u>Attorney-in-Fact</u> of <u>Federal Insurance Company</u> whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in her authorized capacity(ies), and that by her signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New York that the foregoing paragraph is true and correct.

Signature: _Kelly O'Malley_

KELLY O'MALLEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OM6267190
My Commission Expires August 13, 2016



| Chubb Surety | POWER OF ATTORNEY | Federal Insurance Company<br>Vigilant Insurance Company<br>Pacific Indemnity Company | Attn: Surety Department<br>15 Mountain View Road<br>Warren, NJ 07059 |
|---|---|---|---|

**Know All by These Presents,** That FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, and PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, do each hereby constitute and appoint Vivian Carti, Debra A. Deming, Sandra Diaz, Evangelina L. Dominick, Cynthia Farrell, Jessica Iannotta, Annette Leuschner, Robert P. McDonough, Glenn Pelletiere, Sonia Rogers and Valorie Spates of New York, New York ——————————

each as their true and lawful Attorney-in-Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

In Witness Whereof, said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY have each executed and attested these presents and affixed their corporate seals on this **3rd** day of **November, 2011.**

Kenneth C. Wendel, Assistant Secretary

David B. Norris, Jr., Vice President

STATE OF NEW JERSEY
County of Somerset     ss.

On this **3rd** day of **November, 2011** before me, a Notary Public of New Jersey, personally came Kenneth C. Wendel, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Kenneth C. Wendel, being by me duly sworn, did depose and say that he is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By-Laws of said Companies; and that he signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that he is acquainted with David B. Norris, Jr., and knows him to be Vice President of said Companies; and that the signature of David B. Norris, Jr., subscribed to said Power of Attorney is in the genuine handwriting of David B. Norris, Jr., and was thereto subscribed by authority of said By-Laws and in deponent's presence.

Notarial Seal



KATHERINE J. ADELAAR
NOTARY PUBLIC OF NEW JERSEY
No. 2316685
Commission Expires July 14, 2014

Notary Public

### CERTIFICATION

Extract from the By-Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached."

I, Kenneth C. Wendel, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY (the "Companies") do hereby certify that

(i) the foregoing extract of the By-Laws of the Companies is true and correct,
(ii) the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U.S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U.S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and
(iii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Warren, NJ this **10th** day of **April, 2013.**

  

Kenneth C. Wendel, Assistant Secretary

---

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY Telephone (908) 903-3493 Fax (908) 903-3656
e-mail: surety@chubb.com

---

Form 15-10-0225B-U (Ed. 5-03) CONSENT

# FEDERAL INSURANCE COMPANY

STATEMENT OF ASSETS, LIABILITIES AND SURPLUS TO POLICYHOLDERS

Statutory Basis

DECEMBER 31, 2011

(in thousands of dollars)

## ASSETS

| | |
|---|---:|
| Cash and Short Term Investments | $ 151,942 |
| United States Government, State and Municipal Bonds | 10,312,572 |
| Other Bonds | 4,146,378 |
| Stocks | 779,367 |
| Other Invested Assets | 1,924,895 |
| **TOTAL INVESTMENTS** | **17,315,154** |
| Investments in Affiliates: | |
|   Chubb Investment Holdings, Inc. | 3,212,072 |
|   Pacific Indemnity Company | 2,440,763 |
|   Chubb Insurance Investment Holdings Ltd. | 1,237,556 |
|   Executive Risk Indemnity Inc. | 1,076,901 |
|   CC Canada Holdings Ltd. | 747,660 |
|   Great Northern Insurance Company | 436,665 |
|   Chubb Insurance Company of Australia Limited | 404,315 |
|   Chubb European Investment Holdings SLP | 251,756 |
|   Vigilant Insurance Company | 233,604 |
|   Other Affiliates | 409,535 |
| Premiums Receivable | 1,470,010 |
| Other Assets | 1,490,621 |
| **TOTAL ADMITTED ASSETS** | **$ 30,726,612** |

## LIABILITIES AND SURPLUS TO POLICYHOLDERS

| | |
|---|---:|
| Outstanding Losses and Loss Expenses | $ 12,300,432 |
| Unearned Premiums | 3,395,082 |
| Ceded Reinsurance Premiums Payable | 320,332 |
| Provision for Reinsurance | 80,930 |
| Other Liabilities | 922,290 |
| **TOTAL LIABILITIES** | **17,019,066** |
| Special Surplus Funds | 222,832 |
| Capital Stock | 20,980 |
| Paid-In Surplus | 3,106,808 |
| Unassigned Funds | 10,356,926 |
| **SURPLUS TO POLICYHOLDERS** | **13,707,546** |
| **TOTAL LIABILITIES AND SURPLUS TO POLICYHOLDERS** | **$ 30,726,612** |

Investments are valued in accordance with requirements of the National Association of Insurance Commissioners. Investments with a carrying value of $431,309,571 are deposited with government authorities as required by law.

State, County & City of New York, — ss:

_____ Yvonne Baker, Assistant Secretary _____ of the Federal Insurance Company being duly sworn, deposes and says that the foregoing Statement of Assets, Liabilities and Surplus to Policyholders of said Federal Insurance Company on December 31, 2011 is true and correct and is a true abstract of the Annual Statement of said Company as filed with the Secretary of the Treasury of the United States for the 12 months ending December 31, 2011.

Subscribed and sworn to before me this March 31, 2012

*Dorothy Baker*
Notary Public

*Yvonne Baker*
Assistant Secretary

DOROTHY M. BAKER
Notary Public, State of New York
No. 31-4904994
Qualified in New York County
Commission Expires Sept. 14, 2013

Form 15-10-0313A (Rev. 3/12)