Gregory L. Diskant (admitted *pro hac vice*)
Eugene M. Gelernter (admitted *pro hac vice*)
Sean Marshall (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
E-mail:  gldiskant@pbwt.com
         emgelernter@pbwt.com
         smarshall@pbwt.com

Richard Goetz (S.B. #115666)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-Mail: rgoetz@omm.com

Susan Roeder (S.B. #160897)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601
E-Mail: sroeder@omm.com

Attorneys for Plaintiffs LIFESCAN, INC.
and LIFESCAN SCOTLAND, LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE**

| | |
|---|---|
| LIFESCAN, INC. and LIFESCAN SCOTLAND, LTD., <br><br>                    Plaintiffs,<br><br>    v.<br><br>SHASTA TECHNOLOGIES, LLC, DECISION DIAGNOSTICS CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC.,<br><br>                    Defendants. | Case No. CV11-04494-EJD (PSG)<br><br>**LIFESCAN'S OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR OSC RE CONTEMPT AND FOR FURTHER RELIEF AND SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES** |

LifeScan objects to Defendants' motion as it fails to conform to any of the requirements for *ex parte* relief. As this Court has noted in denying previous inappropriate *ex parte* requests,

> Civil Local Rule 7-10 states:
>
> Unless otherwise ordered by the assigned Judge, a party may file an ex parte motion, that is, a motion filed without notice to opposing party, *only if a statute, Federal Rule, local rule or Standing Order authorizes the filing of an ex parte motion in the circumstances* and the party has complied with the applicable provisions allowing the party to approach the Court on an ex parte basis. *The motion must include a citation to the statute, rule or order which permits the use of an ex parte motion to obtain the relief sought.*

D.E. 151 (emphasis in original). Defendants have identified no statute, Federal Rule, local rule, or Standing Order that authorizes the filing of an *ex parte* motion. Their application should accordingly be denied. If Defendants file a proper motion, LifeScan will respond appropriately.

Dated: April 24, 2013

                                      PATTERSON BELKNAP WEBB & TYLER LLP

                                      By: /s/ *Gregory L. Diskant*
                                                  Gregory L. Diskant

                                      Gregory L. Diskant (admitted *pro hac vice*)
                                      Eugene Gelernter (admitted *pro hac vice*)
                                      Sean Marshall (admitted *pro hac vice*)
                                      1133 Avenue of the Americas
                                      New York, NY 10036
                                      Telephone: (212) 336-2000
                                      Facsimile: (212) 336-2222
                                      E-mail: gldiskant@pbwt.com
                                                    emgelernter@pbwt.com
                                                    smarshall@pbwt.com

                                      Richard B. Goetz
                                      O'MELVENY & MYERS LLP
                                      400 South Hope Street
                                      Los Angeles, California 90071
                                      Telephone: (213) 430-6000
                                      Facsimile: (213) 430-6407

LIFESCAN'S OPP'N TO MOTION TO EX PARTE APP
CASE NO. CV11-04494-EJD (PSG)

6120127v.1

E-mail: rgoetz@omm.com

Susan Roeder
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2618
Facsimile: (650) 473-2601
E-mail: sroeder@omm.com
*Attorneys for Plaintiffs LifeScan, Inc. and LifeScan Scotland, Ltd.*