| | |
|---|---|
| Gregory L. Diskant (*admitted pro hac vice*)<br>Eugene M. Gelernter (*admitted pro hac vice*)<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York  10036<br>Telephone:  (212) 336-2000<br>Facsimile:   (212) 336-2222<br>gldiskant@pbwt.com<br>emgelernter@pbwt.com<br><br>Charles Hoffmann (admitted *pro hac vice*)<br>Sean Marshall (admitted *pro hac vice*)<br>HOFFMANN MARSHALL STRONG LLP<br>116 West 23rd Street<br>New York, NY 10011<br>Telephone:  (212) 851-8403<br>charlies@hmscounsel.com<br>sean@hmscounsel.com<br><br>Sue Roeder (S.B. #160897)<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, California  94025<br>Telephone:  (650) 473-2600<br>Facsimile:  (650) 473-2601<br>sroeder@omm.com<br><br>Attorneys for Plaintiffs<br>LIFESCAN, INC. and<br>LIFESCAN SCOTLAND, LTD. | Robert Andris (S.B. # 130290)<br>Lael D. Andara (S.B. # 215416)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street, Suite 500<br>Redwood City, California  94063-2052<br>Telephone:   (650) 364-8200<br>Facsimile:    (650) 780-1701<br>randris@rmkb.com<br>landara@rmkb.com<br><br>Attorneys for Defendants<br>SHASTA TECHNOLOGIES, LLC and<br>CONDUCTIVE TECHNOLOGIES, INC.<br><br>John J. Shaeffer (S.B. # 138331)<br>Carole Handler (S.B.# 129381)<br>Jeff Grant (S.B. # 218974)<br>LATHROP & GAGE LLP<br>1888 Century Park East, Suite 1000<br>Los Angeles, California 90067<br>Telephone: (310) 789-4600<br>Facsimile: (310) 789-4601<br>jshaeffer@lathropgage.com<br>chandler@lathropgage.com<br>jgrant@lathropgage.com<br><br>Attorneys for Defendants<br>DECISION DIAGNOSTICS CORP.. and<br>PHARMATECH SOLUTIONS, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFESCAN, INC. and<br>LIFESCAN SCOTLAND, LTD.,<br><br>                          Plaintiffs,<br>v.<br><br>SHASTA TECHNOLOGIES, LLC,<br>DECISION DIAGNOSTICS CORP.,<br>PHARMATECH SOLUTIONS, INC., and<br>CONDUCTIVE TECHNOLOGIES, INC.,<br><br>                          Defendants. | Case No.  CV11-04494-WHO (PSG)<br><br>**STIPULATION AND ORDER ADJOURNING MOTION FOR A STAY PENDING *INTER PARTES* REVIEW** |

WHEREAS, Defendants have moved to stay this action pending the *Inter Partes* Review of U.S. Patent No. 7,250,105, D.E. 332 (the "Stay Motion"); and

WHEREAS, Plaintiffs' response to the Stay Motion currently is due on August 30, 2013 and the Stay Motion is scheduled to be heard on September 25, 2013; and

WHEREAS, the parties desire to adjourn the Stay Motion for two weeks while they attempt to resolve amongst themselves the issues raised by the Stay Motion;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties in this case, subject to the Court's approval, that the date for Plaintiffs' response to the stay motion is extended for two weeks, from August 30, 2013 until September 13, 2013, and the hearing on the Stay Motion is adjourned from September 25, 2013 until October 9, 2013 at 2 p.m.

| /s/ Gregory L. Diskant | /s/ Robert Andris |
|---|---|
| Gregory L. Diskant *admitted pro hac vice*) <br> PATTERSON BELKNAP WEBB & TYLER LLP <br><br> Attorneys for Plaintiffs <br> LIFESCAN, INC. and <br> LIFESCAN SCOTLAND, LTD. | Robert Andris (S.B. # 130290) <br> ROPERS, MAJESKI, KOHN & BENTLEY <br> Attorneys for Defendants <br> SHASTA TECHNOLOGIES, LLC and <br> CONDUCTIVE TECHNOLOGIES, INC. <br><br> */s/ John J. Shaeffer* <br> John J. Shaeffer (S.B. # 138331) <br> LATHROP & GAGE LLP <br><br> Attorneys for Defendants <br> DECISION DIAGNOSTICS CORP. and <br> PHARMATECH SOLUTIONS, INC. |

Dated: August 29, 2013

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

_____    Dated: August 30, 2013
Hon. William H. Orrick
U.S. District Judge

- 2 -

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  August 29, 2013                     /s/ Sue Roeder
                                            [name]

- 3 -