| | |
|---|---|
| Gregory L. Diskant (admitted *pro hac vice*)<br>Eugene M. Gelernter (admitted *pro hac vice*)<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone:   (212) 336-2000<br>Facsimile:   (212) 336-2222<br>E-mail:   gldiskant@pbwt.com<br>         emgelernter@pbwt.com<br><br>Charles D. Hoffmann (*admitted pro hac vice*)<br>Sean Marshall (*admitted pro hac vice*)<br>HOFFMANN MARSHALL STRONG LLP<br>116 W 23rd St, Suite 500<br>New York, NY 10011<br>Telephone:   (212) 851-8403<br>Fax:   (646) 741-4502<br>E-mail:   charlie@hmscounsel.com<br>         sean@hmscounsel.com<br><br>Sue Roeder (S.B. #160897)<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, CA  94025<br>Telephone:   (650) 473-2600<br>Facsimile:   (650) 473-2601<br>E-Mail:   sroeder@omm.com<br><br>*Attorneys for Plaintiffs LifeScan Inc. and LifeScan Scotland, Ltd.* | Robert P. Andris (SBN 130290)<br>Lael D. Andara (SBN 215416)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street, Suite 500<br>Redwood City, CA 94063-2052<br>Telephone: (650) 364-8200<br>Facsimile: (650) 780-1701<br>Email:   randris@rmbk.com<br>         landara@rmbk.com<br><br>*Attorneys for Defendants Shasta Technologies, LLC and Conductive Technologies, Inc.*<br><br><br>John J. Shaeffer (S.B. # 138331)<br>Carole Handler (S.B. # 129381)<br>Jeff Grant (S.B. # 218974)<br>LATHROP & GAGE LLP<br>1888 Century Park East, Suite 1000<br>Los Angeles, CA 90067<br>Telephone:  (310) 789-4600<br>Facsimile:  (310) 789-4601<br>Email:   jshaeffer@lathropgage.com<br>         chandler@lathropgage.com<br>         jgrant@lathropgage.com<br><br>*Attorneys for Defendants Decision Diagnostics Corp. and PharmaTech Solutions, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIFESCAN, INC. and LIFESCAN SCOTLAND, LTD.,<br><br>            Plaintiffs,<br><br>     v.<br><br>SHASTA TECHNOLOGIES, LLC, DECISION DIAGNOSTICS CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC.,<br>            Defendants. | Case No. CV11-04494-WHO<br><br>**ORDER STAYING PROCEEDINGS** |

6432456v.1

Having reviewed the parties' Joint Statement Regarding Staying Causes of Action, and pursuant to agreement by all parties and for good cause shown, and subject to the exceptions set forth in this Order, all proceedings concerning Count III of the First Amended Complaint (infringement of the '105 patent (Dkt. No. 170 ¶¶ 54-60)), and all proceedings concerning the Third through Sixth Claims for Relief in the Amended Answer and Counterclaims of Defendants PharmaTech Solutions, Inc. and Decision Diagnostics Corp. (Dkt. No. 346 ¶¶ 70-96), are hereby stayed pending a final decision by the Patent Trials and Appeals Board ("PTAB") in the pending *inter partes* review ("IPR") of U.S. Patent No. 7,250,105 (the "'105 Patent"). When the PTAB issues a final decision in the IPR concerning the '105 Patent, the Court, on the request of any party, may consider whether the stay provided in this paragraph should, or should not, continue during the pendency of any appeals from that final decision.

If the Federal Circuit affirms the preliminary injunction in this case (Dkt. No. 246), this Court will consider, if requested by any party, whether this stay should, or should not, extend to proceedings, if any, to enforce the preliminary injunction.

The stay that is the subject of this Order does not apply to the Order to Show Cause Why LifeScan should not be held in contempt (Dkt. No. 336) or LifeScan's Motion to Modify the Protective Order (Dkt. No. 368).

The stays previously ordered by this Court (Dkt. Nos. 245 and 294) are not affected in any way by this Order.

Any party may move to modify or lift the stay ordered herein for good cause shown.

IT IS SO ORDERED.

Dated: October 8, 2013

By: _____
Honorable William H. Orrick
United States District Judge

ORDER STAYING PROCEEDINGS,
NO. CV11-04494-WHO

6432456v.1