# EXHIBIT A



EisnerAmper LLP
Two Logan Square, Suite 1101
100 North 18th Street
Philadelphia, PA  19103
**T**: 215.881.8800
**F**: 215.881.8801

www.eisneramper.com

## Richard J. Gering Ph.D., CLP

Principal
richard.gering@eisneramper.com
215.881.8828

### EDUCATION/LICENSES:

- Ph.D., M.A. in Economics, University of Maryland, Concentration:  Public Finance, Industrial Organization
- B. Commerce, Honors Economics, University of Natal Durban, South Africa
- Certified Licensing Professional (CLP) Licensing Executives Society (USA and Canada), Inc.

### PROFESSIONAL EXPERIENCE:

**EisnerAmper LLP** – Forensic Accounting & Litigation Services, Principal, (2012 - )

Provides consulting and expert witness assistance including economic and statistical analysis related to commercial disputes.  Assists law firms and corporate clients related to the calculation of damages, econometric model building and forecasting, market definition and profitability analysis.  Experience includes antitrust, patent infringement, royalty rate calculations, breach of contract and lost profits disputes.  Economic consulting includes model building and decision rule analysis on market, profitability and product pricing.

**ParenteBeard LLC** - Forensic Accounting & Litigation Services, Partner, (2002-2012)

**Villanova University School of Law** - Adjunct Lecturer: Economic Damages, (2000 - )

**PricewaterhouseCoopers LLP** - Financial Advisory Services, Director, (1992-2002)

**Meridian Research, Inc.** - Silver Spring, Maryland, Staff Economist (1986-1991)

**University of Maryland** - College Park, Maryland, Teaching Assistant (1984-1989)

**Israel Discount Bank** - Tel Aviv, Israel, Economist, International Division (1982-1983)

### PROFESSIONAL AFFILIATIONS:

- American Economic Association
- Licensing Executives Society
- Intellectual Property Owners Association



**LECTURES/PRESENTATIONS:**

"Recent Developments in Patent Damages," Pennsylvania Bar Institute (July 12, 2012)

"Valuing IP in the Current High Risk Environment, Bio IP Counsels Committee Conference (Boston, MA October 2010, Panelist)

"IP Damages," at AICPA National Conferences on Fraud and Litigation Services (Orlando, FL, TX, October 2009) (Co-Presenter)

"Trends in Patent Law and What is Next?" (Co-Presenter), AICPA FVS Section, Webinar (October 2008)

"Lost Profit Damages: The Effects of Non-Infringing Alternatives (Substitutes and Complements), Price Erosion and Convoyed Sales Analysis," Law Seminars International (October 30 & 31, 2006)

"Models for Valuation of Patents," at AIPLA 29th Mid-Winter Institute (La Quinta, CA, February 1-4, 2006)

"Intellectual Property News & Current Events," at AICPA National Conferences on Fraud and Litigation Services (Dallas, TX, September 2005) (Co-Presenter)

"Price Erosion and the Law of Demand in Patent Damages," Philadelphia Intellectual Property Law Association (January 20, 2005)

"Patent Infringement Damages – An Economist's Viewpoint," with Jeffrey H. Kinrich, CPA/ABV, at AICPA Conferences on Fraud and Litigation Services (Phoenix, AZ, September 2004)

"Antitrust Economics for Beginners" at Pennsylvania Bar Institute's Fundamentals of Antitrust Law (Pittsburgh Program; June 2004)

"Capturing IP Market Opportunities within the Bio/Pharmaceutical Industry to Create a Sustainable Competitive Advantage" at Competitive Business Intelligence's 2nd Annual Competitive Intelligence for Bio/Pharmaceutical Companies. (January 2004)

Panel Discussant "Positioning Company Assets for IP Structured Finance Transactions" at World Research Group's 2nd Annual Advancing IP Structured Finance. (January 2004)

"Litigation Strategies & Patent Damages" Philadelphia Intellectual Property Law Association (October 10, 2002)

"The Business and Economic Impact on Genomics," Strategic Research Institute's Pharma & Biotech Intellectual Property & Technology Transfer Summit (July 19, 2002)



**LECTURES/PRESENTATIONS (CONT'D):**

"Branding Programs to Maximize Return from Corporate Trademarks," The DuPont 2000 CLE Intellectual Property Law Seminar (October 31, 2000)

Panel Discussant in "The Forensic Economist for the Defense," Southern Economic Association (November 1998)

"The Role of an Economist in Antitrust Litigation," Instructor, First International PricewaterhouseCoopers FAS Training Program (1998)

"Advanced Issues in Intellectual Property Litigation," Instructor, First International PricewaterhouseCoopers FAS Training Program (1998)

Panel Discussant in "Measuring Commercial Damages via Lost Profits or Loss of Business Value," Southern Economic Association (November 1996)

Guest Lecturer at The Henry George School 1991/1992, "The Political Economy of South Africa"

Seminar Series to the South African Society for Engineers (Durban) 1981, "Economics for Engineers"


**PUBLICATIONS:**

"Quantifying Reasonable Royalties:  The Entire Market Value Rule," in *Intellectual Property Valuation, Exploitation, and Infringement Damages: 2010 Cumulative Supplement* by Russell L. Parr and Gordon V. Smith (John Wiley & Sons)

"Understand the economics behind licensing deals," *Managing Intellectual Property, IP Focus, Life Sciences, 8th Edition, 2010,* www.managingip.com  (September 2010)

"How Reasonable Is Your Royalty?" with Glenn S. Newman, CPA and Jeffrey N. Press, CPA, *Journal of Accountancy*  (September 2008)

"Price Erosion in Patent Damages," with Gregory J. Urbanchuk, CPA, *The Barrister* (London UK)  (June 2005)

"Damages Aren't Always Patently Obvious," with Glenn Newman, CPA, *Journal of Accountancy* (November 2004)

"A Daubert Primer" *The Pennsylvania Law Weekly* (August 19, 2002)



**PUBLICATIONS (CONT'D):**

"Lost-Profit Calculations," in _Intellectual Property Infringement Damages: A Litigation Support Handbook_ by Russell L. Parr (John Wiley & Sons, Second Edition 1999)

"Maximizing the Value of your Intellectual Assets," at IBC's World Congress on Enzyme Technologies. (March 1999)

"Maximizing the Value of your Intellectual Property: A Biotech Case Study," Conference on The Valuation of Intangible Assets In Global Operations at Rutgers University (February 1999)

"Safeguarding Billing Practices and Systems: Top Ten Ways to Invalidate a Sample," _The Critical Edge_  (Winter 1998)



## Richard J. Gering, Ph.D.

**Federal Rule 26 Disclosures - Testimony**

| _Date_ | _Jurisdiction_ | _Type_ | _Matter_ |
|---|---|---|---|
| 2013 | United States District Court Eastern District of Texas | Trial | KKG, LLC v. Reynolds Consumer Products Inc., Wal-Mart Stores, Inc., and Amazon.Com, Inc., *et al.* (2:11-cv-00012-JRG) |
| 2013 | United States District Court District of Delaware | Trial | Synthes USA, LLC; Synthes USA Products, LLC and Synthes USA Sales, LLC v. Globus Medical, Inc. (11-652-LPS) |
| 2013 | United States District Court Southern District of New York | Deposition | Medien Patent Verwaltung AG v. Deluxe Entertainment Services Group, Inc. (1:10-cv-04119-CM-GWG) |
| 2013 | United States District Court District of Massachusetts Central Division | Deposition | Abbott Biotechnology Ltd. and AbbVie, Inc. v. Janssen Biotech, Inc. (09-40089-FDS) |
| 2013 | United States District Court Eastern District of Texas Marshall Division | Deposition | KKG, LLC v. Reynolds Consumer Products Inc., Wal-Mart Stores, Inc., and Amazon.Com, Inc., *et al.* (2:11-cv-00012-JRG) |
| 2013 | United States District Court Southern District of Michigan Southern Division | Deposition | Nellcor Puritan Bennett LLC v. CAS Medical Systems, Inc. (2:11-cv-15697) |
| 2013 | United States District Court District of Delaware | Deposition | Endo Pharmaceuticals, Inc. v. Mylan Pharmaceuticals Inc. and Mylan Inc. (11-cv-00717-JEI-KW) |



# Richard J. Gering, Ph.D.
**Federal Rule 26 Disclosures - Testimony**

| Date | Jurisdiction | Type | Matter |
|------|--------------|------|--------|
| 2013 | United States District Court, District of Delaware | Trial | Cephalon, Inc. and Cima Labs, Inc. v. Mylan Pharmaceuticals Inc. and Mylan Inc. (1:11-cv-0164-SLR-MPT) |
| 2013 | United States District Court, District of Delaware | Deposition | Synthes USA, LLC; Synthes USA Products, LLC and Synthes USA Sales, LLC v. Globus Medical, Inc. (11-652-LPS) |
| 2013 | United States District Court, District of Delaware | Deposition | Cephalon, Inc. and Cima Labs, Inc. v. Mylan Pharmaceuticals Inc. and Mylan Inc. (1:11-cv-0164-SLR-MPT) |
| 2012 | United States District Court, Western District of Kentucky | Deposition | SCA Hygiene Products, Aktiebolag and SCA Personal Care, Inc. v. First Quality Baby Products, First Quality Hygienic, Inc, First Quality Products, Inc. and First Quality Retail Services, LLC (1:10-cv-122-M) |
| 2012 | United States District Court, District of Delaware | Trial | Pfizer Inc., Pharmacia & Upjohn Company, Pharmacia & Upjohn Company, LLC, Sugen, Inc., C.P. Pharmaceuticals International C.V., Pfizer Pharmaceuticals LLC, and PF Prism C.V. v. Mylan Pharmaceuticals Inc. (C.A. 10-528-GMS) |
| 2012 | United States District Court, Southern District of New York | Deposition | Luitpold Pharmaceuticals, Inc. v Ed. Geistlich Sohne Fur Chemische Industrie, and Osteomedical LTD (11-CV-0681(KBF)) |
| 2012 | United States District Court, Middle District of Tennessee | Deposition | Synthes US Sales, LLC v. Gregory W. Taylor and Morgangray Medical LLC (CA3: 10-1102) |

EisnerAmper LLP
www.eisneramper.com



## Richard J. Gering, Ph.D.
**Federal Rule 26 Disclosures - Testimony**

| Date | Jurisdiction | Type | Matter |
|---|---|---|---|
| 2012 | United States District Court<br>District of Delaware | Deposition | Pfizer Inc., Pharmacia & Upjohn Company, Pharmacia & Upjohn Company, LLC, Sugen, Inc., C.P. Pharmaceuticals International C.V., Pfizer Pharmaceuticals LLC, and PF Prism C.V. v. Mylan Pharmaceuticals Inc. (C.A. 10-528-GMS) |
| 2012 | United States District Court<br>Western District of Washington<br>At Seattle | Deposition | Cascade Yarns, Inc. v. Knitting Fever, Inc. (10-CV-00861) |
| 2012 | United States District Court<br>Eastern District of Virginia<br>Alexandria Division | Deposition | Reporting Technologies, Inc. v. Emma, Inc. (11-CV-01203) |
| 2012 | United States District Court<br>Eastern District of Virginia<br>Alexandria Division | Deposition | Bear Creek Technologies, Inc. v. Verizon Services Corp., Verizon Business Network Services Inc., MCI Communications Services, Inc., and Verizon Communications Inc. (11-CV-880) |
| 2012 | United Stated District Court<br>Southern District of New York | Deposition | Impax Laboratories, Inc. v. Shire LLC and Teva Pharmaceuticals USA, Inc. (10-CV-08386) |
| 2012 | United States District Court<br>District of Delaware | Trial | Sunovion Pharmaceuticals Inc. v. Dey Pharma, L.P., Dey, Inc. Mylan, Inc. and Mylan Pharmaceuticals Inc. (06-113 (LPS)) |



## Richard J. Gering, Ph.D.
**Federal Rule 26 Disclosures - Testimony**

| *Date* | *Jurisdiction* | *Type* | *Matter* |
|---|---|---|---|
| 2011 | United States District Court Eastern District of Pennsylvania | Deposition | CSB-System International, Inc. v. SAP America, Inc. (10-CV-2156) |
| 2011 | United States District Court District of Utah Center Division | Deposition | Brigham Young University and Dr. Daniel L. Simmons v. Pfizer, Inc., G.D.Searle & Company, G.D. Searle LLC, Monsanto Company and Pharmacia Corporation (06-CV-00890) |
| 2011 | United States District Court District of New Jersey | Deposition | Bed Bath & Beyond, Inc. v. Sears Brands, LLC (08-CV-5839-SDW-MCA) |
| 2011 | United States District Court Middle District of North Carolina | Deposition | Static Control Components, Inc., and Innovative Cartridge Technologies, Inc. v. Future Graphics, LLC (08-CV-00109) |
| 2011 | United States District Court District of Massachusetts | Deposition | Abbott GMBH & Co., KG, Abbott Bioresearch Center, Inc., and Abbott Biotechnology Ltd. V. Centocor Ortho Biotech, Inc. and Centocor Biologics, LLC (09-CV-11340 (FDS)) |
| 2011 | United States District Court District of Connecticut | Deposition | Tyco Healthcare Group LP and United States Surgical Corporation v. Ethicon Endo-Surgery, Inc. (10-CV-0060) |
| 2011 | United States District Court District of Delaware | Deposition | Sunovion Pharmaceuticals Inc. v. Dey Pharma, L.P., Dey, Inc., Mylan, Inc. and Mylan Pharmaceuticals Inc. (06-113 (LPS)) |



## Richard J. Gering, Ph.D.
**Federal Rule 26 Disclosures - Testimony**

| Date | Jurisdiction | Type | Matter |
|---|---|---|---|
| 2010 | United States District Court<br>Northern District of Illinois<br>Eastern Division | Deposition | Viskase Companies, Inc. v. World Pac International AG, and World Pac International USA, and Sun Products Marketing Und Manufacturing AG (09-CV-5022) |
| 2010 | American Arbitration Association | Arbitration | Centocor Ortho Biotech Inc. v. Schering-Plough Corporation, and Schering-Plough (Ireland) Company (50 122 T 00273 09) |
| 2010 | United States District Court<br>Northern District of Ohio<br>Eastern Division | Trial | Bendix Commercial Vehicle Systems LLC, Knorr-Bremse Systeme Fur Nutzfahrzeuge Gmbh, and Bendix Spicer Foundation Brake LLC v. Haldex Brake Products Corporation (09-CV-176) |
| 2010 | United States District Court<br>Middle District of Florida<br>Tampa Division | Arbitration | Pegasus Imaging Corporation v. Allscripts Healthcare Solutions, Inc. and Allscripts, LLC (08-CV-1770) |
| 2010 | American Arbitration Association | Deposition | Centocor Ortho Biotech Inc. v. Schering-Plough Corporation, and Schering-Plough (Ireland) Company (50 122 T 00273 09) |
| 2010 | United States District Court<br>Northern District of Ohio<br>Eastern Division | Deposition | Bendix Commercial Vehicle Systems LLC, Knorr-Bremse Systeme Fur Nutzfahrzeuge Gmbh, and Bendix Spicer Foundation Brake LLC v. Haldex Brake Products Corporation (09-CV-176) |



## Richard J. Gering, Ph.D.
**Federal Rule 26 Disclosures - Testimony**

| Date | Jurisdiction | Type | Matter |
|------|--------------|------|--------|
| 2010 | United States District Court<br>Northern District of Texas<br>Dallas Division | Deposition | Gillani Consulting, Inc. v. Ferguson Enterprises, Inc.<br>(07-CV-1488) |
| 2010 | United States District Court<br>Middle District of Florida<br>Tampa Division | Deposition | Pegasus Imaging Corporation v. Allscripts Healthcare Solutions, Inc. and Allscripts, LLC  (08-CV-1770) |
| 2009 | United States District Court<br>Eastern District of Virginia<br>Richmond Division | Trial | PBM Products, LLC v. Mead Johnson Nutrition Company and Mead Johnson & Company v. PBM Products, LLC and Paul Manning<br>(09-CV-269) |
| 2009 | United States District Court<br>Eastern District of Virginia<br>Richmond Division | Deposition | PBM Products, LLC v. Mead Johnson Nutrition Company and Mead Johnson & Company v. PBM Products, LLC and Paul Manning<br>(09-CV-269) |
| 2009 | United States District Court<br>Eastern District of Virginia<br>Norfolk Division | Deposition | ShopNTown, LLC v. Landmark Media Enterprises, LLC<br>(08-CV-564) |
| 2009 | In the District Court of Harris County, Texas<br>190th Judicial District | Arbitration | CSI International, Inc. and Sumatec International, Ltd. v. TYCO Valves and Controls, L.P. and TYCO Flow Control, Inc. |



## Richard J. Gering, Ph.D.
**Federal Rule 26 Disclosures - Testimony**

| Date | Jurisdiction | Type | Matter |
|------|--------------|------|--------|
| 2009 | United States District Court, Eastern District of Texas, Tyler Division | Deposition | SFA Systems, LLC v. Infor Global Solutions, Inc. (07-CV-00067) |
| 2009 | United States District Court, Eastern District of Texas, Marshall Division | Trial | Centocor, Inc. and New York University v. Abbott Laboratories, Abbott Bioresearch Center, Inc., and Abbott Biotechnology Ltd (07-CV-139) |
| 2009 | United States District Court, Eastern District of Texas, Marshall Division | Deposition | Centocor, Inc. and New York University v. Abbott Laboratories, Abbott Bioresearch Center, Inc., and Abbott Biotechnology Ltd (07-CV-139) |
| 2009 | In the District Court, Collin County, Texas, 401st Judicial District | Deposition | Wayne A. Weimer and Constance S. Weiner v. Erie Management Group, LLC, S.P., Black Family Holdings, L.P. and Samuel P. Black, III (401-0329707) |
| 2009 | United States District Court, District of Delaware | Deposition | Lannett Company Inc. v. KV Pharmaceutical Company, Ther-Rx Corp., and DrugTech Corp. (08-CV-338) |
| 2009 | United States District Court, Eastern District of Texas – Lufkin Division | Trial | Hearing Components, Inc. v. Shure, Inc. (07-CV-104) |