# EXHIBIT B

**Exhibit B to October 9, 2013 Declaration of Richard Gering:  Documents Analyzed**

**Documents Filed in this Case**

1. Letter from Carol C. Benson, Food and Drug Administration, to Shasta Technologies, LLC, Nov. 30, 2012 (including "Indications for Use" statement for GenStrip), Dkt. No. 176-2 at 105.

2. Defendants' Bond Brief, Mar. 25, 2013, *see* Dkt. No. 253.

3. Declaration of Keith Berman in Support of Defendants' Brief Regarding the Posting of Security and Defendants' Motion to Stay Preliminary Injunction and exhibits thereto, Mar. 25, 2013, Dkt. No. 271-1.

4. Plaintiffs' Response to Defendants' Bond Brief, Apr. 1, 2013, Dkt. No. 262.

5. Declaration of Peter Menziuso in Support of Plaintiffs' Response to Defendants' Bond Brief, Apr. 1, 2013, Dkt. No. 263.

6. Declaration of Richard J. Gering in Support of Plaintiffs' Response to Defendants' Bond Brief and exhibits thereto, Apr. 1, 2013, Dkt. No. 264.

7. Motion for OSC Re Contempt and For Further Relief and Sanctions; Memorandum of Points and Authorities, May 3, 2013, Dkt. No. 292.

8. Order Granting Defendants' Motion for Order to Show Cause re Contempt, Aug. 28, 2013, Dkt. No. 336.

9. Declaration of Keith Berman in Support of Defendants' Motion for OSC Re Contempt and for Further Relief and Sanctions and exhibits thereto, May 2, 2013, Dkt. No. 305-1.

10. Declaration of John Shaeffer in Support of Defendants' Motion for OSC re Contempt and exhibits thereto, May 3, 2013, Dkt. No. 292-1.

11. LifeScan's Opposition to Defendants' Motion for OSC re Contempt, Sept. 13, 2013, Dkt. No. 299.

12. Declaration of Gregory L. Diskant in Opposition to Defendants' Motion for OSC re Contempt and exhibits thereto, May 17, 2013, Dkt. No. 298.

13. LifeScan's Submission Pursuant to Order to Show Cause on Why It Should Not Be Held in Contempt, Sept. 11, 2013, Dkt. No. 352.

14. Declaration of Gregory L. Diskant in Support of LifeScan's Submission Pursuant to Order to Show Cause on Why it Should Not be Held in Contempt and exhibits thereto, Sept. 11, 2013, Dkt. No. 353.

15. Declaration of John P. Figura in Support of LifeScan's Submission Pursuant to Order to Show Cause on Why it Should Not be Held in Contempt and exhibits thereto, Sept. 11, 2013, Dkt. No. 354.

16. Response to Court's Order to Show Cause Why LifeScan Should Not be Held in Contempt, Sept. 25, 2013, Dkt. No. 367.

17. Declaration of Keith Berman in Response to Order to Show Cause Why LifeScan Should Not be Held in Contempt and exhibits thereto, Sept. 25, 2013, *see* Dkt. No. 365.

18. LifeScan's Reply on Order to Show Cause Why It Should Not Be Held in Contempt ("LifeScan's Reply"), Oct. 9, 2013.

19. Declaration of Kathleen Brown in Support of LifeScan's Reply and exhibits thereto, Oct. 7, 2013.

20. Decl. of Gregory L. Diskant in Support of LifeScan's Reply and exhibits thereto, Oct. 9, 2013.

21. Decl. of John P. Figura in Support of LifeScan's Reply and exhibits thereto, Oct. 9, 2013.

### Exhibits to Declaration of Richard Gering

22. Decision Diagnostics Corp. Annual Report (Form 10-K) (Apr. 16, 2013) (Ex. C).

23. Decision Diagnostics Corp. Quarterly Report (Form 10-Q) (Aug. 19, 2013) (Ex. D).

24. Tr. of Deposition of Keith Berman, July 11, 2013 (Ex. E).

25. Mary Raugh, Customer Review, "Genstrip Blood Glucose 50x2 Test Strips for Use with Onetouch Ultra," http://www.amazon.com/Genstrip-Blood-Glucose-Strips-Onetouch/product-reviews/B00CF5IJN8/ref=cm_cr_pr_top_recent?ie=UTF8&showViewpoints=0&sortBy=bySubmissionDateDescending, Oct. 3, 2013 (Ex. F).

26. MegaMinxX, Comment, "Using GenStrips," http://www.tudiabetes.org/forum/topics/using-genstrips?page=1&commentId=583967%3AComment%3A3031514&x=1#583967Comment3031514, Apr. 15, 2013 (Ex. G).

27. Tr. of Decision Diagnostics Corp. Investor Conference Call, Dec. 11, 2012 (Ex. H).

### Other Documents Considered

28. Decision Diagnostics Corp. Quarterly Report (Form 10-Q) (May 15, 2013).

29. Decision Diagnostics Corp. News, http://www.decisiondiagnostics.com/news.html (last visited Oct. 5, 2013).

30. eBay.com, "Genstrip Blood Glucose Test Strips 50Ct for Use with OneTouch Ultra Meters," http://www.ebay.com/itm/Genstrip-Blood-Glucose-Test-Strips-50Ct-for-Use-with-OneTouch-Ultra-Meters-/151089108106?pt=LH_DefaultDomain_0&hash=item232d9cd48a (last visited Oct. 9, 2013).

31. eBay.com, "Purchase History," http://offer.ebay.com/ws/eBayISAPI.dll?ViewBidsLogin&_trksid=p2047675.l2564&rt=nc&item=151089108106 (showing purchases for "Genstrip Blood Glucose Test Strips 50Ct for Use with OneTouch Ultra Meters") (last visited Oct. 9, 2013.

32. "GenStrip™: The Affordable Alternative Strip Compatible With the Ultra® Family of Meters," http://www.youtube.com/watch?v=zzBuHxb-rlM (last visited Oct. 8, 2013).

33. I. Larsen, Customer Review, "Genstrip Test Strips 50ct for Use with Onetouch® Ultra® Meters," http://www.amazon.com/Genstrip-Strips-Onetouch%C2%AE-Ultra%C2%AE-Meters/product-reviews/B00B5VC074/ref=dp_top_cm_cr_acr_txt?ie=UTF8&showViewpoints=1, May 22, 2013.

34. LifeScan Excel Spreadsheet, Bates No. LSS00282755 (including volume of LifeScan meters distributed).

35. LifeScan Excel Spreadsheet, Bates No. LSS00314904 (including marketing expenses data for 2002 through 2012).

36. Press Release, "Decision Diagnostics Corp. Announces Completion and Airing of Its New Genstrip Video Titled 'A Patchwork of Life,'" Sept. 10, 2013, http://www.marketwired.com/press-release/decision-diagnostics-corp-announces-completion-airing-its-new-genstrip-video-titled-otcbb-decn-1828985.htm.

37. U.C.C. § 2-312 (2012) ("Warranty of Title and Against Infringement; Buyer's Obligation Against Infringement").

3