# EXHIBIT G




Join  Sign In  Search Diabetes community by Dia

a community of people touched by diabetes, a program of the **Diabetes Hands Foundation**

home | my page | members | forum | blogs | groups | events | media | other programs | donate | chat

All Discussions   My Discussions                                                                              + Add



Welcome to TuDiabetes
Join or Sign In

### Using GenStrips

Posted by Leo2 on April 14, 2013 at 5:05am in Type 1 Diabetes Forum    View Discussions

I received my first GenStrip test strips and read the package insert. In red print it says "for use only with the Ultra, Ultra 2 and Ultra Mini Meters purchased before July 2010."
This hasn't been said in any of the ads I saw online, so thought it might be useful information to have before purchase.

Tags: strips, test

♥ Like

Share  Twitter  +1  Like  0

Views: 234

▶ Reply to This

ADVERTISEMENT



t:slim Insulin Pump

Learn more about the first touch screen insulin pump.

touch simplicity

TANDEM DIABETES CARE

### Replies to This Discussion

  ⊙⊙ Reply by MegaMinxX on April 15, 2013 at 6:59pm

thanks for the heads up. I did some searches and only found a similar warning buried in an FDA document.

I also see the price is approx .50 per strip. Given that there are several other low-cost strips available (for example, I found Contour Next for <$50 for 100ct), and low cost strips/meters at Walmart, Target, Kroger etc, I don't think I'd consider using Genstrips. I guess the only advantage is those that don't want to switch meters, especially if you have cables and download/management software. Or maybe it's related to what insurance will cover. I have several One Touch meters, but for sure can't tell which ones I purchased prior to 2010 !

▶ Reply

  ⊙⊙ Reply by Jaybyrd on May 11, 2013 at 7:04am

Heres a David and Goliath story, its a good read.
http://www.marketwire.com/press-release/decision-diagnostics-corp-i...

▶ Reply

