# EXHIBIT H

Case3:11-cv-04494-WHO Document373-18 Filed10/09/13 Page2 of 26

LIFESCAN INC., ET AL. VS.    DECISION DIAGNOSTICS SHAREHOLDER CONFERENCE CALL
SHASTA TECHNOLOGIES, LLC, ET AL.    December 11, 2012

Page 1

```
1
2  ---------------------------------------x
3  LIFESCAN INC., LIFESCAN SCOTLAND, LTD.,
4              Plaintiffs,
5        - against -
6  SHASTA TECHNOLOGIES, LLC, DECISION
   DIAGNOSTICS CORP., PHARMATECH SOLUTIONS,
7  INC., and CONDUCTIVE TECHNOLOGIES, INC.
8              Defendants.
9  ---------------------------------------x
10
11                  Patterson Belknap Webb & Tyler
                    1133 Avenue of the Americas
12                  New York, New York
13                  December 11, 2012
                    2:55 p.m.
14
15         DECISION DIAGNOSTICS SHAREHOLDER
16  CONFERENCE CALL taken before Melissa Gilmore,
17  a Notary Public of the State of New York.
18
19
20
21
22
23      ELLEN GRAUER COURT REPORTING CO. LLC
           126 East 56th Street, Fifth Floor
24          New York, New York 10022
                212-750-6434
25               REF:  102228
```

Page 2

PROCEEDINGS

1 
2     **MR. BERMAN:** We got a bunch of
3 people on the line. I would estimate
4 about 40. Okay?
5     Bill Lyons, are you on the call yet?
6     People are still coming in. So
7 let's wait one more minute.
8     Is everybody aware that this call is
9 being recorded?
10     **MR. JAGUNICH:** Yes, sir.
11     **MR. BERMAN:** We are going to try to
12 edit the recording to eliminate the --
13 this introduction these last three or four
14 minutes where people were beeping in and
15 so on before we post it on our web site.
16     **MR. JAGUNICH:** Yeah.
17     **MR. BERMAN:** Bob?
18     **MR. JAGUNICH:** Yeah.
19     **MR. BERMAN:** Let's get started.
20     **UNIDENTIFIED FEMALE VOICE:** Are you
21 going to call him?
22     **MR. BERMAN:** Bob?
23     **MR. JAGUNICH:** Yes.
24     **MR. BERMAN:** Bob Jagunich, introduce
25 yourself, please.

Page 3

1     PROCEEDINGS
2     **MR. JAGUNICH:** I'm Bob Jagunich,
3 director of Precision Diagnostics, board
4 of directors member, more precisely.
5     **MR. BERMAN:** I'm Keith Berman, also
6 a director of Precision Diagnostics.
7 Okay.
8     Bob, it's kind of traditional when
9 we have these things, that you make a
10 couple of statements to start it, and then
11 I will make a couple of statements, and
12 then we will open --
13     **UNIDENTIFIED MALE 1:** Can you talk
14 louder, please?
15     **MR. BERMAN:** We're doing the best we
16 can. So Bob --
17     **UNIDENTIFIED MALE 1:** Good enough.
18     **MR. BERMAN:** I'm sorry. So Bob if
19 you could make -- Bob, if you can make a
20 few statements before we get started.
21     **MR. JAGUNICH:** I will try. We
22 are -- we just received our 510(k)
23 clearance to market the GenStrips. We are
24 in the process --
25     **MR. BERMAN:** Hold on. There is a

Page 4

1     PROCEEDINGS
2 lot of noise. There is somebody on the
3 line that's got a speaker phone. They
4 need to turn that speaker phone off.
5     That's better.
6     **MR. JAGUNICH:** Okay? So as I said,
7 this is an auspicious time for the
8 company. We just received a 510(k) for
9 the GenStrip to market it. We are in the
10 process of putting our distribution
11 together and realigning our organization
12 to take advantage of this opportunity. We
13 now have the ability to market it in the
14 United States. We continue on a number of
15 fronts to build the company.
16     That's pretty much what I have to
17 say at this particular point.
18     **MR. WECHNER:** Dick Wechner
19 (phonetic).
20     **MR. BERMAN:** Hey, Dick. How are
21 you? It's Keith.
22     **MR. WECHNER:** Good, Keith. How are
23 you doing?
24     **MR. BERMAN:** Good, thanks. And I'm
25 Keith Berman, and I will reiterate what

Case3:11-cv-04494-WHO   Document373-18   Filed10/09/13   Page3 of 26

LIFESCAN INC., ET AL. VS.            DECISION DIAGNOSTICS SHAREHOLDER CONFERENCE CALL
SHASTA TECHNOLOGIES, LLC, ET AL.           December 11, 2012

**Page 5**

1  PROCEEDINGS
2  Bob said.
3     I haven't had an opportunity to
4  sleep since all of the days -- 20 hour
5  days we put in to getting the FDA approval
6  completed, but I would assume that most of
7  the people that are on this call are on
8  this call because they wish to know more
9  about that approval and what we plan to
10  do.
11     And what I would like to do is open
12  up the floor for questioning -- could we
13  please keep the background chatter down?
14  Okay?  Because the conference room picks
15  up everything that you're saying.
16     So in any event, we are going to
17  open this up for questioning, and we will
18  go as long as people on this call wish us
19  to go.
20     So who has the first question?
21     **UNIDENTIFIED MALE 2:** Keith, I
22  wanted to ask you a question about that --
23  about LifeScan.  In other words, the
24  strips are all right, and now they are
25  saying about the device, about putting a

**Page 6**

1  PROCEEDINGS
2  strip in the device.
3     Can you hear me all right?
4     **MR. BERMAN:** Yes, I can.
5     Bob, why don't you address that
6  question?
7     **MR. JAGUNICH:** I'm not sure what the
8  question is.  Do you put the strip -- what
9  we have 510(k) clearance for?
10     **UNIDENTIFIED MALE 2:** No, in other
11  words I looked at that LifeScan -- that
12  court suit, or whatever it is.  I mean the
13  strips are all right now.  Now they are
14  saying about the using the strip in their
15  meters.
16     **MR. JAGUNICH:** Yes.
17     **UNIDENTIFIED MAIL 2:** I was just
18  wondering how does that look as far as
19  what they are trying to say?
20     **MR. JAGUNICH:** Well, first of all,
21  what are alternative to the existing
22  J&J diagnostic strip that goes into their
23  devices.  That is the size of the
24  opportunity.
25     There are 6.5 million of those

**Page 7**

1  PROCEEDINGS
2  devices out there, and we have been FDA
3  cleared to use our strip with those
4  devices.  So we are taking advantage of
5  our customer base that J&J has control,
6  but they can't keep, but we are allowed to
7  use our strip in the device according to
8  the FDA, based upon clinical results that
9  we supplied to the FDA by testing our
10  strip in their devices.
11     **UNIDENTIFIED MALE 2:** Okay.  That's
12  what I wanted to know.  I appreciate it.
13  Thank you.
14     **MR. JAGUNICH:** You're welcome.
15     **UNIDENTIFIED MALE 1:** How are you
16  going to get to these people?  Through the
17  drugstore or direct mailing?
18     **MR. BERMAN:** I'll take that.  We
19  have three models.  There is a retail
20  model, which is for chain drug stores,
21  large mega stores, department stores.
22  That's one model.
23     **UNIDENTIFIED MALE 1:** Department
24  stores?
25     **MR. BERMAN:** Yeah, like Walmart and

**Page 8**

1  PROCEEDINGS
2  Costco and the chain grocery stores like
3  Kroger.  Those stores that are centrally
4  managed.  Chain drug stores are centrally
5  managed, where the decision to carry the
6  strip can be made by -- can be made by a
7  central management team that would decide.
8  That way we won't have to call in each
9  individual drugstore.  That's one business
10  model.
11     The second business model, which in
12  the past would have been called a
13  wholesale business model, would be to go
14  to large regional distributors who have a
15  book of business that sell to independent
16  drug stores, mom and pop drug stores, but
17  to some degree those chain stores that are
18  not centrally managed, and they will
19  distribute directly to -- directly to that
20  group of people.  The third --
21     **MR. BURNS:** Roger Burns.
22     **MR. BERMAN:** Say that again?  I'm
23  sorry.  It must have been somebody signing
24  in.
25     The third business is the mail order

Page 9

PROCEEDINGS

1    PROCEEDINGS
2    business, which we can talk about in a
3    little bit.  That's a business that is a
4    bit influx right now, not having anything
5    to do with GenStrip, but having to do with
6    Medicare.  So we are probably not going to
7    go into that gung ho with both feet for a
8    while, but we're going to concentrate on
9    an offshoot of that business called the
10   DME, the durable medical equipment
11   business, where large DMEs, these are
12   catalog medical supplies companies do sell
13   products directly to small distributors as
14   well as individual patients.
15      And basically those are our three
16   business models.  The largest one, the
17   easiest one to achieve is the retail
18   model.
19      UNIDENTIFIED MALE 3?  Why has a
20   press release not been issued?
21      **MR. BERMAN:** We will issue a press
22   release when the company's entire business
23   plan is put together, which the 510(k), by
24   itself, is not believed to be newsworthy.
25   It's probably a seminal event in the

Page 10

1    PROCEEDINGS
2    company, but we can't tie any statements
3    to it.  It's just an event that's
4    occurred, so we posted it on our web site,
5    but as soon as we sign the financing
6    agreement and are ready to announce first
7    deliveries, we're going to have a whole
8    series of announcements to make.
9      **UNIDENTIFIED MALE 3:** You don't
10   think getting FDA approval is newsworthy
11   or important to the company?
12      **MR. BERMAN:** It's probably material
13   to people who trade stock, but it's not
14   material to the company's business at the
15   moment.
16      I mean it's a wonderful thing.  It's
17   a wonderful accomplishment, but unless we
18   can say in the press release something
19   other than we received FDA approval, which
20   is publicly-available information in many
21   places, we will end up diluting our
22   message and not being able to say the
23   right thing for the marketplace.
24      **UNIDENTIFIED MALE 2:** What's the
25   time frame for sales and distribution?

Page 11

1    PROCEEDINGS
2      **MR. BERMAN:** We hope to make some
3    deliveries this year, but we will hit the
4    ground running January 1, 2013.
5      **UNIDENTIFIED MALE 1:** Do you have
6    any specific orders from the either
7    Walmart or Costco or any drug stores?
8      **MR. BERMAN:** I can't comment on
9    that.  The answer to that is yes, but I
10   can't go into specifics.  We do have
11   substantial orders.
12      **UNIDENTIFIED MALE 2:** I didn't hear
13   you.
14      **MR. BERMAN:** I said that we do have
15   orders in.  We have a distribution
16   contract with Walmart.
17      One of the reasons this conference
18   call is so late today is that we had a
19   conference call with them earlier this
20   morning, and that will be part of its own
21   news release within the next few days.
22      We do have substantial orders
23   in-house from large regional distributors,
24   not a single one of those businesses less
25   than $100 million a year in revenue by

Page 12

1    PROCEEDINGS
2    themselves.  And those orders in-house
3    will make up 100 percent of our
4    deliverable product for the next 90 days.
5      **UNIDENTIFIED MALE 1:** From the
6    inventory?
7      **MR. BERMAN:** From the
8    manufacturers -- from inventory, yes, but
9    also from the manufacturer's capability to
10   manufacture product.
11      **UNIDENTIFIED MALE 1:** Is your
12   package going to be looking the same for
13   everybody or is it going to be different?
14      **MR. BERMAN:** There will be two
15   packages and then there will be --
16      **UNIDENTIFIED MALE 1:** It's going to
17   be 50 and 100 or different sizes?
18      **MR. BERMAN:** There will be 50s only
19   to start.
20      I interrupted somebody.
21      **UNIDENTIFIED MALE 4:** Based on your
22   business model, is there potential for
23   another business model of the home
24   healthcare market, such as getting a
25   master distribution agreement with MedSys

LIFESCAN INC., ET AL. VS.
SHASTA TECHNOLOGIES, LLC, ET AL.

DECISION DIAGNOSTICS SHAREHOLDER CONFERENCE CALL
December 11, 2012

Page 13

PROCEEDINGS

1     PROCEEDINGS
2 or somebody of that nature or would that
3 fall into your wholesale business model?
4     **MR. BERMAN:** Yeah, that would fall
5 into the wholesale business model.
6     By the way, the wholesale business
7 model has two parts to it. It's kind of a
8 complex market because of Medicare and the
9 ever shifting sands of Medicare, every
10 market changes virtually every year.
11     The wholesale market right now is
12 made up of large regional distributors
13 that have -- that sell to small
14 independent drug stores, small other
15 independent distributors, clinics and the
16 like.
17     The second half of that are what are
18 known as GPOs, which are group purchasing
19 organizations. There are about three or
20 four of them that really matter, and
21 they -- basically you buy catalog space
22 only for them these days. Catalog space
23 means an online catalog.
24     We have been a med asset provider
25 for years. They are the largest in that

Page 14

1     PROCEEDINGS
2 field. So they will fall under the
3 wholesale model as well.
4     **UNIDENTIFIED MALE 1:** Who is that?
5     **MR. BERMAN:** Yes. And then there
6 are also in that GPO, there are large
7 companies that do not specialize in our
8 business -- in the strip business, but
9 offer -- for example, they service nursing
10 homes.
11     And to give you an example Medline
12 falls into that category, and we will have
13 an agreement with medicine line.
14     **MR. JAGUNICH:** And obviously they
15 are going to receive the product at a bulk
16 rate, at a discount, but at the same time,
17 you are looking at volume versus outside
18 box per box sales.
19     **MR. BERMAN:** Well, volume discount
20 is how the marketplace works.
21     **MR. JAGUNICH:** Correct.
22     **MR. BERMAN:** But the difference
23 between a customer that buys 1,000 a month
24 and a customer that buys 500,000 a month,
25 if we are ever so lucky, is minimal

Page 15

1     PROCEEDINGS
2 difference.
3     The big -- the big -- when you get
4 to about 25,000 a month, that's when the
5 big price break occurs.
6     But just to give you an idea, the
7 customer that pays $20 at 1,000 a month
8 and the customer that pays 17.50 at
9 500,000 a month, are basically the same
10 customer. That's unfortunate, but we're
11 not a big enough company at the present
12 time to change that mindset, and that type
13 of mindset was ingrained into the
14 distribution marketplace by LifeScan and
15 Bayer and Roche years and years ago, and
16 that's what these people understand.
17     **UNIDENTIFIED MALE 1:** Do you have
18 limited capacity to manufacture or not?
19     **MR. BERMAN:** No, we have unlimited
20 ability to manufacture but certain of the
21 raw materials have large lead times.
22 Large lead time means 30 days.
23     For example, and I think we have
24 said this in the past, Leon, but we have
25 had -- we said that December is a horrible

Page 16

1     PROCEEDINGS
2 month for a number of reasons to launch a
3 product, but the biggest reason that it's
4 a horrible month is that one of the raw
5 components, a chemical that is used for
6 the product called the mediator, is a
7 product manufactured by Dow Chemical
8 Company, and Dow is basically closed this
9 month.
10     So we bought all we could of this
11 chemical on the gray market, and that's
12 why we will be able to deliver some strips
13 during the month of December, but there
14 will be a carryover into January until
15 real quantity of the raw components can be
16 delivered.
17     And, of course, those chemicals
18 degrade with time. They have shelf life
19 of their own. So nobody wants -- with the
20 FDA being the way they were, nobody wants
21 to -- wanted to make a substantial
22 purchase of raw materials and have that
23 have to be thrown away. So that's --
24     **UNIDENTIFIED MALE 1:** The raw
25 material has a life or the end product has

LIFESCAN INC., ET AL. VS.
SHASTA TECHNOLOGIES, LLC, ET AL.

DECISION DIAGNOSTICS SHAREHOLDER CONFERENCE CALL
December 11, 2012

Page 17

PROCEEDINGS

2 also life?

3    **MR. BERMAN:** Both. The end

4 product --

5    **UNIDENTIFIED MALE 1:** What is the

6 life on the end product?

7    **MR. BERMAN:** The useful life of the

8 end product will be delivered immediately

9 with 18 months.

10    **UNIDENTIFIED MALE 1:** So 18 months

11 is the life of the strip?

12    **MR. BERMAN:** Yes.

13    **UNIDENTIFIED MALE 1:** Okay. Can you

14 tell us approximately, and I know it's a

15 very difficult number right now, what do

16 you think revenue of the company for 2013

17 going to be?

18    **MR. BERMAN:** 13?

19    **UNIDENTIFIED MALE 1:** Yes.

20    **MR. BERMAN:** Well, we forecast that,

21 but that -- we'll probably put guidance

22 out in January, as we have done in the

23 past, but there is no reason to believe

24 that revenue guidance for our first year

25 of shipment won't be any different than

Page 18

PROCEEDINGS

2 what we have -- that we have guided in the

3 past.

4    **UNIDENTIFIED MALE 1:** What was the

5 number? I don't remember.

6    **MR. BERMAN:** I don't recall either,

7 but it was -- compared to where we have

8 been before, it was a substantial number,

9 a large number.

10    **UNIDENTIFIED MALE 1:** Where can you

11 look at the number? It's in the filings?

12    **MR. BERMAN:** No, it would be on our

13 web site.

14    **MR. JAGUNICH:** It would be by

15 analysts.

16    **UNIDENTIFIED MALE 1:** Is any analyst

17 going to pick up the coverage?

18    **MR. BERMAN:** We certainly hope so.

19    **UNIDENTIFIED MALE 1:** Do you have

20 anybody in mind? You talking to anybody?

21    **MR. BERMAN:** As a matter of fact, I

22 gave an interview yesterday, and I have

23 another interview to give later this

24 afternoon, and we will get coverage from a

25 real analyst very shortly.

Page 19

PROCEEDINGS

2    I also talk on a weekly basis with

3 the Boston consulting group and, of

4 course, who is the preeminent analyst of

5 the biomedical marketplace. Believe it or

6 not, they actually found out about our FDA

7 approval several days before we found out

8 about our FDA approval. So they are

9 pretty much tied into the market, and they

10 will, of course, cover us because they

11 cover all the major strip manufacturers.

12    **UNIDENTIFIED MALE 1:** So can I ask

13 you a question, how many shares of

14 standing do we have right now?

15    **MR. BERMAN:** 11,500,000 outstanding,

16 another two and a half million that are

17 underlying preferred stock. Virtually all

18 of those shares are a default collateral

19 for our credit line.

20    **UNIDENTIFIED MALE 1:** So basically

21 13, 14 million shares, 20 cents, like

22 $2.8 million value of the company?

23    **MR. BERMAN:** Yes.

24    **MR. HOLLAND:** Keith, it's Steve

25 Holland. How are you?

Page 20

PROCEEDINGS

2    **MR. BERMAN:** Hi, Steve.

3    **MR. HOLLAND:** Hi. I have one

4 question. I know on your web site you

5 posted prior and now that you have the

6 approval, have you hired or located a team

7 that's going to roll out the sales for

8 your fives?

9    **MR. BERMAN:** That's going to roll

10 out what?

11    **MR. HOLLAND:** The sales and

12 marketing of GenStrip.

13    **MR. BERMAN:** You know, the company

14 has been involved in this business for

15 about five years, and we have eight or

16 nine distributors local distributors,

17 regional distributors throughout the

18 country and -- these people are going to

19 be the first roll out customers.

20    Every one of these has anywhere from

21 between 1,200 to 2,500 individual drug

22 stores, clinics and the like, that they

23 will draw on, and then, of course, there

24 is Walmart. And hopefully, before the

25 year is over, we hope to announce an

Page 21

PROCEEDINGS

1     PROCEEDINGS
2  agreement with at least one other large
3  distributor -- one other large retailer,
4  I'm sorry.
5     **MR. HOLLAND:** Are you able to go
6  forward with your business without
7  financing, and do you have any idea when
8  this financing may come in?
9     **MR. BERMAN:** Actually, the company
10 can go ahead without large financing, but
11 it would mean that we would have to put
12 terms on our sales that are not industry
13 standard, which, of course, will lower the
14 level of sales.
15    **MR. HOLLAND:** Is that imminent?  Is
16 it closed?
17    **MR. BERMAN:** It will close before
18 December 31.
19    **UNIDENTIFIED MALE 1:**
20 Congratulations for your achievement.  You
21 did great job.
22    **MR. BERMAN:** Well, I mean, Bob, you
23 used to manage this area at another
24 company.  You might want to talk about
25 what a remarkable achievement it has been.

Page 22

1     PROCEEDINGS
2     **MR. JAGUNICH:** Yeah, I look at it
3  from different points of view.  I actually
4  managed -- I was the vice president of
5  strategic marketing, and I also had
6  regulatory reported to me at a company
7  called LaserScope that was a NASDAQ-traded
8  stock, got acquired by a couple of
9  companies since then, and I had an eight
10 member team.
11    And actually, back then we were able
12 to get almost 25 10(k)s during that time.
13 It was never easy.  We had to do a lot of
14 work.  We had to do the clinical trials.
15 It was in a different area.  It wasn't in
16 diagnostic.
17    Real up to today, I have been
18 involved with some other startups in the
19 medical device area, and I know like in
20 Silicon Valley where I live, right now
21 there are venture capitalists that are
22 more or less pulling out of the medical
23 device field, I have been told since 2007,
24 just because of their concern with getting
25 to the FDA.

Page 23

1     PROCEEDINGS
2     I think it is -- you know, there has
3  been a lot of articles published on this,
4  how difficult, how transient the FDA is on
5  getting 510(k)s.
6     I can tell you as a board member,
7  and the other board member, I don't know
8  if Bill showed up yet, but we having had
9  experience since that time in 510(k)s and
10 hearing all the stories, know that the FDA
11 has gotten extremely hard to deal with,
12 and that has, in large part, accounted for
13 why it took almost two years to get
14 through this process.
15    To achieve this, is just amazing.
16 The FDA was putting up almost all their
17 usual resistance to any kind of 510(k)s,
18 the attitude in the FDA seems to be very
19 anti-business, and so to achieve this was
20 monumental.
21    **MR. LAND:** Incidentally, Keith, I am
22 on the call.  This is Bill Land.
23    **MR. BERMAN:** Hi, Bill.
24    **MR. LAND:** Hi, guys.  I have been
25 here, but have been very quiet.

Page 24

1     PROCEEDINGS
2     For anyone on the call, I am also on
3  the board of directors, and I certainly
4  would like to also commend Keith for what
5  he has been able to do.
6     I am a president of a medical device
7  company.  I know the level of complexity
8  and difficulty that he has overcome in
9  securing this 510(k) market clearance.  In
10 fact, I have told Keith in the past, as I
11 have told the board of directors, that I
12 thought it was highly unlikely that he
13 would be able to achieve this.
14    When I learned of this, the first
15 thing I did was call Keith and admitted
16 that I was wrong and he was absolutely
17 right.  He has pulled off what I consider
18 to be a absolutely remarkable achievement,
19 and he should be applauded for having done
20 so.
21    That's really all I would like to
22 say.
23    **MR. JAGUNICH:** Yep.  I second that.
24    **MR. BERMAN:** Thanks for the
25 compliments, Bill and Bob, but just so you

Page 25

PROCEEDINGS

1 people that are on this call understand,
2 our record -- and then I will go into a
3 little history of the whole process,
4 because some people may be interested in
5 it, having never been through it.
6 Our record, the paper record that we
7 filed with the FDA that began after the
8 application was filed, but when they first
9 acknowledged receiving the file even
10 before DECN was -- became contractually
11 obligated to manage the process, our paper
12 record is 8 feet tall. That's how much
13 exchange we have had with the FDA.
14 Now, a lot of it is repeating the
15 things we repeated previously and repeated
16 before that, but just to give you an idea,
17 we had 17 rounds of comments. We asked
18 for seven extensions and did not receive
19 the break through from the FDA until June
20 of this year. It was -- and by the way,
21 as badly as we feel that we were treated
22 and as hard as it was for us to overcome
23 this, the lawyer that we hired to
24 represent us that does this for a living,

Page 26

PROCEEDINGS

1 tells me we were one of the easy ones,
2 that there are companies that have spent
3 $70 million trying to get these approvals
4 and still haven't gotten the approval.
5 There are biotechs -- biotech
6 diagnostic firms that have spent that
7 amount of money. Most of it venture
8 startup money. There is some Amex-traded
9 biotechs that are trying to get this
10 approved, but because diagnostics are
11 treated as medical devices, the entire
12 medical device industry is under attack
13 for some reason.
14 And one of the other things that I
15 don't think many of you know, do you know
16 there is a special tax on medical devices
17 that was levied as part of the fiscal
18 stimulus in 2009 and then it became part
19 of ObamaCare. There is no other industry
20 anywhere that has a special tax unless
21 it's a SIN type of product.
22 **UNIDENTIFIED MALE 1:** How do you
23 explain that?
24 **MR. BERMAN:** Somebody decided, and,

Page 27

PROCEEDINGS

1 you know, I guess that will be a nameless,
2 faceless person, but somebody decided that
3 taxing medical devices -- taxing better
4 health is -- was a good thing to do.
5 **UNIDENTIFIED MALE 1:** In 2011?
6 **MR. BERMAN:** Yes -- no, 2010. It
7 was the ObamaCare that memorialized it and
8 that tax begins January 1, 2012.
9 **UNIDENTIFIED MALE 1:** You know
10 taxing is the most productive entity in
11 the country it becomes.
12 **MR. BERMAN:** Yeah. So you know this
13 is a remarkable achievement.
14 **UNIDENTIFIED MALE 1:** Yes.
15 **MR. KIPSEN (phonetic):** Keith. This
16 is Mr. Kipsen. I have been a long-term
17 shareholder and went through some of the
18 trials and the split with the SOX.
19 Is the financing going to be diluted
20 to the long-term shareholders?
21 **MR. BERMAN:** It will be -- it will
22 be dilutive because you have ongoing fees,
23 but it's not -- you know, a lot of people
24 in our marketplace equate financing with

Page 28

PROCEEDINGS

1 things like equity lines and things of
2 that nature. That's not the case here.
3 Us guys, as a board, in 2010 right
4 before the 2010 shareholder conference
5 call, we all decided collectively that we
6 weren't going to do any of those types of
7 financing.
8 Frankly, Bob Jagunich and I fought
9 for five years against that type of
10 financing that prior management had gotten
11 the company involved in, and we would
12 still be saddled with that financing if
13 the company that previous management
14 entered into an agreement with hadn't
15 filed for bankruptcy, which we were able
16 to settle and get out of that bad deal,
17 but our -- by the way, we are shareholders
18 just like all of you guys are.
19 So if we are going to dilute the
20 company -- and there are substantial
21 numbers of small public companies,
22 bulletin board companies and paint chip
23 companies that entered into these kind of
24 financings for a couple of reasons, but

Page 29

PROCEEDINGS

1     PROCEEDINGS
2  the most important reason is so that
3  management can continue earning large
4  salaries, because it is a way to monetize
5  the company's stock.
6      We have never viewed it that way.
7  We have always viewed that our job is to
8  provide the best product and the best
9  company available that we possibly can.
10 And our belief has been, as
11 shareholders -- now, I have been a
12 shareholder in this company since 1999.
13 Bob Jagunich as well.  I think Bill Lyons
14 has been a shareholders since 2001 or
15 2002.
16     Our goal has always been to make the
17 value of the company as high as possible
18 and to keep it growing because if the
19 shareholders' benefit, we, as
20 shareholders, benefit also.
21     **UNIDENTIFIED MALE:** Are there any
22 Johnson & Johnson (inaudible)?
23     **MR. BERMAN:** In terms of what?
24     **UNIDENTIFIED MALE:** Any updates?
25 Any change?

Page 30

1     PROCEEDINGS
2      **MR. BERMAN:** There have been a few
3  changes in the last couple of days that I
4  can't speak about yet, but you will find
5  it online when certain papers are filed
6  with the court.
7      I can say this, because this is
8  publicly-available information, that as
9  part of the Johnson & Johnson lawsuit, the
10 legal firm that represents Pharmatech and
11 Decision Diagnostics, filed a challenge to
12 Johnson & Johnson's patents, and
13 typically, those challenges go unreviewed,
14 because a lot of times they are shots in
15 the dark.
16     Our guys filed these challenges.
17 All three of those challenges were granted
18 last Friday, and there was already a
19 cursory review of those three patents, and
20 Johnson & Johnson was slapped a bit by the
21 reviewer -- special reviewer that's
22 overlooking these patents.  And we're
23 going to ask our lawyers in the next
24 couple of days if we can't post these
25 patent review requests, which are public

Page 31

1     PROCEEDINGS
2  information on our web site.
3      In terms of the lawsuit itself,
4  these are kind of long range affairs, but
5  if the patents are thrown out, the lawsuit
6  is gone too.
7      **UNIDENTIFIED MALE 1:** May I ask a
8  question?  If Johnson & Johnson have their
9  product after you have your product, how
10 come there is an infringement possibility?
11     **MR. BERMAN:** We can't kind any
12 infringement possibility.  That's one of
13 the issues that we are dealing with here.
14     In the generic drug business,
15 typically the generic drug manufacturers
16 manufacture exact copies of an existing
17 brand name drug where the patent has run
18 out, and sometimes they get in litigation
19 sometimes they don't, but that's a very
20 tried and true path.
21     This particular product is not a
22 generic product.  It's an alternative
23 product, and as a result of that, of it
24 being a generic product, it was
25 independently developed and independently

Page 32

1     PROCEEDINGS
2  designed and independently tested.  And
3  whereas it works on a Johnson & Johnson
4  meter, because that's what it was designed
5  to do, it doesn't infringe on the -- at
6  least that's our opinion and our lawyers'
7  opinion, and we think it's going to be the
8  Patent & Trademark Office opinion as well,
9  it doesn't --
10     **MR. JAGUNICH:** I just want to make
11 sure.  As you all know, the courts and
12 regulatory bodies make their own
13 decisions, and although we feel strongly
14 that we don't infringe, there is always
15 the possibility and there is always that
16 caveat.
17     **MR. BERMAN:** But, again, if the
18 Patent & Trademark Office finds that
19 Johnson & Johnson's patent is not an
20 effective patent, the patents go away and
21 the lawsuit goes away.
22     **ROGER:** Keith, this is Roger from
23 Chicago.
24     **MR. BERMAN:** Hi.
25     **ROGER:** How are you doing?

Page 33

PROCEEDINGS

1    PROCEEDINGS
2    **MR. BERMAN:** Good, Roger. How are
3  you?
4    Did you get snow? Did you get a lot
5  of snow?
6    **ROGER:** No, not yet. We set a
7  record. No snow yet.
8    I want to say congratulations on the
9  510, and I was wondering about the -- are
10  you going to promote this? There was some
11  talk about, what was it, last year, about
12  an info commercial. I don't know what
13  became of that, but what's the marketing
14  plan?
15    **MR. BERMAN:** We have -- we are in
16  discussions at the moment and are ready to
17  sign an agreement with an LA-based firm
18  that is going to produce a 30-second
19  commercial, a 60-second commercial, and a
20  four-minute infomercial for the company,
21  all at one price, which we will probably
22  post one of the two commercials, plus the
23  infomercial on YouTube. And once that
24  happens, all of these shows that book
25  space on Lifetime and TLC and so on, will

Page 34

1    PROCEEDINGS
2  probably want to have us interviewed for
3  their morning shows, primarily addressed
4  to women, plus the diabetes networks that
5  broadcast into diabetic doctors' office --
6  diabetic doctors' treatment offices will
7  want to pick that up as well.
8    Those of you who have looked, we are
9  on Facebook already. So we will probably
10  have these infomercials on Facebook --
11  posted on Facebook and on our web site.
12    **MR. DYON (phonetic):** Keith, I have
13  a question for you. This is Michael Dyon.
14    First of all, congratulations. This
15  is awesome, awesome news. Great job.
16    I wanted to ask -- you sort of
17  touched on some financing that was looking
18  like you might announce it by year end.
19  Will this financing take care of all your
20  needs long term and short term or is it
21  something that might just handle short
22  term and you will have to go back to the
23  market? Will this solve the one thing
24  that everybody would love to know, which
25  is we are done with our financing?

Page 35

1    PROCEEDINGS
2    **MR. BERMAN:** Well, we can understand
3  how people who trade stocks for a living
4  and look at the dilution would be
5  interested in that, but, frankly, if we
6  were to go to the market and raise money
7  for our financing at today's price levels,
8  we would be doing everybody a disservice.
9    So the goal now is -- you know --
10  you know, certainly Bill and Bob and I
11  were involved with another company a
12  decade ago that caught the wind at that
13  particular point in time, and their stock
14  went from like 17 cents to $9, and, you
15  know, they were smart enough to raise
16  money in chunks. They weren't smart
17  enough to keep us around, but they did
18  their financings correctly, and they
19  waited for appropriate levels and
20  typically raised the same amount of money,
21  but each time they went to the market to
22  raise that money they offered fewer and
23  fewer shares to raise that money.
24    And that's kind of our goal too.
25  The financing that we are doing to finance

Page 36

1    PROCEEDINGS
2  the sales of the product is very
3  different. That's credit financing.
4  That's kind of a traditional way that
5  companies operate.
6    The other financing we are looking
7  to do is about a million dollars of equity
8  capital. Hopefully, we pick up a partner
9  as a result of that. It certainly won't
10  be an equity line. It won't be anything
11  that is toxic. It won't be anything that
12  is a death spiral or any of those type of
13  things. And it will only be with a fund
14  or people that specialize in these things
15  or a consortium of people.
16    For example, I have a conference
17  call scheduled for tomorrow with a group
18  of doctors that may consider investing.
19    So, you know, companies like us will
20  always have -- if we are growing, and we
21  are going to be -- I'm just going to pull
22  a number out of the air. Let's say we are
23  going to be a $30 million company, without
24  putting a time period on that $30 million,
25  the financing needs for a $30 million

Case3:11-cv-04494-WHO Document373-18 Filed10/09/13 Page11 of 26

LIFESCAN INC., ET AL. VS.                    DECISION DIAGNOSTICS SHAREHOLDER CONFERENCE CALL
SHASTA TECHNOLOGIES, LLC, ET AL.                                              December 11, 2012

Page 37

PROCEEDINGS

1     PROCEEDINGS
2 company are certainly different than the
3 financing needs for a $500 million
4 company.
5     **MR. DYON:** Thank you. Why dilute
6 the company and the shareholders if you do
7 all the financing now. Understood. Thank
8 you.
9     **MR. JAGUNICH:** Also on the financing
10 in terms profitability right now, because
11 our current model is going to bank like
12 institutions is based upon our old
13 business in which it was difficult to get
14 good terms.
15     As our model -- as our business
16 gross and our model proves out, we will
17 also be getting better terms. So we don't
18 want to sign up with a long-term
19 organization that we can't get out of to
20 get better financing rates and that type
21 of thing. So profitability will also
22 improve as we go up.
23     **UNIDENTIFIED MALE 1:** Is there any
24 plans for other testing hardware to do now
25 or you are going to postpone until you

Page 38

1     PROCEEDINGS
2 have cash flow from the -- from the
3 Johnson & Johnson strips?
4     **MR. BERMAN:** Actually, Leon, that's
5 a very good question.
6     In addition to raising the money to
7 finance the sales of GenStrip and then
8 $1 million or so of working capital that
9 the company needs, we are also going to
10 raise money and establish an R&D
11 partnership. And yes, it is the company's
12 plan, because we have broken the code and
13 we know how to get FDA approval, not that
14 it will be, you know, a quick -- like if
15 LifeScan filed for a 510(k), they would be
16 approved in less than 30 days.
17     We don't hope to do that, but we do
18 hope that it's faster than two and a half
19 years from inception, but we -- we are
20 looking at two models that we wish to
21 follow for the next diagnostic strip that
22 we are going to come out with.
23     The first model that we are looking
24 at is a model for a strip that we can
25 leverage some of the experienced gained on

Page 39

1     PROCEEDINGS
2 the LifeScan -- doing the LifeScan strip,
3 the Ultra alternative strip, which we wish
4 to leverage that experience and do one
5 that is of a similar nature, but probably
6 one generation newer. That's probably
7 something we can do rather quickly,
8 quickly in those terms, not quickly in --
9 in daily terms. You know, we could
10 probably do that in 9 to 12 months, but
11 the market for that strip is somewhat
12 smaller, or we could take on a project
13 where the market is much larger, but the
14 strip to do is much more complicated.
15     **UNIDENTIFIED MALE 1:** Which one is
16 this? Bayer?
17     **MR. BERMAN:** Well, I don't want to
18 get into discussing other companies'
19 names. Where the company has already been
20 sued prior to launching a product
21 just because some people that used to be
22 close to the company called that other
23 company and got them interested in things
24 that hadn't happened yet, so let's just
25 kind of keep that to a minimum.

Page 40

1     PROCEEDINGS
2     I will tell you this, four
3 companies -- until we came along, four
4 companies make up 92 percent of the total
5 market in diabetic test strips.
6     **UNIDENTIFIED MALE 1:** Can you give
7 us from the highest to lowest? Like
8 Johnson & Johnson one. Who are two, three
9 and four?
10     **MR. BERMAN:** Well, we need to look
11 at this worldwide because ultimately if we
12 don't come up with an international
13 version of this product, the US
14 distributors are going to try to divert
15 the goods overseas, because it always
16 happens.
17     So we look at the market worldwide,
18 and this is a market that's always
19 growing. Used to be that the growth in
20 the US was probably two to three times
21 higher than the growth in the rest of the
22 world, but now it's turned, and it's just
23 the opposite.
24     The growth in the US is seven -- 5
25 to 7 to 10 percent a year, and the growth

Page 41

PROCEEDINGS

1 PROCEEDINGS
2 overseas is in the 20 percent -- the
3 20 percent area.
4    If you look overseas, Roche,
5 Hoffmann-La Roche and Johnson & Johnson
6 LifeScan are one and two or two and one,
7 any way you look at it. And each of them
8 are in the vicinity of mid to upper
9 30 percent mark.
10    It's a different kind of market over
11 here, slightly different market. The
12 other two major players are Abbott
13 Diagnostics, another US company, and Bayer
14 Healthcare, which is a German company, and
15 they are number three and number four.
16    And collectively, those four account
17 for about 90 percent of the market. There
18 are about 100 other players, mostly
19 Chinese companies, Chinese, Taiwanese and
20 Korean companies that have launched
21 products to marginal success. The largest
22 of that group of companies is like
23 eight-tenths of one percent.
24    And the reason that they haven't
25 been as successful or successful at all,

Page 42

1 PROCEEDINGS
2 other than the fact they are foreign
3 products, and there are large groups of
4 Americans that just won't buy a
5 non-American medical product, but one of
6 the reasons that these companies haven't
7 been successful is that they got a late
8 start on the market. They didn't come to
9 market until 2007, maybe 2006. They got
10 their FDA approval, and by then, they were
11 already 7 million users of diabetic meters
12 on the market, at that point all of
13 them -- virtually all of them from the
14 large four pharmaceutical companies.
15    And they have proven to everybody
16 that it's very, very difficult to sell a
17 new meter and strip combination to a type
18 two diabetic that averages 67 years of
19 age, is usually male, and a large percent
20 of them are institutionalized. Very hard
21 to -- very expensive, very hard to change
22 their meter configuration, which is why
23 going in the alternative strip route has
24 proven so successful for us or at least on
25 the verge of success.

Page 43

1 PROCEEDINGS
2    UNIDENTIFIED MALE 1: I was in
3 eastern Europe about ten months ago, and I
4 went -- I was in two countries, and I went
5 specifically in the drug stores to see
6 what kind of strips they sell. They all
7 sell American strips. They all sell the
8 same strip which you mentioned the names.
9    MR. BERMAN: But there will be a
10 different language on the box.
11    UNIDENTIFIED MALE 1: That's right,
12 but it's exactly the same. And in Europe
13 do you need the same approval or much
14 easier approval for the strips?
15    MR. BERMAN: Much easier approval.
16 The process is called CE marking in the
17 European community.
18    Used to be, and this was until about
19 a year and a half ago, you didn't need FDA
20 approval to sell products overseas.
21    For example, Johnson & Johnson sells
22 a product here called Vario. They sold
23 that product in Europe for two years
24 before they received FDA approval on it
25 over here.

Page 44

1 PROCEEDINGS
2    So they changed that, I want to say
3 in October of 2010 or it might have been
4 February of 2011. They changed the
5 procedure there where to get your CE mark
6 you have to -- you have to prove that you
7 have some regulatory oversight approval on
8 the product.
9    However, I guess I haven't answered
10 your question, Leon, however, the CE
11 process is typically a six-week process.
12    UNIDENTIFIED MALE 1: Oh, that's
13 nothing. That's not --
14    MR. BERMAN: I'm sorry. Somebody
15 else ask a question?
16    UNIDENTIFIED MALE 5: Yes, sir. Has
17 the company -- does it have a milestone
18 that would be looking forward to
19 accomplishing overseas approval?
20    MR. BERMAN: That's a late first
21 quarter 2013 project.
22    UNIDENTIFIED MALE 5: Thank you.
23    MR. BANGSTED: Keith, this is Darren
24 Bangsted (phonetic). You mentioned --
25 what would you consider two fold is what

Page 45

PROCEEDINGS

1 are the successful market penetration and
2 then what would be, let's just say, beyond
3 your market dream penetration?
4 **MR. BERMAN:** I spend a lot of my
5 time dealing with people that are in the
6 marketplace, and one of the things that we
7 pretty much discovered is that we are
8 going to be able to take advantage of all
9 of these Chinese and Korean products,
10 which collectively are known as value
11 strips. They are strips that typically
12 sell for less than $10 a vial to people
13 who actually buy these things, but our
14 belief is that we could probably grow this
15 product over a period of five years to the
16 point where we are about 10 percent of the
17 market -- of the market for Johnson &
18 Johnson products.
19 I think if we screwed everything up,
20 and by screwing everything up, I mean we
21 aren't able to raise capital, our
22 marketing plan is wrong, our pricing
23 structure is way off base, we will still
24 probably achieve 2 or 3 percent.

Page 46

PROCEEDINGS

1 **UNIDENTIFIED MALE 6:** And out of
2 that 92 percent, Johnson & Johnson
3 controls --
4 **MR. BERMAN:** In the high --
5 depending upon the markets that you wish
6 to include in this -- like, for example,
7 if you picked up a --
8 **UNIDENTIFIED MALE 6:** Just a general
9 number.
10 **MR. BERMAN:** Well, there is no such
11 thing, and that's what I was just trying
12 to get to.
13 There is a company in Philadelphia
14 called IMS, and IMS is the industries
15 reporter of what is sold by what
16 companies. Actually manufacturers report
17 to IMS online and tell them which markets
18 by SIC code they sell into. And by and
19 large, it's difficult to get numbers from
20 the mail order end of the market.
21 So when you are looking at an IMS
22 survey, that survey may show you that
23 Johnson & Johnson LifeScan may control in
24 the mid 40s in terms of market share, but

Page 47

PROCEEDINGS

1 very few of these companies are able to
2 convert the mail order market, which is
3 direct to patient market into the overall
4 market share and that isn't LifeScan's
5 forte market anyway. They are not hugely
6 successful in that market.
7 For example -- well, just to make
8 this easier. My guess is that Bayer,
9 which is a force in the mail order market
10 under reports and ultra LifeScan over
11 reports, because of the way that the boxes
12 are counted, which is a huge emphasis on
13 the retail pharmacy market.
14 We are not forecasting at the moment
15 because of Medicare competitive bidding,
16 which is kind of turned the entire market
17 into a flux. We have not forecast the
18 mail order market.
19 So when I tell you if we screw up 2
20 or 3 percent, and if we do great,
21 10 percent, that doesn't include mail
22 order.
23 **UNIDENTIFIED MALE 6:** That's great.
24 Thank you very much.

Page 48

PROCEEDINGS

1 **MR. BERMAN:** Any additional
2 questions?
3 (Inaudible.)
4 **MR. BERMAN:** Who distributes to
5 whose house? Somebody has got a bad line.
6 I can't hear who is speaking.
7 All right. That's fine.
8 **ROGER:** Can you hear me, Keith?
9 Roger.
10 **MR. BERMAN:** I sure can, Roger.
11 **ROGER:** At what point do you think
12 we will be getting off the OTCVB?
13 **MR. BERMAN:** There are several
14 requirements that the company needs to --
15 needs to achieve to move on to the Amex or
16 the NASDAQ market in addition to having
17 the registration fee, which is
18 substantial, but the two areas that we
19 don't currently meet where compromises
20 with the exchange is probably -- wouldn't
21 be to the company's liking, the directors'
22 liking at the moment, are the stock price.
23 They would demand a reverse split
24 and they would demand a very direct

Page 49

PROCEEDINGS

1  PROCEEDINGS
2  reverse split, so that we got well into
3  the -- well into the $3 range, 3.50 range
4  with the stock, which we think the stock
5  will go to anyway over a period of time.
6  And the other criteria we don't meet, we
7  will meet the moment we raise the million
8  dollars of working capital.
9     **ROGER:** All right. Thank you.
10    **UNIDENTIFIED MALE 7:** Keith, can you
11  just go through quickly the cost of the
12  products and what you are selling the
13  products for and then comparing that to
14  what Johnson & Johnson is selling their
15  strips for?
16    **MR. BERMAN:** Well, I won't go into
17  the cost of the product because it will
18  involve discussing royalties that we have
19  to pay and commissions that we have to
20  pay.
21    By the way, guys, one of the
22  benefits of this is that we were
23  approached by a company that had the sales
24  rights to this product, who sold us the
25  sales rights under the condition that we

Page 50

1  PROCEEDINGS
2  also took over the regulatory process,
3  among other things, or else there wouldn't
4  be a GenStrip today, but so I won't go
5  into the costing of it, other than to say
6  that the margins that we are going to
7  achieve even after tax are nearly big
8  pharma margins. So it's going to be a
9  markedly successful product.
10    **UNIDENTIFIED MALE 1:** Profit margin
11  or net margin?
12    **MR. BERMAN:** Profit before tax. And
13  then, of course, we have a lot of tax loss
14  carry forwards. It's going to be a big
15  time pharma-like product for probably most
16  of its life cycle.
17    In terms of the selling price --
18    **MR. LYONS:** Keith, I would counsel
19  not raising selling price as an issue.
20    **MR. BERMAN:** Say that again.
21    **MR. LYONS:** I would not -- I would
22  not recommend that you -- you discuss
23  selling price right now.
24    **MR. BERMAN:** Well, the question
25  was --

Page 51

1  PROCEEDINGS
2    **MR. LYONS:** Up to you, but I would
3  recommend that you do not.
4    **MR. BERMAN:** Actually, I wasn't
5  going to. I wasn't going to answer that.
6  What I was going to say was --
7    **MR. LYONS:** Forget I said anything
8  then.
9    **MR. BERMAN:** Say that again.
10    **MR. LYONS:** I said forget I said
11  anything then.
12    **MR. BERMAN:** I don't even know who
13  asked the question.
14    **MR. LYONS:** It's Bill.
15    **MR. BERMAN:** Oh, hi, Bill.
16    **MR. LYONS:** I didn't ask the
17  question. I commented on -- on not
18  commenting on the price. Someone asked
19  you a question, I don't know who it was,
20  about what your anticipated sell price is
21  versus J&J.
22    **MR. BERMAN:** I will give general
23  broad outlines. The J&J retail box is --
24  they just got a price increase in 2012 and
25  in '11 and in '10 and in '09. It sells

Page 52

1  PROCEEDINGS
2  for about $1.25 a strip. And in 2010,
3  they broke the $1 a strip level which
4  was -- which was a psychological level
5  that changed the market and, of course,
6  everybody followed suit.
7    And our goal is to provide a product
8  that costs substantially less than that,
9  because our value proposition is totally
10  based on selling -- selling a strip for --
11  for less than the competition.
12    So as an aside, our strip also works
13  better but -- and, you know, Bob you might
14  want to talk about that too, but there is
15  a major value proposition to this strip
16  versus the Johnson & Johnson strip.
17    **MR. JAGUNICH:** I think it's fair to
18  say that J&J has a fairly large percentage
19  of the market. It's one of the two major
20  leaders of oligopoly.
21    And our strip is better, which in
22  dealing with certain marketing agreements
23  that we will achieve, is an advantage
24  because I think that these retailers or
25  marketers for us will -- are looking for a

Page 53

PROCEEDINGS

1    price concession because of J&J's
2    dominance.  You know, there is an
3    oligopoly is exactly what it is.  J&J sets
4    the pricing I think for the industry.  We
5    will come in substantially less than that.
6       I think the advantage ultimately is
7    to the consumer, because even though
8    Medicare -- and, you know, Keith talks
9    about the average consumer is around 67
10   and male.  You are looking at someone who
11   is on Medicare, where they only play $31
12   per strip.  So a lot of that is coming out
13   of people's pockets.
14      And we want to appeal to that as
15   well as J&J has provided rather thin
16   margins to distributors.  So there is
17   going to be some workout between the price
18   that we charge and what they will charge
19   consumers, but it's going to benefit
20   consumers as well as the distribution
21   channels we will be approaching, and we,
22   you know, have to work out something where
23   we get fair margins, at the same time we
24   take advantage of our lower cost structure

Page 54

PROCEEDINGS

1    to -- to under price J&J and benefit the
2    whole -- the whole distribution chain as
3    well as the consumers.
4       It will have a strong message, I
5    think, in the overall market.
6       Can anybody hear me?
7       **MR. BERMAN:** Any further questions?
8       **UNIDENTIFIED MALE 1:** When did you
9    think the first batch of product will hit
10   the drug stores?
11      **MR. BERMAN:** We are negotiating that
12   with a manufacturer this week.  We have a
13   conference call on Friday where they are
14   supposed to report back to us.
15      It's kind of a high-class problem
16   that we face.  Our belief was that we were
17   probably going to get our approval in
18   2012, but it would be like the last day of
19   business in 2012 for the FDA where us and
20   a whole bunch of other companies that were
21   after them for approvals that had waited a
22   long, long period of time for -- for these
23   approvals, and the FDA was kind of like
24   out of questions, out of ammunition to

Page 55

PROCEEDINGS

1    shoot them down.  We actually thought that
2    we would get our approval on the 21st of
3    December, and it came three weeks earlier
4    than that.
5       As a result of that, the
6    manufacturer decided that they were --
7    they were going to do what all the
8    manufacturers do in this industry do, they
9    were going to close down for the week from
10   before Christmas until the end of the
11   year.
12      So what they are going to tell us
13   when we meet with them on the phone on
14   Friday is how much they can produce this
15   year, given their shutdown, and they will
16   end up actually boxing the product and
17   adding the package insert after facility,
18   as opposed to what a lot of companies do,
19   which is they manufacture the product and
20   then they send it out to a packaging
21   company.
22      So there will be product delivered
23   this year.  We will get it to our
24   distributors this year, and it will

Page 56

PROCEEDINGS

1    probably reach drug stores first or second
2    week of January.
3       **UNIDENTIFIED MALE 1:** Will Johnson &
4    Johnson press the drug stores or anyone
5    who has shelf space against their product?
6       **MR. BERMAN:** As you know, shelf
7    space is always a big deal in the retail
8    market.
9       **UNIDENTIFIED MALE 1:** Yes, I know.
10   That's why I'm asking.
11      **MR. BERMAN:** However, and this is a
12   very interesting chain of events that have
13   occurred, and by the way, shelf space is
14   one of the reasons why the Japanese --
15   excuse me, the Chinese and the Korean
16   products haven't been a big success in the
17   US is because, you know, they are
18   relegated to lesser shelf space and lesser
19   traffic areas in the drug stores.
20      However, the number five company,
21   when there used to be the big five, there
22   was a company called Home Diagnostics.  It
23   was a NASDAQ-traded company.  They had an
24   interesting product mix.  Their

Page 57

PROCEEDINGS

1 specialty -- I guess everybody has
2 specialties. Their specialty was selling
3 private label products to companies like
4 Invacare that is a major DME distributor
5 of product, and Walmart, for example, that
6 used to use the HDI product for their own
7 brand name, which is called Rely On.
8     Anyway, HDI sold the company a bit
9 under duress. They were having a few
10 problems with the Securities & Exchange
11 Commission. They sold the company in
12 2010, a bit under duress, to the Japanese
13 company Nipro. And HDI at one time had a
14 4 percent market share. Once a big five,
15 a 98 percent of the company.
16     The Nipro company -- plus the
17 products are beginning to age as well.
18 The Nipro group does not command the shelf
19 space in drug stores that they used to.
20     So we kind of believe that we will
21 be able to jump in there and be able to
22 pick up some shelf space that we wouldn't
23 otherwise be able to pick up because we
24 are going to be a big money maker for drug

Page 58

PROCEEDINGS

1 stores, which is also part of the value
2 proposition. Not only will we make great
3 money, but the people that carry our
4 product will make better money.
5     **UNIDENTIFIED MALE 1:** What you are
6 telling me is that the margins for the
7 retailer -- your margins are going to be
8 higher than Johnson & Johnson margins?
9     **MR. BERMAN:** Yes. Yes.
10     **MR. JAGUNICH:** And we will undercut
11 J&J's price as well.
12     **MR. BERMAN:** Yeah, the price will be
13 less, and the margins for the drug stores
14 will be higher, simply because the
15 oligopoly, the group of four companies has
16 priced themselves to the point where it's
17 virtually impossible for a retailer to
18 markup the test strip products by
19 30 percent on a retail level, which is the
20 margins that independent drug stores look
21 to achieve. They just can't do that, but
22 they will be able to mark our product up
23 30 percent and make great money on it.
24     **UNIDENTIFIED MALE 1:** Okay. Thank

Page 59

PROCEEDINGS

1 you very much. Very, very good conference
2 call.
3     **MR. BERMAN:** Any additional
4 questions?
5     Okay. Well, I thank everybody for
6 attending. We will probably do one of
7 these in a couple of months where we can
8 actually report some GenStrip progress and
9 things of that nature.
10     So with that, I guess we will all
11 sign off, and the conference call company
12 will breathe a sigh of relief.
13     Thanks for attending, Roger.
14     **ROGER:** Thanks for having it and,
15 again, congratulations.
16     **MR. BERMAN:** Bye-Bye.
17     **UNIDENTIFIED MALE 1:** Thank you,
18 guys. Great job.
19     (Time noted: 4:15 p.m.)

Page 60

```
1            C E R T I F I C A T E
2
3   STATE OF NEW YORK      )
4                          :ss
5   COUNTY OF RICHMOND     )
6
7        I, MELISSA GILMORE, a Notary Public
8   within and for the State of New York, do hereby
9   certify that the within is a true and accurate
10  transcript of the proceedings taken on
11  December 11, 2012.
12       I further certify that I am not
13  related to any of the parties to this action by
14  blood or marriage; and that I am in no way
15  interested in the outcome of this matter.
16       IN WITNESS WHEREOF, I have hereunto
17  set my hand this 11th day of December, 2012.
18
19
20
21
22  _____
23  MELISSA GILMORE
24
25
```

## $

**$1 (2)**
38:8;52:3
**$1.25 (1)**
52:2
**$10 (1)**
45:13
**$100 (1)**
11:25
**$2.8 (1)**
19:22
**$20 (1)**
15:7
**$3 (1)**
49:3
**$30 (3)**
36:23,24,25
**$31 (1)**
53:12
**$500 (1)**
37:3
**$70 (1)**
26:4
**$9 (1)**
35:14

## 0

**09 (1)**
51:25

## 1

**1 (42)**
3:13,17;7:15,23;11:4,
5;12:5,11,16;14:4;
15:17;16:24;17:5,10,13,
19;18:4,10,16,19;19:12,
20;21:19;26:23;27:6,9,
10,15;31:7;37:23;39:15;
40:6;43:2,11;44:12;
50:10;54:9;56:4,10;
58:6,25;59:18
**1,000 (2)**
14:23;15:7
**1,200 (1)**
20:21
**10 (4)**
40:25;45:17;47:22;
51:25
**100 (3)**
12:3,17;41:18
**10ks (1)**
22:12
**11 (1)**
51:25
**11,500,000 (1)**
19:15
**12 (1)**
39:10
**13 (2)**
17:18;19:21
**14 (1)**
19:21
**17 (2)**
25:18;35:14
**17.50 (1)**
15:8
**18 (2)**
17:9,10
**1999 (1)**
29:12

## 2

**2 (8)**
5:21;6:10,17;7:11;
10:24;11:12;45:25;
47:20
**2,500 (1)**
20:21
**20 (4)**
5:4;19:21;41:2,3
**2001 (1)**
29:14
**2002 (1)**
29:15
**2006 (1)**
42:9
**2007 (2)**
22:23;42:9
**2009 (1)**
26:19
**2010 (6)**
27:7;28:4,5;44:3;52:2;
57:13
**2011 (2)**
27:6;44:4
**2012 (4)**
27:9;51:24;54:19,20
**2013 (3)**
11:4;17:16;44:21
**21st (1)**
55:3
**25 (1)**
22:12
**25,000 (1)**
15:4

## 3

**3 (4)**
9:19;10:9;45:25;47:21
**3.50 (1)**
49:3
**30 (5)**
15:22;38:16;41:9;
58:20,24
**30-second (1)**
33:18
**31 (1)**
21:18

## 4

**4 (2)**
12:21;57:15
**4:15 (1)**
59:20
**40 (1)**
2:4
**40s (1)**
46:25

## 5

**5 (3)**
40:24;44:16,22
**50 (1)**
12:17
**500,000 (2)**
14:24;15:9
**50s (1)**
12:18
**510 (1)**
33:9
**510k (6)**
3:22;4:8;6:9;9:23;
24:9;38:15
**510ks (3)**
23:5,9,17

## 6

**6 (3)**
46:2,9;47:24
**6.5 (1)**
6:25
**60-second (1)**
33:19
**67 (2)**
42:18;53:10

## 7

**7 (3)**
40:25;42:11;49:10

## 8

**8 (1)**
25:13

## 9

**9 (1)**
39:10
**90 (2)**
12:4;41:17
**92 (2)**
40:4;46:3
**98 (1)**
57:16

## A

**Abbott (1)**
41:12
**ability (2)**
4:13;15:20
**able (14)**
10:22;16:12;21:5;
22:11;24:5,13;28:16;
45:9,22;47:2;57:22,22,
24;58:23
**absolutely (2)**
24:16,18
**accomplishing (1)**
44:19
**accomplishment (1)**
10:17
**according (1)**
7:7
**account (1)**
41:16
**accounted (1)**
23:12
**achieve (9)**
9:17;23:15,19;24:13;
45:25;48:16;50:7;52:23;
58:22
**achievement (4)**
21:20,25;24:18;27:14
**acknowledged (1)**
25:10
**acquired (1)**
22:8
**actually (11)**
19:6;21:9;22:3,11;
38:4;45:14;46:17;51:4;
55:2;17;59:9
**adding (1)**
55:18
**addition (2)**
38:6;48:17
**additional (2)**
48:2;59:4
**address (1)**
6:5
**addressed (1)**
34:3
**admitted (1)**
24:15
**advantage (6)**
4:12;7:4;45:9;52:23;
53:7,25
**affairs (1)**
31:4
**afternoon (1)**
18:24
**again (5)**
8:22;32:17;50:20;
51:9;59:16
**against (2)**
28:10;56:6
**age (2)**
42:19;57:18
**ago (4)**
15:15;35:12;43:3,19
**agreement (6)**
10:6;12:25;14:13;
21:2;28:15;33:17
**agreements (1)**
52:22
**ahead (1)**
21:10
**air (1)**
36:22
**allowed (1)**
7:6
**almost (3)**
22:12;23:13,16
**along (1)**
40:3
**alternative (4)**
6:21;31:22;39:3;42:23
**although (1)**
32:13
**always (8)**
29:7,16;32:14,15;
36:20;40:15,18;56:8
**amazing (1)**
23:15
**American (1)**
43:7
**Americans (1)**
42:4
**Amex (1)**
48:16
**Amex-traded (1)**
26:9
**ammunition (1)**
54:25
**among (1)**
50:3
**amount (2)**
26:8;35:20
**analyst (3)**
18:16,25;19:4
**analysts (1)**
18:15
**announce (3)**
10:6;20:25;34:18
**announcements (1)**
10:8
**answered (1)**
44:9
**anti-business (1)**
23:19
**anticipated (1)**
51:20
**appeal (1)**
53:15
**applauded (1)**
24:19
**application (1)**
25:9
**appreciate (1)**
7:12

LIFESCAN INC., ET AL. VS.
SHASTA TECHNOLOGIES, LLC, ET AL.

DECISION DIAGNOSTICS SHAREHOLDER CONFERENCE CALL
December 11, 2012

**approached (1)**
49:23
**approaching (1)**
53:22
**appropriate (1)**
35:19
**approval (19)**
5:5,9;10:10,19;19:7,8;
20:6;26:5;38:13;42:10;
43:13,14,15,20,24;44:7,
19;54:18;55:3
**approvals (3)**
26:4;54:22,24
**approved (7)**
26:11;38:16
**approximately (1)**
17:14
**area (4)**
21:23;22:15,19;41:3
**areas (2)**
48:19;56:20
**around (2)**
35:17;53:10
**articles (1)**
23:3
**aside (1)**
52:12
**asset (1)**
13:24
**assume (1)**
5:6
**attack (1)**
26:13
**attending (2)**
59:7,14
**attitude (1)**
23:18
**auspicious (1)**
4:7
**available (1)**
29:9
**average (1)**
53:10
**averages (1)**
42:18
**aware (1)**
2:8
**away (3)**
16:23;32:20,21
**awesome (2)**
34:15,15

**B**

**back (3)**
22:11;34:22;54:15
**background (1)**
5:13
**bad (2)**
28:17;48:6
**badly (1)**
25:22
**BANGSTED (2)**

44:23,24
**bank (1)**
37:11
**bankruptcy (1)**
28:16
**base (2)**
7:5;45:24
**based (4)**
7:8;12:21;37:12;52:10
**basically (5)**
9:15;13:21;15:9;16:8;
19:20
**basis (1)**
19:2
**batch (1)**
54:10
**Bayer (4)**
15:15;39:16;41:13;
47:9
**became (3)**
25:11;26:19;33:13
**becomes (1)**
27:12
**beeping (1)**
2:14
**began (1)**
25:8
**beginning (1)**
57:18
**begins (1)**
27:9
**belief (3)**
29:10;45:15;54:17
**benefit (4)**
29:19,20;53:20;54:2
**benefits (1)**
49:22
**BERMAN (93)**
2:2,11,17,19,22,24;
3:5,5,15,18,25;4:20,24,
25;6:4;7:18,25;8:22;
9:21;10:12;11:2,8,14;
12:7,14,18;13:4;14:5,19,
22;15:19;17:3,7,12,18,
20;18:6,12,18,21;19:15,
23;20:2,9,13;21:9,17,22;
23:23;24:24;26:25;27:7,
13,22;29:23;30:2;31:11;
32:17,24;33:2,15;35:2;
38:4;39:17;40:10;43:9,
15;44:14,20;45:5;46:5,
11;48:2,5,11,14;49:16;
50:12,20,24;51:4,9,12,
15,22;54:8,12;56:7,12;
58:10,13;59:4,17
**best (3)**
3:15;29:8,8
**better (7)**
4:5;27:4;37:17,20;
52:13,21;58:5
**beyond (1)**
45:3
**bidding (1)**

47:16
**big (11)**
15:3,3,5,11;50:7,14;
56:8,17,22;57:15,25
**biggest (1)**
16:3
**Bill (9)**
2:5;23:8,22,23;24:25;
29:13;35:10;51:14,15
**biomedical (1)**
19:5
**biotech (1)**
26:6
**biotechs (2)**
26:6,10
**bit (5)**
9:3,4;30:20;57:9,13
**board (7)**
3:3;23:6,7;24:3,11;
28:4,23
**Bob (16)**
2:17,22,24;3:2,8,16,
18,19;5:2;6:5;21:22;
24:25;28:9;29:13;35:10;
52:13
**bodies (1)**
32:12
**book (2)**
8:15;33:24
**Boston (1)**
19:3
**both (2)**
9:7;17:3
**bought (1)**
16:10
**box (4)**
14:18,18;43:10;51:23
**boxes (1)**
47:12
**boxing (1)**
55:17
**brand (2)**
31:17;57:8
**break (2)**
15:5;25:20
**breathe (1)**
59:13
**broad (1)**
51:23
**broadcast (1)**
34:5
**broke (1)**
52:3
**broken (1)**
38:12
**build (1)**
4:15
**bulk (1)**
14:15
**bulletin (1)**
28:23
**bunch (2)**
2:2;54:21

**BURNS (2)**
8:21,21
**business (25)**
8:9,11,13,15,25;9:2,3,
9,11,16,22;10:14;12:22,
23;13:3,5,6;14:8,8;
20:14;21:6;31:14;37:13,
15;54:20
**businesses (1)**
11:24
**buy (3)**
13:21;42:4;45:14
**buys (2)**
14:23,24
**Bye-Bye (1)**
59:17

**C**

**call (18)**
2:5,8,21;5:7,8,18;8:8;
11:18,19;23:22;24:2,15;
25:2;28:6;36:17;54:14;
59:3,12
**called (10)**
8:12;9:9;16:6;22:7;
39:22;43:16,22;46:15;
56:23;57:8
**came (2)**
40:3;55:4
**Can (28)**
3:13,16,19;6:3,4;8:6,
6;9:2;10:18;16:15;
17:13;18:10;19:12;
21:10;23:6;29:3,9;30:7;
35:2;38:24;39:7;40:6;
48:9,11;49:10;54:7;
55:15;59:8
**capability (1)**
12:9
**capacity (1)**
15:18
**capital (4)**
36:8;38:8;45:22;49:8
**capitalists (1)**
22:21
**care (1)**
34:19
**carry (3)**
8:5;50:14;58:4
**carryover (1)**
16:14
**case (1)**
28:3
**cash (1)**
38:2
**catalog (4)**
9:12;13:21,22,23
**category (1)**
14:12
**caught (1)**
35:12
**caveat (1)**

32:16
**CE (3)**
43:16;44:5,10
**central (1)**
8:7
**centrally (3)**
8:3,4,18
**cents (2)**
19:21;35:14
**certain (3)**
15:20;30:5;52:22
**certainly (5)**
18:18;24:3;35:10;
36:9;37:2
**chain (6)**
7:20;8:2,4,17;54:3;
56:13
**challenge (1)**
30:11
**challenges (3)**
30:13,16,17
**change (3)**
15:12;29:25;42:21
**changed (3)**
44:2,4;52:5
**changes (2)**
13:10;30:3
**channels (1)**
53:22
**charge (2)**
53:19,19
**chatter (1)**
5:13
**chemical (3)**
16:5,7,11
**chemicals (1)**
16:17
**Chicago (1)**
32:23
**Chinese (4)**
41:19,19;45:10;56:16
**chip (1)**
28:23
**Christmas (1)**
55:11
**chunks (1)**
35:16
**clearance (1)**
3:23;6:9;24:9
**cleared (1)**
7:3
**clinical (2)**
7:8;22:14
**clinics (2)**
13:15;20:22
**close (3)**
21:17;39:22;55:10
**closed (2)**
16:8;21:16
**code (2)**
38:12;46:19
**collateral (1)**
19:18

Ellen Grauer Court Reporting Co. LLC

LIFESCAN INC., ET AL. VS.
SHASTA TECHNOLOGIES, LLC, ET AL.

DECISION DIAGNOSTICS SHAREHOLDER CONFERENCE CALL
December 11, 2012

**collectively (3)**
28:6;41:16;45:11
**combination (1)**
42:17
**coming (2)**
2:6;53:13
**command (1)**
57:19
**commend (1)**
24:4
**comment (1)**
11:8
**commented (1)**
51:17
**commenting (1)**
51:18
**comments (1)**
25:18
**commercial (3)**
33:12,19,19
**commercials (1)**
33:22
**Commission (1)**
57:12
**commissions (1)**
49:19
**community (1)**
43:17
**companies (22)**
9:12;14:7;22:9;26:3;
28:22,23,24;36:5,19;
40:3,4;41:19,20,22;42:6,
14;46:17;47:2;54:21;
55:19;57:4;58:16
**companies' (1)**
39:18
**company (45)**
4:8,15;10:2,11;15:11;
16:8;17:16;19:22;20:13;
21:9,24;22:6;24:7;
28:12,14,21;29:9,12,17;
33:20;35:11;36:23;37:2,
4,6;38:9;39:19,22,23;
41:13,14,44:17;46:14;
48:15;49:23;55:22;
56:21,23,24;57:9,12,14,
16,17;59:12
**company's (5)**
9:22;10:14;29:5;
38:11;48:22
**compared (1)**
18:7
**comparing (1)**
49:13
**competition (1)**
52:11
**competitive (1)**
47:16
**completed (1)**
5:6
**complex (1)**
13:8
**complexity (1)**

**collectively (3)** – continued

24:7
**complicated (1)**
39:14
**compliments (1)**
24:25
**components (2)**
16:5,15
**compromises (1)**
48:20
**concentrate (1)**
9:8
**concern (1)**
22:24
**concession (1)**
53:2
**condition (1)**
49:25
**conference (8)**
5:14;11:17,19;28:5;
36:16;54:14;59:2,12
**configuration (1)**
42:22
**Congratulations (4)**
21:20;33:8;34:14;
59:16
**consider (3)**
24:17;36:18;44:25
**consortium (1)**
36:15
**consulting (1)**
19:3
**consumer (2)**
53:8,10
**consumers (3)**
53:20,21;54:4
**continue (2)**
4:14;29:3
**contract (1)**
11:16
**contractually (1)**
25:11
**control (2)**
7:5;46:24
**controls (1)**
46:4
**convert (1)**
47:3
**copies (1)**
31:16
**correctly (1)**
35:18
**cost (3)**
49:11,17;53:25
**Costco (2)**
8:2;11:7
**costing (1)**
50:5
**costs (1)**
52:8
**counsel (1)**
50:18
**counted (1)**
47:13

**countries (1)**
43:4
**country (2)**
20:18;27:12
**couple (7)**
3:10,11;22:8;28:25;
30:3,24;59:8
**course (7)**
16:17;19:4,10;20:23;
21:13;50:13;52:5
**court (2)**
6:12;30:6
**courts (1)**
32:11
**cover (2)**
19:10,11
**coverage (2)**
18:17,24
**credit (2)**
19:19;36:3
**criteria (1)**
49:6
**current (1)**
37:11
**currently (1)**
48:20
**cursory (1)**
30:19
**customer (6)**
7:5;14:23,24;15:7,8,
10
**customers (1)**
20:19
**cycle (1)**
50:16

**D**

**daily (1)**
39:9
**dark (1)**
30:15
**Darren (1)**
44:23
**day (1)**
54:19
**days (10)**
5:4,5;11:21;12:4;
13:22;15:22;19:7;30:3,
24;38:16
**deal (3)**
23:11;28:17;56:8
**dealing (3)**
31:13;45:6;52:22
**death (1)**
36:12
**decade (1)**
35:12
**December (4)**
15:25;16:13;21:18;
55:4
**decide (1)**
8:7

**decided (4)**
26:25;27:3;28:6;55:7
**decision (2)**
8:5;30:11
**decisions (1)**
32:13
**DECN (1)**
25:11
**default (1)**
19:18
**degrade (1)**
16:18
**degree (1)**
8:17
**deliver (1)**
16:12
**deliverable (1)**
12:4
**delivered (3)**
16:16;17:8;55:23
**deliveries (2)**
10:7;11:3
**demand (2)**
48:24,25
**department (2)**
7:21,23
**depending (1)**
46:6
**designed (2)**
32:2,4
**developed (1)**
31:25
**device (7)**
5:25;6:2;7:7;22:19,23;
24:6;26:13
**devices (7)**
6:23;7:2,4,10;26:12,
17;27:4
**diabetes (1)**
34:4
**diabetic (5)**
34:5,6;40:5;42:11,18
**diagnostic (4)**
6:22;22:16;26:7;38:21
**Diagnostics (6)**
3:3,6;26:11;30:11;
41:13;56:23
**Dick (2)**
4:18,20
**difference (2)**
14:22;15:2
**different (10)**
12:13,17;17:25;22:3,
15;36:3;37:2;41:10,11;
43:10
**difficult (5)**
17:15;23:4;37:13;
42:16;46:20
**difficulty (1)**
24:8
**dilute (2)**
28:20;37:5
**diluted (1)**

**decided (4)** – continued

27:20
**diluting (1)**
10:21
**dilution (1)**
35:4
**dilutive (1)**
27:23
**direct (3)**
7:17;47:4;48:25
**directly (3)**
8:19,19;9:13
**director (2)**
3:3,6
**directors (3)**
3:4;24:3,11
**directors' (1)**
48:22
**discount (2)**
14:16,19
**discovered (1)**
45:8
**discuss (1)**
50:22
**discussing (2)**
39:18;49:18
**discussions (1)**
33:16
**disservice (1)**
35:8
**distribute (1)**
8:19
**distributes (1)**
48:5
**distribution (7)**
4:10;10:25;11:15;
12:25;15:14;53:21;54:3
**distributor (2)**
21:3;57:5
**distributors (11)**
8:14;9:13;11:23;
13:12,15;20:16,16,17;
40:14;53:17;55:25
**divert (1)**
40:14
**DME (2)**
9:10;57:5
**DMEs (1)**
9:11
**doctors (1)**
36:18
**doctors' (2)**
34:5,6
**dollars (2)**
36:7;49:8
**dominance (1)**
53:3
**done (3)**
17:22;24:19;34:25
**Dow (2)**
16:7,8
**down (3)**
5:13;55:2,10
**draw (1)**

LIFESCAN INC., ET AL. VS.
SHASTA TECHNOLOGIES, LLC, ET AL.

DECISION DIAGNOSTICS SHAREHOLDER CONFERENCE CALL
December 11, 2012

20:23
**dream (1)**
45:4
**drug (19)**
7:20;8:4,16,16;11:7;
13:14;20:21;31:14,15,
17;43:5;54:11;56:2,5,
20;57:20,25;58:14,21
**drugstore (2)**
7:17;8:9
**durable (1)**
9:10
**duress (2)**
57:10,13
**during (2)**
16:13;22:12
**DYON (3)**
34:12,13;37:5

**E**

**earlier (2)**
11:19;55:4
**earning (1)**
29:3
**easier (3)**
43:14,15;47:9
**easiest (1)**
9:17
**eastern (1)**
43:3
**easy (2)**
22:13;26:2
**edit (1)**
2:12
**effective (1)**
32:20
**eight (2)**
20:15;22:9
**eight-tenths (1)**
41:23
**either (2)**
11:6;18:6
**eliminate (1)**
2:12
**else (2)**
44:15;50:3
**emphasis (1)**
47:13
**end (9)**
10:21;16:25;17:3,6,8;
34:18;46:21;55:11,17
**enough (4)**
3:17;15:11;35:15,17
**entered (2)**
28:15,24
**entire (3)**
9:22;26:12;47:17
**entity (1)**
27:11
**equate (1)**
27:25
**equipment (1)**

9:10
**equity (3)**
28:2;36:7,10
**establish (1)**
38:10
**estimate (1)**
2:3
**Europe (3)**
43:3,12,23
**European (1)**
43:17
**even (4)**
25:10;50:7;51:12;53:8
**event (3)**
5:16;9:25;10:3
**events (1)**
56:13
**everybody (8)**
2:8;12:13;34:24;35:8;
42:15;52:6;57:2;59:6
**exact (1)**
31:16
**exactly (2)**
43:12;53:4
**example (8)**
14:9,11;15:23;36:16;
43:21;46:7;47:8;57:6
**exchange (3)**
25:14;48:21;57:11
**excuse (1)**
56:16
**existing (2)**
6:21;31:16
**expensive (1)**
42:21
**experience (2)**
23:9;39:4
**experienced (1)**
38:25
**explain (1)**
26:24
**extensions (1)**
25:19
**extremely (1)**
23:11

**F**

**face (1)**
54:17
**Facebook (3)**
34:9,10,11
**faceless (1)**
27:3
**facility (1)**
55:18
**fact (3)**
18:21;24:10;42:2
**fair (2)**
52:17;53:24
**fairly (1)**
52:18
**fall (3)**

13:3,4;14:2
**falls (1)**
14:12
**far (1)**
6:18
**faster (1)**
38:18
**FDA (23)**
5:5;7:2,8,9;10:10,19;
16:20;19:6,8;22:25;
23:4,10,16,18;25:8,14,
20;38:13;42:10;43:19,
24;54:20,24
**February (1)**
44:4
**fee (1)**
48:18
**feel (2)**
25:22;32:13
**fees (1)**
27:23
**feet (2)**
9:7;25:13
**FEMALE (1)**
2:20
**few (5)**
3:20;11:21;30:2;47:2;
57:10
**fewer (1)**
35:22,23
**field (2)**
14:2;22:23
**file (1)**
25:10
**filed (7)**
25:8,9;28:16;30:5,11,
16;38:15
**filings (1)**
18:11
**finance (2)**
35:25;38:7
**financing (21)**
10:5;21:7,8,10;27:20,
25;28:8,11,13;34:17,19,
25;35:7,25;36:3,6,25;
37:3,7,9,20
**financings (2)**
28:25;35:18
**find (1)**
30:4
**finds (1)**
32:18
**fine (1)**
48:8
**firm (2)**
30:10;33:17
**firms (1)**
26:7
**first (12)**
5:20;6:20;10:6;17:24;
20:19;24:14;25:9;34:14;
38:23;44:20;54:10;56:2
**fiscal (1)**

26:18
**five (6)**
20:15;28:10;45:16;
56:21,22;57:15
**fives (1)**
20:8
**floor (1)**
5:12
**flow (1)**
38:2
**flux (1)**
47:18
**fold (1)**
44:25
**follow (1)**
38:21
**followed (1)**
52:6
**force (1)**
47:10
**forecast (2)**
17:20;47:18
**forecasting (1)**
47:15
**foreign (1)**
42:2
**Forget (2)**
51:7,10
**forte (1)**
47:6
**forward (2)**
21:6;44:18
**forwards (1)**
50:14
**fought (1)**
28:9
**found (2)**
19:6,7
**four (9)**
2:13;13:20;40:2,3,9;
41:15,16;42:14;58:16
**four-minute (1)**
33:20
**frame (1)**
10:25
**Frankly (2)**
28:9;35:5
**Friday (3)**
30:18;54:14;55:15
**fronts (1)**
4:15
**fund (1)**
36:13
**further (1)**
54:8

**G**

**gained (1)**
38:25
**gave (1)**
18:22
**general (2)**

46:9;51:22
**generation (1)**
39:6
**generic (4)**
31:14,15,22,24
**GenStrip (6)**
4:9;9:5;20:12;38:7;
50:4;59:9
**GenStrips (1)**
3:23
**German (1)**
41:14
**given (1)**
55:16
**goal (4)**
29:16;35:9,24;52:7
**goes (2)**
6:22;32:21
**Good (8)**
3:17;4:22,24;27:5;
33:2;37:14;38:5;59:2
**goods (1)**
40:15
**GPO (1)**
14:6
**GPOs (1)**
13:18
**granted (1)**
30:17
**gray (1)**
16:11
**great (7)**
21:21;34:15;47:21,24;
58:3,24;59:19
**grocery (1)**
8:2
**gross (1)**
37:16
**ground (1)**
11:4
**group (7)**
8:20;13:18;19:3;
36:17;41:22;57:19;
58:16
**groups (1)**
42:3
**grow (1)**
45:15
**growing (3)**
29:18;36:20;40:19
**growth (4)**
40:19,21,24,25
**guess (5)**
27:2;44:9;47:9;57:2;
59:11
**guidance (2)**
17:21,24
**guided (1)**
18:2
**gung (1)**
9:7
**guys (6)**
23:24;28:4,19;30:16;

49:21;59:19

## H

**half (4)**
13:17;19:16;38:18;
43:19
**handle (1)**
34:21
**happened (1)**
39:24
**happens (2)**
33:24;40:16
**hard (4)**
23:11;25:23;42:20,21
**hardware (1)**
37:24
**HDI (3)**
57:7,9,14
**health (1)**
27:5
**healthcare (2)**
12:24;41:14
**hear (3)**
6:3;11:12;48:7,9;54:7
**hearing (1)**
23:10
**Hey (1)**
4:20
**Hi (6)**
20:2,3;23:23,24;
32:24;51:15
**high (2)**
29:17;46:5
**high-class (1)**
54:16
**higher (3)**
40:21;58:9,15
**highest (1)**
40:7
**highly (1)**
24:12
**hired (2)**
20:6;25:24
**history (1)**
25:4
**hit (2)**
11:3;54:10
**ho (1)**
9:7
**Hoffmann-La (1)**
41:5
**Hold (1)**
3:25
**HOLLAND (6)**
19:24,25;20:3,11;
21:5,15
**home (2)**
12:23;56:23
**homes (1)**
14:10
**hope (5)**
11:2;18:18;20:25;

38:17,18
**hopefully (2)**
20:24;36:8
**horrible (2)**
15:25;16:4
**hour (1)**
5:4
**house (1)**
48:6
**huge (1)**
47:13
**hugely (1)**
47:6

## I

**idea (3)**
15:6;21:7;25:17
**immediately (1)**
17:8
**imminent (1)**
21:15
**important (2)**
10:11;29:2
**impossible (1)**
58:18
**improve (1)**
37:22
**IMS (4)**
46:15,15,18,22
**inaudible (1)**
29:22;48:4
**inception (1)**
38:19
**Incidentally (1)**
23:21
**include (2)**
46:7;47:22
**increase (1)**
51:24
**independent (4)**
8:15;13:14,15;58:21
**independently (3)**
31:25,25;32:2
**individual (3)**
8:9;9:14;20:21
**industries (1)**
46:15
**industry (5)**
21:12;26:13,20;53:5;
55:9
**influx (1)**
9:4
**info (1)**
33:12
**infomercial (2)**
33:20,23
**infomercials (1)**
34:10
**information (3)**
10:20;30:8;31:2
**infringe (1)**
32:5,14

**infringement (2)**
31:10,12
**ingrained (1)**
15:13
**in-house (2)**
11:23;12:2
**insert (1)**
55:18
**institutionalized (1)**
42:20
**institutions (1)**
37:12
**interested (3)**
25:5;35:5;39:23
**interesting (2)**
56:13,25
**international (1)**
40:12
**interrupted (1)**
12:20
**interview (2)**
18:22,23
**interviewed (1)**
34:2
**into (21)**
6:22;9:7;11:10;13:3,5;
14:12;15:13;16:14;19:9;
25:3;28:15,24;34:5;
39:18;46:19;47:4,18;
49:2,3,16;50:5
**introduce (1)**
2:24
**introduction (1)**
2:13
**Invacare (1)**
57:5
**inventory (2)**
12:6,8
**investing (1)**
36:18
**involve (1)**
49:18
**involved (4)**
20:14;22:18;28:12;
35:11
**issue (2)**
9:21;50:19
**issued (1)**
9:20
**issues (1)**
31:13

## J

**J&J (8)**
6:22;7:5;51:21,23;
52:18;53:4,16;54:2
**J&J's (2)**
53:2;58:12
**JAGUNICH (24)**
2:10,16,18,23,24;3:2,
2,21;4:6;6:7,16,20;7:14;
14:14,21;18:14;22:2;

24:23;28:9;29:13;32:10;
37:9;52:17;58:11
**January (5)**
11:4;16:14;17:22;
27:9;56:3
**Japanese (2)**
56:15;57:13
**job (4)**
21:21;29:7;34:15;
59:19
**Johnson (34)**
29:22,22;30:9,9,12,20,
20;31:8,8;32:3,3,19;
38:3,3;40:8,8;41:5,5;
43:21,21;45:18,19;46:3,
3,24;24;49:14,14;52:16,
16;56:4,5;58:9,9
**Johnson's (2)**
30:12;32:19
**jump (1)**
57:22
**June (1)**
25:20

## K

**keep (5)**
5:13;7:6;29:18;35:17;
39:25
**Keith (18)**
3:5;4:21,22,25;5:21;
19:24;23:21;24:4,10,15;
27:16;32:22;34:12;
44:23;48:9;49:10;50:18;
53:9
**kind (15)**
3:8;13:7;23:17;28:24;
31:4,11;35:24;36:4;
39:25;41:10;43:6;47:17;
54:16,24;57:21
**KIPSEN (2)**
27:16,17
**known (2)**
13:18;45:11
**Korean (3)**
41:20;45:10;56:16
**Kroger (1)**
8:3

## L

**LA-based (1)**
33:17
**label (1)**
57:4
**LAND (3)**
23:21,22,24
**language (1)**
43:10
**large (19)**
7:21;8:14;9:11;11:23;
13:12;14:6;15:21,22;
18:9;21:2,3,10;23:12;

29:3;42:3,14,19;46:20;
52:18
**larger (1)**
39:13
**largest (3)**
9:16;13:25;41:21
**LaserScope (1)**
22:7
**last (5)**
2:13;30:3,18;33:11;
54:19
**late (3)**
11:18;42:7;44:20
**later (1)**
18:23
**launch (1)**
16:2
**launched (1)**
41:20
**launching (1)**
39:20
**lawsuit (4)**
30:9;31:3,5;32:21
**lawyer (1)**
25:24
**lawyers (1)**
30:23
**lawyers' (1)**
32:6
**lead (2)**
15:21,22
**leaders (1)**
52:20
**learned (1)**
24:14
**least (3)**
21:2;32:6;42:24
**legal (1)**
30:10
**Leon (3)**
15:24;38:4;44:10
**less (8)**
11:24;22:22;38:16;
45:13;52:8,11;53:6;
58:14
**lesser (2)**
56:19,19
**level (5)**
21:14;24:7;52:3,4;
58:20
**levels (2)**
35:7,19
**leverage (2)**
38:25;39:4
**levied (1)**
26:18
**life (7)**
16:18,25;17:2,6,7,11;
43:10
**LifeScan (9)**
5:23;6:11;15:14;
38:15;39:2,2;41:6;
46:24;47:11

**LifeScan's (1)**
47:5
**Lifetime (1)**
33:25
**liking (2)**
48:22,23
**limited (1)**
15:18
**line (6)**
2:3;4:3;14:13;19:19;
36:10;48:6
**lines (1)**
28:2
**litigation (1)**
31:18
**little (2)**
9:3;25:4
**live (1)**
22:20
**living (2)**
25:25;35:3
**local (1)**
20:16
**located (1)**
20:6
**long (5)**
5:18;31:4;34:20;
54:23,23
**long-term (3)**
27:17,21;37:18
**look (9)**
6:18;18:11;22:2;35:4;
40:10,17;41:4,7;58:21
**looked (2)**
6:11;34:8
**looking (10)**
12:12;14:17;34:17;
36:6;38:20,23;44:18;
46:22;52:25;53:11
**loss (1)**
50:13
**lot (11)**
4:2;22:13;23:3;25:15;
27:24;30:14;33:4;45:5;
50:13;53:13;55:19
**louder (1)**
3:14
**love (1)**
34:24
**lower (2)**
21:13;53:25
**lowest (1)**
40:7
**lucky (1)**
14:25
**Lyons (9)**
2:5;29:13;50:18,21;
51:2,7,10,14,16

## M

**MAIL (7)**
6:17;8:25;46:21;47:3,

10,19,22
**mailing (1)**
7:17
**major (5)**
19:11;41:12;52:15,19;
57:5
**maker (1)**
57:25
**MALE (58)**
3:13,17;5:21;6:10;
7:11,15,23;9:19;10:9,24;
11:5,12;12:5,11,16,21;
14:4;15:17;16:24;17:5,
10,13,19;18:4,10,16,19;
19:12,20;21:19;26:23;
27:6,10,15;29:21,24;
31:7;37:23;39:15;40:6;
42:19;43:2,11;44:12,16,
22;46:2,9;47:24;49:10;
50:10;53:11;54:9;56:4,
10;58:6,25;59:18
**manage (2)**
21:23;25:12
**managed (1)**
8:4,5,18;22:4
**management (4)**
8:7;28:11,14;29:3
**manufacture (5)**
12:10;15:18,20;31:16;
55:20
**manufactured (1)**
16:7
**manufacturer (2)**
54:13;55:7
**manufacturers (5)**
12:8;19:11;31:15;
46:17;55:9
**manufacturer's (1)**
12:9
**many (3)**
10:20;19:13;26:16
**margin (2)**
50:10,11
**marginal (1)**
41:21
**margins (9)**
50:6,8;53:17,24;58:7,
8,9,14,21
**mark (3)**
41:9;44:5;58:23
**markedly (1)**
50:9
**market (45)**
3:23;4:9,13;12:24;
13:8,10,11;16:11;19:9;
24:9;34:23;35:6,21;
39:11,13;40:5,17,18;
41:10,11,17;42:8,9,12;
45:2,4,18,18;46:21,25;
47:3,4,5,6,7,10,14,17,19;
48:17;52:5,19;54:6;
56:9;57:15
**marketers (1)**

52:25
**marketing (5)**
20:12;22:5;33:13;
45:23;52:22
**marketplace (6)**
10:23;14:20;15:14;
19:5;27:25;45:7
**markets (2)**
46:6,18
**marking (1)**
43:16
**markup (1)**
58:19
**master (1)**
12:25
**material (3)**
10:12,14;16:25
**materials (2)**
15:21;16:22
**matter (2)**
13:20;18:21
**may (6)**
21:8;25:5;31:7;36:18;
46:23,24
**maybe (1)**
42:9
**mean (5)**
6:12;10:16;21:11,22;
45:21
**means (2)**
13:23;15:22
**med (1)**
13:24
**mediator (1)**
16:6
**medical (10)**
9:10,12;22:19,22;
24:6;26:12,13,17;27:4;
42:5
**Medicare (6)**
9:6;13:8,9;47:16;53:9,
12
**medicine (1)**
14:13
**Medline (1)**
14:11
**MedSys (1)**
12:25
**meet (4)**
48:20;49:6,7;55:14
**mega (1)**
7:21
**member (4)**
3:4;22:10;23:6,7
**memorialized (1)**
27:8
**mentioned (2)**
43:8;44:24
**message (2)**
10:22;54:5
**meter (3)**
32:4;42:17,22
**meters (2)**

6:15;42:11
**Michael (1)**
34:13
**mid (2)**
41:8;46:25
**might (5)**
21:24;34:18,21;44:3;
52:13
**milestone (1)**
44:17
**million (14)**
6:25;11:25;19:16,21,
22;26:4;36:7,23,24,25;
37:3;38:8;42:11;49:7
**mind (1)**
18:20
**mindset (2)**
15:12,13
**minimal (1)**
14:25
**minimum (1)**
39:25
**minute (1)**
2:7
**minutes (1)**
2:14
**mix (1)**
56:25
**model (17)**
7:20,22;8:10,11,13;
9:18;12:22,23;13:3,5,7;
14:3;37:11,15,16;38:23,
24
**models (3)**
7:19;9:16;38:20
**mom (1)**
8:16
**moment (5)**
10:15;33:16;47:15;
48:23;49:7
**monetize (1)**
29:4
**money (13)**
26:8,9;35:6,16,20,22,
23;38:6,10;57:25;58:4,5,
24
**month (9)**
14:23,24;15:4,7,9;
16:2,4,9,13
**months (5)**
17:9,10;39:10;43:3;
59:8
**monumental (1)**
23:20
**more (5)**
2:7;3:4;5:8;22:22;
39:14
**morning (2)**
11:20;34:3
**most (5)**
5:6;26:8;27:11;29:2;
50:15
**mostly (1)**

41:18
**move (1)**
48:16
**much (11)**
4:16;19:9;25:13;
39:13,14;43:13,15;45:8;
47:25;55:15;59:2
**must (1)**
8:23

## N

**name (2)**
31:17;57:8
**nameless (1)**
27:2
**names (2)**
39:19;43:8
**NASDAQ (1)**
48:17
**NASDAQ-traded (2)**
22:7;56:24
**nature (4)**
13:2;28:3;39:5;59:10
**nearly (1)**
50:7
**need (4)**
4:4;40:10;43:13,19
**needs (6)**
34:20;36:25;37:3;
38:9;48:15,16
**negotiating (1)**
54:12
**net (1)**
50:11
**networks (1)**
34:4
**new (1)**
42:17
**newer (1)**
39:6
**news (2)**
11:21;34:15
**newsworthy (2)**
9:24;10:10
**next (4)**
11:21;12:4;30:23;
38:21
**nine (1)**
20:16
**Nipro (3)**
57:14,17,19
**nobody (2)**
16:19,20
**noise (1)**
4:2
**non-American (1)**
42:5
**noted (1)**
59:20
**number (12)**
4:14;16:2;17:15;18:5,
8,9,11;36:22;41:15,15;

Case3:11-cv-04494-WHO Document373-18 Filed10/09/13 Page23 of 26

LIFESCAN INC., ET AL. VS.        DECISION DIAGNOSTICS SHAREHOLDER CONFERENCE CALL
SHASTA TECHNOLOGIES, LLC, ET AL.        December 11, 2012

46:10;56:21
**numbers (2)**
28:22;46:20
**nursing (1)**
14:9

## O

**ObamaCare (2)**
26:20;27:8
**obligated (1)**
25:12
**obviously (1)**
14:14
**occurred (2)**
10:4;56:14
**occurs (1)**
15:5
**October (1)**
44:3
**off (5)**
4:4;24:17;45:24;
48:13;59:12
**offer (1)**
14:9
**offered (1)**
35:22
**Office (3)**
32:8,18;34:5
**offices (1)**
34:6
**offshoot (1)**
9:9
**old (1)**
37:12
**oligopoly (3)**
52:20;53:4;58:16
**once (3)**
33:23;39:20;57:15
**one (32)**
2:7;7:22;8:9;9:16,17;
11:17,24;16:4;20:3,20;
21:2,3;26:2,15;31:12;
33:21,22;34:23;39:4,6,
15;40:8;41:6,6,23;42:5;
45:7;49:21;52:19;56:15;
57:14;59:7
**ones (1)**
26:2
**ongoing (1)**
27:23
**online (3)**
13:23;30:5;46:18
**only (5)**
12:18;13:22;36:13;
53:12;58:3
**open (3)**
3:12;5:11,17
**operate (1)**
36:5
**opinion (3)**
32:6,7,8
**opportunity (3)**

4:12;5:3;6:24
**opposed (1)**
55:19
**opposite (1)**
40:23
**order (6)**
8:25;46:21;47:3,10,
19,23
**orders (5)**
11:6,11,15,22;12:2
**organization (2)**
4:11;37:19
**organizations (1)**
13:19
**OTCVB (1)**
48:13
**otherwise (1)**
57:24
**out (21)**
7:2;17:22;19:6,7;20:7,
10,19;22:22;28:17;31:5,
18;36:22;37:16,19;
38:22;46:2;53:13,23;
54:25,25;55:21
**outlines (1)**
51:23
**outside (1)**
14:17
**outstanding (1)**
19:15
**over (7)**
20:25;41:10;43:25;
45:16;47:11;49:5;50:2
**overall (2)**
47:4;54:6
**overcome (2)**
24:8;25:23
**overlooking (1)**
30:22
**overseas (5)**
40:15;41:2,4;43:20;
44:19
**oversight (1)**
44:7
**own (4)**
11:20;16:19;32:12;
57:7

## P

**package (2)**
12:12;55:18
**packages (1)**
12:15
**packaging (1)**
55:21
**paint (1)**
28:23
**paper (2)**
25:7,12
**papers (1)**
30:5
**part (6)**

11:20;23:12;26:18,19;
30:9;58:2
**particular (3)**
4:17;31:21;35:13
**partner (1)**
36:8
**partnership (1)**
38:11
**parts (1)**
13:7
**past (5)**
8:12;15:24;17:23;
18:3;24:10
**patent (6)**
30:25;31:17;32:8,18,
19,20
**patents (5)**
30:12,19,22;31:5;
32:20
**path (1)**
31:20
**patient (1)**
47:4
**patients (1)**
9:14
**pay (2)**
49:19,20
**pays (2)**
15:7,8
**penetration (2)**
45:2,4
**people (20)**
2:3,6,14;5:7,18;7:16;
8:20;10:13;15:16;20:18;
25:2,5;27:24;35:3;
36:14,15;39:21;45:6,13;
58:4
**people's (1)**
53:14
**per (2)**
14:18;53:13
**percent (18)**
12:3;40:4,25;41:2,3,9,
17,23;42:19;45:17,25;
46:3;47:21,22;57:15,16;
58:20,24
**percentage (1)**
52:18
**period (4)**
36:24;45:16;49:5;
54:23
**person (1)**
27:3
**pharma (1)**
50:8
**pharmaceutical (1)**
42:14
**pharmacy (1)**
47:14
**pharma-like (1)**
50:15
**Pharmatech (1)**
30:10

**Philadelphia (1)**
46:14
**phone (3)**
4:3,4;55:14
**phonetic (4)**
4:19;27:16;34:12;
44:24
**pick (5)**
18:17;34:7;36:8;
57:23,24
**picked (1)**
46:8
**picks (1)**
5:14
**places (1)**
10:21
**plan (5)**
5:9;9:23;33:14;38:12;
45:23
**plans (1)**
37:24
**play (1)**
53:12
**players (2)**
41:12,18
**please (3)**
2:25;3:14;5:13
**plus (3)**
33:22;34:4;57:17
**pm (1)**
59:20
**pockets (1)**
53:14
**point (6)**
4:17;35:13;42:12;
45:17;48:12;58:17
**points (1)**
22:3
**pop (1)**
8:16
**possibility (3)**
31:10,12;32:15
**possible (1)**
29:17
**possibly (1)**
29:9
**post (3)**
2:15;30:24;33:22
**posted (3)**
10:4;20:5;34:11
**postpone (1)**
37:25
**potential (1)**
12:22
**precisely (1)**
3:4
**Precision (2)**
3:3,6
**preeminent (1)**
19:4
**preferred (1)**
19:17
**present (1)**

15:11
**president (2)**
22:4;24:6
**press (4)**
9:20,21;10:18;56:5
**pretty (3)**
4:16;19:9;45:8
**previous (1)**
28:14
**previously (1)**
25:16
**price (15)**
15:5,23;31:3;35:7;
48:23;50:17,19,23;
51:18,20,24;53:2,18;
54:2;58:12,13
**priced (1)**
58:17
**pricing (2)**
45:23;53:5
**primarily (1)**
34:3
**prior (3)**
20:5;28:11;39:20
**private (1)**
57:4
**probably (18)**
9:6,25;10:12;17:21;
33:21;34:2,9;39:5,6,10;
40:20;45:15,25;48:21;
50:15;54:18;56:2;59:7
**problem (1)**
54:16
**problems (1)**
57:11
**procedure (1)**
44:5
**PROCEEDINGS (58)**
2:1;3:1;4:1;5:1;6:1;
7:1;8:1;9:1;10:1;11:1;
12:1;13:1;14:1;15:1;
16:1;17:1;18:1;19:1;
20:1;21:1;22:1;23:1;
24:1;25:1;26:1;27:1;
28:1;29:1;30:1;31:1;
32:1;33:1;34:1;35:1;
36:1;37:1;38:1;39:1;
40:1;41:1;42:1;43:1;
44:1;45:1;46:1;47:1;
48:1;49:1;50:1;51:1;
52:1;53:1;54:1;55:1;
56:1;57:1;58:1;59:1
**process (9)**
3:24;4:10;23:14;25:4,
12;43:16;44:11,11;50:2
**produce (2)**
33:18;55:15
**product (41)**
12:4;10:14;15;16:3,6,
7,25;17:4,6,8;26:22;
29:8;31:9,9,21,22,23,24;
36:2;39:20;40:13;42:5;
43:22,23;44:8;45:16;

LIFESCAN INC., ET AL. VS.
SHASTA TECHNOLOGIES, LLC, ET AL.

DECISION DIAGNOSTICS SHAREHOLDER CONFERENCE CALL
December 11, 2012

49:17,24;50:9,15;52:7;
54:10;55:17,20,23;56:6,
25;57:6,7;58:5,23
**productive (1)**
27:11
**products (12)**
9:13;41:21;42:3;
43:20;45:10,19;49:12,
13;56:17;57:4,18;58:19
**Profit (2)**
50:10,12
**profitability (2)**
37:10,21
**progress (1)**
59:9
**project (2)**
39:12;44:21
**promote (1)**
33:10
**proposition (3)**
52:9,15;58:3
**prove (1)**
44:6
**proven (2)**
42:15,24
**proves (1)**
37:16
**provide (2)**
29:8;52:7
**provided (1)**
53:16
**provider (1)**
13:24
**psychological (1)**
52:4
**public (2)**
28:22;30:25
**publicly-available (2)**
10:20;30:8
**published (1)**
23:3
**pull (1)**
36:21
**pulled (1)**
24:17
**pulling (1)**
22:22
**purchase (1)**
16:22
**purchasing (1)**
13:18
**put (5)**
5:5;6:8;9:23;17:21;
21:11
**putting (4)**
4:10;5:25;23:16;36:24

**Q**

**quantity (1)**
16:15
**quarter (1)**
44:21

**quick (1)**
38:14
**quickly (4)**
39:7,8,8;49:11
**quiet (1)**
23:25

**R**

**R&D (1)**
38:10
**raise (7)**
35:6,15,22,23;38:10;
45:22;49:7
**raised (1)**
35:20
**raising (2)**
38:6;50:19
**range (3)**
31:4;49:3,3
**rate (1)**
14:16
**rates (1)**
37:20
**rather (2)**
39:7;53:16
**raw (5)**
15:21;16:4,15,22,24
**reach (1)**
56:2
**ready (2)**
10:6;33:16
**real (3)**
16:15;18:25;22:17
**realigning (1)**
4:11
**really (2)**
13:20;24:21
**reason (5)**
16:3;17:23;26:14;
29:2;41:24
**reasons (5)**
11:17;16:2;28:25;
42:6;56:15
**recall (1)**
18:6
**receive (2)**
14:15;25:19
**received (4)**
3:22;4:8;10:19;43:24
**receiving (1)**
25:10
**recommend (2)**
50:22;51:3
**record (5)**
25:3,7,7,13;33:7
**recorded (1)**
2:9
**recording (1)**
2:12
**regional (4)**
8:14;11:23;13:12;
20:17

**registration (1)**
48:18
**regulatory (4)**
22:6;32:12;44:7;50:2
**reiterate (1)**
4:25
**release (4)**
9:20,22;10:18;11:21
**relegated (1)**
56:19
**relief (1)**
59:13
**Rely (1)**
57:8
**remarkable (3)**
21:25;24:18;27:14
**remember (1)**
18:5
**repeated (2)**
25:16,16
**repeating (1)**
25:15
**report (3)**
46:17;54:15;59:9
**reported (1)**
22:6
**reporter (1)**
46:16
**reports (2)**
47:11,12
**represent (1)**
25:25
**represents (1)**
30:10
**requests (1)**
30:25
**requirements (1)**
48:15
**resistance (1)**
23:17
**rest (1)**
40:21
**result (3)**
31:23;36:9;55:6
**results (1)**
7:8
**retail (6)**
7:19;9:17;47:14;
51:23;56:8;58:20
**retailer (3)**
21:3;58:8,18
**retailers (1)**
52:24
**revenue (3)**
11:25;17:16,24
**reverse (2)**
48:24;49:2
**review (2)**
30:19,25
**reviewer (2)**
30:21,21
**right (16)**
5:24;6:3,13;9:4;10:23;

13:11;17:15;19:14;
22:20;24:17;28:4;37:10;
43:11;48:8;49:9;50:23
**rights (2)**
49:24,25
**Roche (13)**
15:15;41:4,5
**Roger (13)**
8:21;32:22,22,25;
33:2,6;48:9,10,11,12;
49:9;59:14,15
**roll (3)**
20:7,9,19
**room (1)**
5:14
**rounds (1)**
25:18
**route (1)**
42:23
**royalties (1)**
49:18
**run (1)**
31:17
**running (1)**
11:4

**S**

**saddled (1)**
28:13
**salaries (1)**
29:4
**sales (10)**
10:25;14:18;20:7,11;
21:12,14;36:2;38:7;
49:23,25
**same (8)**
12:12;14:16;15:9;
35:20;43:8,12,13;53:24
**sands (1)**
13:9
**saying (3)**
5:15,25;6:14
**scheduled (1)**
36:17
**screw (1)**
47:20
**screwed (1)**
45:20
**screwing (1)**
45:21
**second (4)**
8:11;13:17;24:23;56:2
**securing (1)**
24:9
**Securities (1)**
57:11
**seems (1)**
23:18
**sell (11)**
8:15;9:12;13:13;
42:16;43:6,7,7,20;45:13;
46:19;51:20

**selling (8)**
49:12,14;50:17,19,23;
52:10,10;57:3
**sells (1)**
43:21;51:25
**seminal (1)**
9:25
**send (1)**
55:21
**series (1)**
10:8
**service (1)**
14:9
**set (1)**
33:6
**sets (1)**
53:4
**settle (1)**
28:17
**seven (2)**
25:19;40:24
**several (2)**
19:7;48:14
**share (3)**
46:25;47:5;57:15
**shareholder (1)**
27:18;28:5;29:12
**shareholders (6)**
27:21;28:18;29:11,14,
20;37:6
**shareholders' (1)**
29:19
**shares (4)**
19:13,18,21;35:23
**shelf (7)**
16:18;56:6,7,14,19;
57:19,23
**shifting (1)**
13:9
**shipment (1)**
17:25
**shoot (1)**
55:2
**short (2)**
34:20,21
**shortly (1)**
18:25
**shots (1)**
30:14
**show (1)**
46:23
**showed (1)**
23:8
**shows (2)**
33:24;34:3
**shutdown (1)**
55:16
**SIC (1)**
46:19
**sigh (1)**
59:13
**sign (4)**
10:5;33:17;37:18;

LIFESCAN INC., ET AL. VS.
SHASTA TECHNOLOGIES, LLC, ET AL.

DECISION DIAGNOSTICS SHAREHOLDER CONFERENCE CALL
December 11, 2012

59:12
**signing (1)**
8:23
**Silicon (1)**
22:20
**similar (1)**
39:5
**simply (1)**
58:15
**SIN (1)**
26:22
**single (1)**
11:24
**site (6)**
2:15;10:4;18:13;20:4;
31:2;34:11
**six-week (1)**
44:11
**size (1)**
6:23
**sizes (1)**
12:17
**slapped (1)**
30:20
**sleep (1)**
5:4
**slightly (1)**
41:11
**small (4)**
9:13;13:13,14;28:22
**smaller (1)**
39:12
**smart (2)**
35:15,16
**snow (3)**
33:4,5,7
**sold (5)**
43:22;46:16;49:24;
57:9,12
**solve (1)**
34:23
**somebody (8)**
4:2;8:23;12:20;13:2;
26:25;27:3;44:14;48:6
**Someone (2)**
51:18;53:11
**sometimes (2)**
31:18,19
**somewhat (1)**
39:11
**soon (1)**
10:5
**sorry (4)**
3:18;8:23;21:4;44:14
**sort (1)**
34:16
**SOX (1)**
27:19
**space (9)**
13:21,22;33:25;56:6,
8,14,19;57:20,23
**speak (1)**
30:4

**speaker (2)**
4:3,4
**speaking (1)**
48:7
**special (3)**
26:17,21;30:21
**specialize (2)**
14:7;36:14
**specialties (1)**
57:3
**specialty (2)**
57:2,3
**specific (1)**
11:6
**specifically (1)**
43:5
**specifics (1)**
11:10
**spend (1)**
45:5
**spent (2)**
26:3,7
**spiral (1)**
36:12
**split (3)**
27:19;48:24;49:2
**standard (1)**
21:13
**standing (1)**
19:14
**start (3)**
3:10;12:19;42:8
**started (2)**
2:19;3:20
**startup (1)**
26:9
**startups (1)**
22:18
**statements (4)**
3:10,11,20;10:2
**States (1)**
4:14
**Steve (2)**
19:24;20:2
**still (4)**
2:6;26:5;28:13;45:24
**stimulus (1)**
26:19
**stock (8)**
10:13;19:17;22:8;
29:5;35:13;48:23;49:4,4
**stocks (1)**
35:3
**stores (22)**
7:20,21,21,24;8:2,3,4,
16,16,17;11:7;13:14;
20:22;43:5;54:11;56:2,
5,20;57:20;58:2,14,21
**stories (1)**
23:10
**strategic (1)**
22:5
**strip (29)**

6:2,8,14,22;7:3,7,10;
8:6;14:8;17:11;19:11;
38:21,24;39:2,3,11,14;
42:17,23;43:8;52:2,3,10,
12,15,16,21;53:13;58:19
**strips (11)**
5:24;6:13;16:12;38:3;
40:5;43:6,7,14;45:12,12;
49:15
**strong (1)**
54:5
**strongly (1)**
32:13
**structure (2)**
45:24;53:25
**substantial (6)**
11:11,22;16:21;18:8;
28:21;48:19
**substantially (2)**
52:8;53:6
**success (3)**
41:21;42:25;56:17
**successful (7)**
41:25;42:7,24;
45:2;47:7;50:9
**sued (1)**
39:20
**suit (2)**
6:12;52:6
**supplied (1)**
7:9
**supplies (1)**
9:12
**supposed (1)**
54:15
**sure (3)**
6:7;32:11;48:11
**survey (2)**
46:23,23

**T**

**Taiwanese (1)**
41:19
**talk (6)**
3:13;9:2;19:2;21:24;
33:11;52:14
**talking (1)**
18:20
**talks (1)**
53:9
**tall (1)**
25:13
**tax (6)**
26:17,21;27:9;50:7,
12,13
**taxing (3)**
27:4,4,11
**team (3)**
8:7;20:6;22:10
**telling (1)**
58:7
**tells (1)**

26:2
**ten (1)**
43:3
**term (3)**
34:20,20,22
**terms (10)**
21:12;29:23;31:3;
37:10,14,17;39:8,9;
46:25;50:17
**test (2)**
40:5;58:19
**tested (1)**
32:2
**testing (2)**
7:9;37:24
**thanks (4)**
4:24;24:24;59:14,15
**thin (1)**
53:16
**third (2)**
8:20,25
**though (1)**
53:8
**thought (2)**
24:12;55:2
**three (10)**
2:13;7:19;9:15;13:19;
30:17,19;40:8,20;41:15;
55:4
**throughout (1)**
20:17
**thrown (2)**
16:23;31:5
**tie (1)**
10:2
**tied (1)**
19:9
**times (3)**
15:21;30:14;40:20
**TLC (1)**
33:25
**today (3)**
11:18;22:17;50:4
**today's (1)**
35:7
**together (2)**
4:11;9:23
**told (3)**
22:23;24:10,11
**tomorrow (1)**
36:17
**took (2)**
23:13;50:2
**total (1)**
40:4
**totally (1)**
52:9
**touched (1)**
34:17
**toxic (1)**
36:11
**trade (2)**
10:13;35:3

**Trademark (2)**
32:8,18
**traditional (2)**
3:8;36:4
**traffic (1)**
56:20
**transient (1)**
23:4
**treated (2)**
25:22;26:12
**treatment (1)**
34:6
**trials (2)**
22:14;27:19
**tried (1)**
31:20
**true (1)**
31:20
**try (3)**
2:11;3:21;40:14
**trying (4)**
6:19;26:4,10;46:12
**turn (1)**
4:4
**turned (2)**
40:22;47:17
**two (18)**
12:14;13:7;19:16;
23:13;33:22;38:18,20;
40:8,20;41:6,6,12;42:18;
43:4,23;44:25;48:19;
52:19
**type (6)**
15:12;26:22;28:10;
36:12;37:20;42:17
**types (1)**
28:7
**typically (5)**
30:13;31:15;35:20;
44:11;45:12

**U**

**ultimately (2)**
40:11;53:7
**Ultra (2)**
39:3;47:11
**under (7)**
14:2;26:13;47:11;
49:25;54:2;57:10,13
**undercut (1)**
58:11
**underlying (1)**
19:17
**Understood (1)**
37:7
**unfortunate (1)**
15:10
**UNIDENTIFIED (58)**
2:20;3:13,17;5:21;
6:10,17;7:11,15,23;9:19;
10:9,24;11:5,12;12:5,11,
16,21;14:4;15:17;16:24;

17:5,10,13,19;18:4,10,
16,19;19:12,20;21:19;
26:23;27:6,10,15;29:21,
24;31:7;37:23;39:15;
40:6;43:2,11;44:12,16,
22;46:2,9;47:24;49:10;
50:10;54:9;56:4,10;
58:6,25;59:18
**United (1)**
  4:14
**unless (2)**
  10:17;26:21
**unlikely (1)**
  24:12
**unlimited (1)**
  15:19
**unreviewed (1)**
  30:13
**up (25)**
  5:12,15,17;10:21;
12:3;13:12;18:17;22:17;
23:8,16;34:7;36:8;
37:18,22;40:4,12;45:20,
21;46:8;47:20;51:2;
55:17;57:23,24;58:23
**updates (1)**
  29:24
**upon (3)**
  7:8;37:12;46:6
**upper (1)**
  41:8
**use (3)**
  7:3,7;57:7
**used (8)**
  16:5;21:23;39:21;
40:19;43:18;56:22;57:7,
20
**useful (1)**
  17:7
**users (1)**
  42:11
**using (1)**
  6:14
**usual (1)**
  23:17
**usually (1)**
  42:19

## V

**Valley (1)**
  22:20
**value (6)**
  19:22;29:17;45:11;
52:9,15;58:2
**Vario (1)**
  43:22
**venture (2)**
  22:21;26:8
**verge (1)**
  42:25
**version (1)**
  40:13

**versus (3)**
  14:17;51:21;52:16
**vial (1)**
  45:13
**vice (1)**
  22:4
**vicinity (1)**
  41:8
**view (1)**
  22:3
**viewed (2)**
  29:6,7
**virtually (4)**
  13:10;19:17;42:13;
58:18
**VOICE (1)**
  2:20
**volume (2)**
  14:17,19

## W

**wait (1)**
  2:7
**waited (2)**
  35:19;54:22
**Walmart (5)**
  7:25;11:7,16;20:24;
57:6
**wants (2)**
  16:19,20
**way (13)**
  8:8;13:6;16:20;25:21;
28:18;29:4,6;36:4;41:7;
45:24;47:12;49:21;
56:14
**web (6)**
  2:15;10:4;18:13;20:4;
31:2;34:11
**Wechner (3)**
  4:18,18,22
**week (3)**
  54:13;55:10;56:3
**weekly (1)**
  19:2
**weeks (1)**
  55:4
**welcome (1)**
  7:14
**weren't (2)**
  28:7;35:16
**What's (2)**
  10:24;33:13
**whereas (1)**
  32:3
**whole (5)**
  10:7;25:4;54:3,3,21
**wholesale (6)**
  8:13;13:3,5,6,11;14:3
**whose (1)**
  48:6
**wind (1)**
  35:12

**wish (5)**
  5:8,18;38:20;39:3;
46:6
**within (1)**
  11:21
**without (3)**
  21:6,10;36:23
**women (1)**
  34:4
**wonderful (2)**
  10:16,17
**wondering (2)**
  6:18;33:9
**words (2)**
  5:23;6:11
**work (2)**
  22:14;53:23
**working (2)**
  38:8;49:8
**workout (1)**
  53:18
**works (3)**
  14:20;32:3;52:12
**world (1)**
  40:22
**worldwide (2)**
  40:11,17
**wrong (2)**
  24:16;45:23

## Y

**year (14)**
  11:3,25;13:10;17:24;
20:25;25:21;33:11;
34:18;40:25;43:19;
55:12,16,24,25
**years (10)**
  13:25;15:15,15;20:15;
23:13;28:10;38:19;
42:18;43:23;45:16
**Yep (1)**
  24:23
**yesterday (1)**
  18:22
**YouTube (1)**
  33:23