UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| **Date:** February 18, 2014 | **Time:** 16 minutes 2:27 p.m. to 2:43 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 12-cv-06360-WHO and 11-cv-04494-WHO | **Case Name:** Lifescan, Inc. v. Shasta Technologies, LLC | |

**Attorney for Plaintiff:**   Eugene Gelernter (appearing personally) and
                              Michael Timmons (appearing telephonically)
**Attorney for Defendant:**   John Shaeffer, William Rudy, and Robert Andris

**Deputy Clerk:** Jean Davis           **Court Reporter:** FTR Recording

**PROCEEDINGS**

Claims construction schedule set as to the '247 and '862 patents. Court indicates that bifurcation to remain in place as well as stay as to the IPR of the '105 patent. Defendants may file a motion regarding the lack of viability of the '105 patent claim in this case as a result of the Federal Circuit's opinion.

Parties discuss issue of bifurcation and discovery. As new information appears to have come to light during the pendency of the proceedings, the filing of amended invalidity contentions is warranted, to be filed in compliance with the following schedule. (The parties may alter this schedule by stipulation; or if disputes arise as to the schedule, the parties may submit a joint 5-page letter to the Court outlining the disputes.)

|  |  |
|---|---|
| Amended Invalidity Contentions: | March 7, 2014 |
| Preliminary Claim Statement: | March 21, 2014 |
| Joint Statement: | April 18, 2014 |
| Discovery Cutoff: | May 16, 2014 |
| Opening Claim Construction Brief: | May 23, 2014 |
| Responsive Brief: | June 13, 2014 |
| Reply Brief: | June 27, 2014 |

Tutorial set for **July 11, 2014 at 9:00 a.m.**
Claims Construction Hearing set for **July 18, 2014 at 9:00 a.m.**

The trial and remaining case management schedule for 3:11cv4494 will be set after the claims construction order issues. A separate case management schedule will not be imposed in Case 3:12cv6360 at this time, as litigation of the trademark issues is largely dependent upon the patent issues.