UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** December 16, 2014 | **Time:** 27 minutes 2:28 p.m. to 2:55 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 11-cv-04494-WHO | **Case Name:** LifeScan Scotland, Ltd. v. Shasta Technologies, LLC | |

**Attorney for Plaintiff:** Eugene Galernter
**Attorney for Defendant:** William Rudy and Lael Andara

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

PROCEEDINGS

Parties discuss case history and issues related to mediation, discovery schedule, and possible stay.

Parties' proposed case management schedule is adopted with revisions as noted below.

Further Case Management Conference set for **August 18, 2015 at 2:00 p.m.**

REFERRALS:

The Court believes that ADR is appropriate, despite the opposition of Pharmatech. Matter will be referred to a particular Magistrate Judge for settlement conference to take place before March 16, 2015, by separate order. The Court is not inclined to lift the stipulated stay at this time; upon consideration of the cases cited by the parties, if needed the Court will ask the parties for further briefing prior to the issuance of a written order on the issue.

PRETRIAL SCHEDULE:

**Discovery cutoff:**            July 17, 2015
**Expert disclosure:**           August 14, 2015
**Expert rebuttal:**             September 25, 2015
**Expert discovery cutoff:**     November 6, 2015
**Dispositive Motions heard by:** January 22, 2016
**Pretrial Conference:**         March 28, 2016 at 2:00 p.m.
**Trial:**                       April 25, 2016 at 8:30 a.m. by Jury