# LATHROP & GAGE LLP

WILLIAM RUDY
EMAIL:WRUDY@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

2345 GRAND BLVD.
KANSAS CITY, MO 64108
PHONE: (816) 460-5819
FAX: (816) 292-2001

January 14, 2015

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue,
San Francisco, California 94102

Re: **Joint Request for Leave for Parties to Meet on January 28, 2015**
*Lifescan Scotland Ltd v. Shasta Technologies, LLC*, Case No. 5:12-CV-04494-WHO

Hon. Magistrate Judge Spero:

Defendants respectfully ask for leave for the parties to conduct their pre-Settlement Conference meeting on January 28, 2015, the day before the Settlement Conference that is scheduled for January 29, 2015. Counsel for plaintiff has advised us that the plaintiff does not oppose this request.

Per the Court's Notice of Settlement Conference and Settlement Conference Order dated December 23, 2014, Dkt. No. 451 ("Settlement Conference Order"), the parties, including lead trial counsel and principals with unlimited settlement authority, are directed to appear for a Settlement Conference in San Francisco on January 29, 2015. The Settlement Conference Order also directs the parties, including lead trial counsel and principals with unlimited settlement authority, to meet in person on or before January 22, 2015, to engage in informal discussions in advance of the Settlement Conference.

Hon. Joseph C. Spero
January 14, 2015
Page 2

      Logistical considerations make it difficult for defendants and their representatives to be in San Francisco on January 22 and again on January 29. By way of example, lead trial counsel for Defendants PharmaTech Solutions, Inc. and Decision Diagnostics Corp. resides in Kansas City, the principal for PharmaTech Solutions, Inc. and Decision Diagnostics Corp. resides in Los Angeles, and the principal for Conductive Technologies, Inc. resides in Pennsylvania. It would be far more convenient and efficient for them to travel to San Francisco once. As counsel and the principals are scheduled to be in San Francisco on January 29, 2015, for the Settlement Conference, defendants ask for leave to conduct their pre-Settlement Conference on January 28, 2015, the previous day.

      We have contacted counsel for plaintiffs and have been informed that plaintiffs do not oppose this request.

_/s/ William Rudy_ JHC
William Rudy
Counsel for Defendants
PharmaTech Solutions, Inc. and
Instacare Corp.

_/s/ Lael Andara_
Lael Andara
Counsel for Defendants
Shasta Technologies, LLC and
Conductive Technologies, Inc.

DAted: 1/14/15

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

cc:   Gregory L. Diskant
      Eugene M. Gelernter

7554874v.1