UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | Case No. 11-cv-04494-WHO<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE; ADDRESSING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 469 |
| LIFESCAN SCOTLAND, LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | Case No. 12-cv-6360-WHO |

Plaintiff LifeScan has filed an administrative motion requesting a case management conference to address the management of the above-captioned cases. Dkt. No. 469. LifeScan also seeks leave to file a summary judgment motion on defendants' antitrust claims and to schedule its Lanham Act claims to proceed along with its patent claims. Defendants filed a response and opposition. Dkt. No. 470.

I will address the parties' proposals at a case management conference on May 5, 2015 at 2:00 pm. The parties shall file a joint case management conference statement by April 28, 2015 if they wish to bring additional material to my attention in advance of the May 5 case management conference.

**IT IS SO ORDERED**.

Dated: April 21, 2015

_____
WILLIAM H. ORRICK
United States District Judge