| | |
|---|---|
| Gregory L. Diskant (admitted *pro hac vice*)<br>Eugene M. Gelernter (admitted *pro hac vice*)<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br>E-Mail: **gldiskant@pbwt.com**<br>            **emgelernter@pbwt.com**<br><br>Charles Hoffmann (admitted *pro hac vice*)<br>Sean Marshall (admitted *pro hac vice*)<br>HOFFMANN MARSHALL STRONG LLP<br>116 West 23rd Street<br>New York, NY 10011<br>Telephone: (646) 741-4503<br>Email: **charlie@hmscounsel.com**<br>            **sean@hmscounsel.com**<br><br>*Attorneys for Plaintiffs LifeScan, Inc, and LifeScan Scotland, Ltd.* | Sue Roeder (S.B. #160897)<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, CA 94025<br>Telephone: (650) 473-2600<br>Facsimile: (650) 473-2601<br>E-Mail: **sroeder@omm.com**<br><br>*Attorneys for Plaintiffs LifeScan, Inc, and LifeScan Scotland, Ltd.*<br><br>John J. Shaeffer (S.B. # 138331)<br>William Rudy (admitted *pro hac vice*)<br>Jeff Grant (S.B. # 218974)<br>FOX ROTHSCHILD LLP<br>1800 Century Park East, Suite 300<br>Los Angeles, CA 90067-1506<br>Telephone: (310) 598-4150<br>Facsimile: (310) 556-9828<br>Email: **jshaeffer@foxrothschild.com**<br>            **wrudy@foxrothchild.com**<br>            **jgrant@foxrothchild.com**<br><br>*Attorneys for Defendants Decision Diagnostics Corp. and PharmaTech Solutions, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFESCAN, INC. and<br>LIFESCAN SCOTLAND, LTD.,<br>                    Plaintiffs,<br><br>       v.<br><br>DECISION DIAGNOSTICS CORP., and<br>PHARMATECH SOLUTIONS, INC.,<br>                    Defendants.<br><br>LIFESCAN, INC. and<br>JOHNSON & JOHNSON,<br>                    Plaintiffs,<br><br>       v.<br><br>DECISION DIAGNOSTICS CORP.,<br>PHARMATECH SOLUTIONS, INC.,<br>                    Defendants. | Case No. 11-cv-4494-WHO<br>Case No. 12-cv-6360-WHO<br><br>**STIPULATION AND SCHEDULING ORDER**<br><br>DATE:   May 5, 2015<br>TIME:    9:00 a.m.<br>PLACE:  17th Floor, Courtroom 2<br>JUDGE:  Hon. William H. Orrick |

WHEREAS the Court ordered the parties to meet and confer over possible agreement to trial before a Magistrate Judge or, if not, on a new schedule for the case leading up to the new trial date of August 8, 2016 (D.E. 477);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties that subject to the court-ordered stays previously entered in the 11-4494 Case, LifeScan and PharmaTech jointly propose the following schedule for proceedings in the above-captioned cases before this Court.

| Event | Proposed Date |
|---|---|
| Fact discovery cutoff | January 7, 2016 |
| Designation of opening experts with reports | January 14, 2016 |
| Designation of rebuttal experts with reports | February 18, 2016 |
| Expert discovery cutoff | March 17, 2016 |
| Deadline for filing dispositive motions | March 23, 2016 |
| Opposition to dispositive motions filed by | April 13, 2016 |
| Reply in support of dispositive motions filed by | April 27, 2016 |
| Dispositive motions heard by | May 11, 2016 |
| Pretrial conference | July 11, 2016 |
| Trial | August 8, 2016 |

Respectfully submitted,

___/s/ Gregory L. Diskant_____
Gregory L. Diskant (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP

*Attorneys for Plaintiffs LifeScan, Inc.
and LifeScan Scotland, Ltd.*

___/s/ Jeff H. Grant_____
Jeff H. Grant (S.B. # 218974)
FOX ROTHSCHILD LLP

*Attorneys for Defendants Decision Diagnostics
Corp. and PharmaTech Solutions, Inc.*

Dated:  May 15, 2015

-3-

1  Pursuant to the stipulation, IT IS SO ORDERED.

2

3

4  Hon. William H. Orrick
   United States District Judge
5

6  Dated: May 22, 2015

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28