UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHASTA TECHNOLOGIES, LLC, et al., <br><br> Defendants. | Case No. 11-cv-04494-WHO <br><br> **ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS' SUMMARY JUDGMENT MOTION** <br><br> Re: Dkt. No. 495 |

Defendants oppose Lifescan's request to extend the briefing schedule for the motion for summary judgment. Each party offered a compromise modified schedule that was close to the other's. Given the impending need for Lifescan to file its opposition, absent court order, I ORDER that plaintiffs' response to defendants' motion for summary judgment be filed on or before January 19, 2016. The reply shall be filed by February 3, 2016, and the hearing is set for February 17, 2016. The parties shall cooperate in setting any necessary depositions in sufficient time so that they comply with the amended briefing schedule.

Lifescan also asks that I preclude Dr. Wang and any other expert for defendants from making a further expert report on validity. Defendants did not respond to this request. If defendants oppose it, they should file a statement of no more than two pages by December 3, 2015, explaining why and addressing plaintiffs' concern regarding piecemeal expert discovery. I will then decide whether to modify this Order in any way.

**IT IS SO ORDERED**.

Dated: November 30, 2015



WILLIAM H. ORRICK
United States District Judge