UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIFESCAN SCOTLAND, LTD., et al.,

    Plaintiffs,

v.

SHASTA TECHNOLOGIES, LLC, et al.,

    Defendants.

Case No. 11-cv-04494-WHO

**ORDER DENYING FURTHER MODIFICATION TO BRIEFING SCHEDULE**

Re: Dkt. No. 498

In my Order Extending Briefing Schedule for Defendants' Summary Judgment Motion, Dkt. No. 498, I requested that defendants respond to Lifescan's request to further extend the schedule or preclude defendants from offering certain expert testimony. Having read defendants' response, Dkt. No. 499, I agree with defendants that no further modification of the schedule is necessary.

**IT IS SO ORDERED**.

Dated: December 4, 2015



WILLIAM H. ORRICK
United States District Judge