Gregory L. Diskant (admitted *pro hac vice*)
Eugene M. Gelernter (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222
E-mail: gldiskant@pbwt.com
        emgelernter@pbwt.com

SUSAN ROEDER (S.B. #160897)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601
E-Mail: sroeder@omm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFESCAN, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DECISION DIAGNOSTICS CORP., et al., <br><br> Defendants. | Case No. CV11-4494 <br> Case No. CV12-6360 <br><br> **STIPULATION AND ORDER REGARDING COURT-ORDERED DEADLINES** |

WHEREAS the parties agreed to take the depositions of certain witnesses after the January 7, 2016 deadline for fact discovery; and

WHEREAS these witnesses' testimony may be relevant to expert reports concerning the Lanham Act claims and Plaintiffs' opposition to Defendants' motion for summary judgment;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties:

8423769v.1

1. The deadline for serving affirmative expert reports concerning the Lanham Act claims is extended from January 14, 2016 through February 1, 2016.

2. The deadline for serving rebuttal expert reports concerning the Lanham Act claims is extended from February 18, 2016 through March 7, 2016.

3. The deadline for Plaintiffs' opposition to Defendants' motion for summary judgment is extended from January 19, 2016 through January 20, 2016.

Respectfully submitted,

| | |
|---|---|
| FOX ROTHSCHILD LLP | PATTERSON BELKNAP WEBB & TYLER LLP |
| /s/   Jeff Grant | /s/  Gregory L. Diskant |
| Jeff Grant | Gregory L. Diskant |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Dated:  January 8, 2016

Pursuant to the stipulation, IT IS SO ORDERED

_____
Hon. William H. Orrick
United States District Judge

Dated:  January 11, 2016