UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN SCOTLAND, LTD., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SHASTA TECHNOLOGIES, LLC, et al.,<br><br>        Defendants. | Case No.  11-cv-04494-WHO<br><br>**ORDER REGARDING MOTIONS TO SEAL** |

In my March 8, 2016 Order I denied the parties' administrative sealing motions without prejudice. Dkt. No. 536. I allowed either party who still wished the documents to be sealed to file declarations within seven days identifying the particular documents, or portions thereof, to be sealed and articulating compelling reasons justifying the requested redactions. I thereafter granted a joint stipulation to extend that deadline to March 22, 2016. Dkt. No. 539.

As of this date only plaintiffs LifeScan, Inc. and LifeScan Scotland, Ltd. have filed declarations supporting the requests for sealing. After reviewing the newly filed declarations, I GRANT the request to seal Exhibit 23 to the declaration of Dr. John Smith, Dkt. Nos. 512-11 and 512-12, and ORDER plaintiffs to file a new, public Exhibit 23 within seven days of this Order. The new version shall redact only the material on PDF pages 9, 118-119, 122-123, 127, 129-130, 132-133, as described in the DeCinque Declaration. Dkt. No. 540.

I ORDER the Clerk to unseal all other documents filed in connection with the parties' summary judgment motion.

**IT IS SO ORDERED**.

Dated: March 28, 2016

WILLIAM H. ORRICK
United States District Judge